UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ALEXIE PORTZ, JILL KEDROWSKI, ABIGAIL KANTOR, MARILIA ROQUE DIVERSI, FERNANDA QUINTINO DOS SANTOS, MARIA HAUER, HALEY BOCK, KAITLYN BABICH, ANNA LINDELL, and KIERSTEN ROHDE, *individually and on behalf of all those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> ST. CLOUD STATE UNIVERSITY and MINNESOTA STATE COLLEGES AND UNIVERSITIES, <br><br> Defendants. | Civil No. 16-1115 (JRT/LIB) <br><br> **ORDER** |

Andrew T. James, Sharon L. Van Dyck, Donald Chance Mark, Jr., Tyler P. Brimmer, **FAFINSKI MARK & JOHNSON, P.A.**, 775 Prairie Center Drive, Suite 400, Eden Prarie, MN 55344, for plaintiffs.

Kevin Finnerty, Ian M. Welsh, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Saint Paul, MN 55101, for defendants.

St. Cloud State University and Minnesota State Colleges and Universities (collectively "SCSU") have asked the Court to allow additional briefing in response to Plaintiffs' request to hold SCSU in civil contempt for allegedly violating this Court's Preliminary Injunction Order. (Letter, Jan. 22, 2019, Docket No. 372; s*ee* Proposed Order at 70-72, Jan. 14, 2019, Docket No. 368.) The Court will defer judgment on Plaintiffs'

-2-

civil contempt request until after the Court has issued its Findings of Fact, Conclusions of Law and Order for Judgment. The Court will establish a briefing schedule on this issue until that time.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' request for a civil contempt order will be addressed after the Court issues its judgment in this case.

DATED: January 25, 2019 _____s/John R. Tunheim_____
at Minneapolis, Minnesota. JOHN R. TUNHEIM
Chief Judge
United States District Court