# Exhibit D

# Declaration of Donald Chance Mark, Jr.

***Portz, et al. v. St Cloud State University, et al.*** (No. 16-CV-115 JRT/LIB)
**Plaintiffs' Requested Attorneys' Fees**

| Date | Biller | Rate | Description | Hours | Amount |
|------|--------|------|-------------|-------|--------|
| 9/12/2019 | DCM | 395 | Telephone conference with executive director of the Loppet Foundation, John Munger. | 0.4 | $ 158.00 |
| 9/12/2019 | DCM | 395 | Prepare correspondence to John Munger requesting declaration. | 0.5 | $ 197.50 |
| 9/12/2019 | TPB | 345 | Drafting and editing memorandum and declaration in support of petition for attorneys' fees, reviewing and finalizing billing records relative to same. | 4.7 | $ 1,621.50 |
| 9/12/2019 | YMV | 220 | Prepare track changes for motion for attorneys fees and nontaxable costs and declaration of D. Mark. | 0.6 | $ 132.00 |
| 9/13/2019 | ARF | 305 | Review, analysis, and edits of motion for attorneys' fees and nontaxable costs. | 1.1 | $ 335.50 |
| 9/13/2019 | DCM | 395 | Prepare correspondence concerning various declarations in support of civil contempt motion. | 0.3 | $ 118.50 |
| 9/13/2019 | DCM | 395 | Review and revise memo and declaration in support of fees and cost request. | 0.5 | $ 197.50 |
| 9/13/2019 | DCM | 395 | Review defendant's objections to bill of costs. | 0.2 | $ 79.00 |
| 9/13/2019 | DCM | 395 | Receipt and review of photos and information regarding Nordic ski room (racquetball court) and other information regarding SCSU's attempt to improve facilities. | 0.7 | $ 276.50 |
| 9/13/2019 | DCM | 395 | Formulate strategy regarding obtaining additional information regarding alleged improvement of facilities. | 0.4 | $ 158.00 |
| 9/13/2019 | YMV | 220 | Email to D. Mark regarding number of witnesses testifying at trial and number of documents produced by SCSU. | 0.2 | $ 44.00 |
| 9/16/2019 | ARF | 305 | Review and analyze deadlines in accordance with the applicable rules pertaining to briefing related to petition for bill of costs, and responses to objections. | 0.2 | $ 61.00 |
| 9/16/2019 | TPB | 345 | Drafting and finalizing fee petition and supporting declarations and exhibits, editing memo, emails with Galles, reviewing objection to taxation of costs and formulating strategy regarding response to same. | 5.7 | $ 1,966.50 |
| 9/16/2019 | YMV | 220 | Emails with T. Ulku regarding additional parking receipts for inclusion in nontaxable costs and update 195-page submission with same, ensure all invoices included in Exhibit C to D. Mark declaration, add fates numbers and cover page. | 0.6 | $ 132.00 |
| 9/16/2019 | YMV | 220 | Conference and emails with T. Brimmer regarding reply brief to defense objections to plaintiffs' bill of costs and provide input on costs on which to respond, those that are not defensible and errors in defense objections, analyze Bill of Costs Guide regarding same. | 1.2 | $ 264.00 |
| 9/17/2019 | DCM | 395 | Conference to discuss and evaluate defendant's appeal notice to 8th Circuit Court of Appeals; formulate strategy regarding opposition arguments and civil contempt motion. | 0.9 | $ 355.50 |
| 9/17/2019 | DCM | 395 | Review and revise Larry Sundby's letter to Foundation board. | 0.5 | $ 197.50 |
| 9/17/2019 | TPB | 345 | Drafting and editing opposition to objections to taxation of costs, finalizing memorandum and declarations in support of fee petition. | 5.9 | $ 2,035.50 |
| 9/17/2019 | YMV | 220 | Analyze memorandum for attorney fees and nontaxable costs and exhibits. | 0.6 | $ 132.00 |
| 9/18/2019 | ARF | 305 | Review and analyze series of emails and photographic documentation concerning recent actions taken by SCSU concerning women and men's sports teams relevant to the Portz lawsuit. | 0.6 | $ 183.00 |
| 9/18/2019 | TPB | 345 | Formulating strategy regarding opposition to motion to stay and taxation of costs issue. | 0.5 | $ 172.50 |
| 9/18/2019 | YMV | 220 | Analyze emails from regarding retrenchment efforts at SCSU and photos of facilities. | 0.4 | $ 88.00 |
| 9/19/2019 | TPB | 345 | Drafting and editing memo responding to objections to taxation of costs, call with opposing counsel. | 2.9 | $ 1,000.50 |
| 9/20/2019 | DCM | 395 | Receipt and review of defendant's notice of appeal issues to 8th Circuit Court of Appeals. | 0.5 | $ 197.50 |
| 9/20/2019 | DCM | 395 | Prepare correspondence to Kristen Galles and Donna Lopiano regarding defendant SCSU's issues for appeal. | 0.4 | $ 158.00 |
| 9/20/2019 | TPB | 345 | Formulate strategy for further handling. | 0.4 | $ 158.00 |
| 9/20/2019 | TPB | 345 | Drafting and editing opposition to objection to taxation of costs. | 1.1 | $ 379.50 |
| 9/20/2019 | YMV | 220 | Analyze plaintiffs' response to defense objections to plaintiffs' bill of costs. | 0.2 | $ 44.00 |
| 9/20/2019 | YMV | 220 | Analyze emails and Mankato's fundraising efforts, SCSU's layoffs. | 0.3 | $ 66.00 |
| 9/22/2019 | DCM | 395 | Formulate strategy for addressing appeal issues raised by SCSU. | 0.6 | $ 237.00 |
| 9/22/2019 | TPB | 345 | Reviewing comments from advisory counsel regarding statement of issues. | 0.2 | $ 69.00 |
| 9/27/2019 | TPB | 345 | Review email from client. | 0.1 | $ 34.50 |
| 10/2/2019 | DCM | 395 | Review and evaluate correspondence regarding status of attempts to SCSU to achieve compliance with Judge Tunheim's order regarding facilities. | 0.3 | $ 118.50 |
| 10/3/2019 | DCM | 395 | Review and evaluate photos as attachments for declarations. | 0.3 | $ 118.50 |
| 10/3/2019 | DCM | 395 | Formulate strategy for further handling. | 0.3 | $ 118.50 |
| 10/3/2019 | YMV | 220 | Analyze emails regarding Senator Relph and MAC stadium used by SCSU, pictures of facilities, additional declarations of students. | 0.2 | $ 44.00 |
| 10/4/2019 | ARF | 305 | Review and analyze draft briefs in support of opposition to motion to stay and for motion to hold SCSU in civil contempt. | 2.3 | $ 701.50 |
| 10/7/2019 | DCM | 395 | Review status of briefing for motion for civil contempt and opposition to SCSU's request for stay of enforcement of Chief Judge Tunheim's order. | 0.4 | $ 158.00 |
| 10/7/2019 | DCM | 395 | Review SCSU's opposition to request for attorneys' fees and costs. | 0.3 | $ 118.50 |
| 10/7/2019 | TPB | 345 | Formulating strategy regarding further case handling and appeal. | 0.3 | $ 103.50 |
| 10/8/2019 | DCM | 395 | Receipt of reply by SCSU objecting to attorneys' fees. | 0.1 | $ 39.50 |
| 10/8/2019 | DCM | 395 | Formulate strategy regarding issues in civil contempt motion. | 0.3 | $ 118.50 |
| 10/8/2019 | TPB | 345 | Drafting and editing joint motion for continued sealing, emails with opposing counsel regarding same. | 2.1 | $ 724.50 |
| 10/8/2019 | YMV | 220 | Analyze defendant's objections to plaintiffs' taxation of costs. | 0.4 | $ 88.00 |
| 10/9/2019 | TPB | 345 | Emails with Kristen Galles, reviewing opposition to petition for fees and analyzing same. | 1.1 | $ 379.50 |
| 10/11/2019 | ARF | 305 | Review and analyze recent motions and timelines for appeal in preparation for team conference. | 2 | $ 610.00 |
| 10/11/2019 | ARF | 305 | Strategy meeting with team to discuss recent motions and next steps in litigation. | 1.6 | $ 488.00 |
| 10/11/2019 | YMV | 220 | Conference with S. Van Dyck, D. Mark, T. Brimmer and A. Florea regarding briefing for motions due, appeal deadlines and briefing, strategizing for judge's review on February 1 and materials S. Van Dyck needs for same. | 2.5 | $ 550.00 |
| 10/14/2019 | DCM | 395 | Prepare memo regarding tiering at SCSU and effect on proportionality. | 0.3 | $ 118.50 |
| 10/14/2019 | YMV | 220 | Analyze email and photos as follow-up from meeting. | 0.1 | $ 22.00 |
| 10/15/2019 | YMV | 220 | Analyze admitted trial exhibits and prepare flash drive for S. Van Dyck of same and revise correspondence regarding same. | 0.8 | $ 176.00 |
| 10/16/2019 | ARF | 305 | Review materials on tiering in university sports. | 3.2 | $ 976.00 |
| 10/16/2019 | ARF | 305 | Review and analyze updates and new information regarding status of sports teams at SCSU; review and discuss strategy. | 1.1 | $ 335.50 |
| 10/16/2019 | DCM | 395 | Receipt and review of various materials regarding current counting of SCSU athletes to determine compliance with proportionality requirement of Title IX. | 0.4 | $ 158.00 |
| 10/16/2019 | DCM | 395 | Receipt and review of Notice of Rule 10A from 8th Circuit Court of Appeals regarding filing of trial exhibits. | 0.1 | $ 39.50 |
| 10/16/2019 | TPB | 345 | Analyzing appellate strategy. | 0.5 | $ 172.50 |
| 10/17/2019 | TPB | 345 | Reviewing appellate filings. | 0.5 | $ 172.50 |
| 10/18/2019 | DCM | 395 | Formulate strategy concerning issues appealed by defendant; prepare correspondence to Kristen Galles scheduling telephone conference to discuss appeal issues. | 0.4 | $ 158.00 |
| 10/18/2019 | YMV | 220 | Analyze emails from client and tiering presentation by K.Gallas. | 0.6 | $ 132.00 |
| 10/21/2019 | ARF | 305 | Review and analyze SCSU October participation numbers to determine status of proportionality requirement. | 1.2 | $ 366.00 |
| 10/21/2019 | ARF | 305 | Initial review and analysis of preliminary appellant's brief and addendum in support of appeal on several issues. | 1.3 | $ 396.50 |
| 10/21/2019 | DCM | 395 | Receipt of defendant's brief filed with the 8th Circuit Court of Appeals, and forward same to Kristen Galles for review and comment. | 0.3 | $ 118.50 |
| 10/21/2019 | DCM | 395 | Formulate strategy regarding timing of response to appeal and further handling. | 0.5 | $ 197.50 |
| 10/21/2019 | TPB | 345 | Reviewing email from client regarding SCSU activities, reviewing appellate filings. | 0.9 | $ 310.50 |
| 10/22/2019 | DCM | 395 | Review and evaluate presentation by Kristen Galles regarding tiering of sports. | 0.4 | $ 158.00 |
| 10/22/2019 | YMV | 220 | Analyze SCSU's appellate brief and addendum. | 0.7 | $ 154.00 |
| 10/23/2019 | ARF | 305 | Review and analyze reference materials concerning tiering; review numbers and information about roster management practices at SCSU; review presentation on tiering from Kristen Galles. | 4.4 | $ 1,342.00 |
| 10/23/2019 | DCM | 395 | Receipt of correspondence from Sharon Van Dyck to Kristen Galles regarding defendant's appellate brief filed in the 8th Circuit Court of Appeals. | 0.2 | $ 79.00 |
| 10/23/2019 | DCM | 395 | Review miscellaneous correspondence and information regarding SCSU's attempts to improve athletic facilities. | 0.8 | $ 316.00 |
| 10/23/2019 | DCM | 395 | Review defendant's memorandum in support of appeal. | 0.6 | $ 237.00 |
| 10/24/2019 | ARF | 305 | Review and analyze appellant's brief and addendum; review and analyze additional information regarding roster management and tiering at SCSU; attend meeting with SCSU resource and DCM regarding tiering and team numbers. | 6.7 | $ 2,043.50 |
| 10/24/2019 | DCM | 395 | Telephone call to Kristen Galles to discuss appellate issues. | 0.2 | $ 79.00 |
| 10/24/2019 | DCM | 395 | Receipt and review of email from Kristen Galles scheduling telephone conference. | 0.1 | $ 39.50 |
| 10/24/2019 | DCM | 395 | Meeting to review facts and SCSU's attempts to comply with Title IX requirements. | 0.5 | $ 197.50 |

| Date | Biller | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/2019 | DCM | 395 | Telephone conference with Sharon Van Dyck regarding various issues in defendant's brief and scheduling of telephone conference with Kristen Galles. | 0.3 | $ 118.50 |
| 10/24/2019 | DCM | 395 | Prepare for and conduct meeting to analyze tiering and SCSU witness participation numbers. | 3.1 | $ 1,224.50 |
| 10/24/2019 | TPB | 345 | Reviewing case pleadings relative to appeal. | 0.3 | $ 103.50 |
| 10/24/2019 | YMV | 220 | Conference with D. Mark, client and A. Florea regarding appeal and prepare flash drive of all exhibits and additional materials for client and A. Florea and research Springboard International - SPI. | 1 | $ 220.00 |
| 10/25/2019 | ARF | 305 | Review and analyze Donna Lopiano reports related to tiering analysis. | 4.3 | $ 1,311.50 |
| 10/25/2019 | DCM | 395 | Conference to review participation numbers and SCSU's attempts to create equal facilities. | 0.5 | $ 197.50 |
| 10/25/2019 | TPB | 345 | Reviewing case pleadings and supporting documents. | 0.5 | $ 172.50 |
| 10/25/2019 | YMV | 220 | Analyze efiling of opposition of SCSU and H. Weems to plaintiff's motion for contempt. | 0.4 | $ 88.00 |
| 10/28/2019 | ARF | 305 | Review and analyze update on SCSU sports team numbers and update on SCSU president recent actions. | 0.8 | $ 244.00 |
| 10/28/2019 | ARF | 305 | Begin review and analysis of Portz trial transcript. | 2.8 | $ 854.00 |
| 10/28/2019 | TPB | 345 | Reviewing and analyzing emails from client regarding changes needed to comply with Title IX, lawsuit, and relevant events on campus, formulating strategy for further handling. | 0.9 | $ 310.50 |
| 10/28/2019 | YMV | 220 | Analyze materials regarding current status of SCSU athletics and decisions pending regarding cutting sports programs. | 0.2 | $ 44.00 |
| 10/29/2019 | YMV | 220 | Analyze and assemble client emails into categories of sports/issues at SCSU for briefing. | 1.2 | $ 264.00 |
| 10/29/2019 | YMV | 220 | Analyze emails from client regarding UW-Eau Claire, updates on team coaches questions to president. | 0.4 | $ 88.00 |
| 10/30/2019 | ARF | 305 | Prepare for and attend appellate strategy meeting with team to discuss response to SCSU's appeal. | 2 | $ 610.00 |
| 10/30/2019 | ARF | 305 | Review and analyze briefing from Kristen Galles in follow up to strategy discussion concerning the appeal. Review additional correspondence from Kristen and Sharon Van Dyck concerning status of tiering analysis in Title IX cases. | 2.3 | $ 701.50 |
| 10/30/2019 | DCM | 395 | Prepare for telephone conference with Kristen Galles and Sharon Van Dyck to discuss case status, appeal issues and strategy for further handling. | 0.5 | $ 197.50 |
| 10/30/2019 | DCM | 395 | Review various emails and other documents regarding status of SCSU's program cuts and financial issues and SCSU's attempt at compliance with Judge Tunheim's order. | 0.6 | $ 237.00 |
| 10/30/2019 | DCM | 395 | Participate in telephone conference with Kristen Galles and Sharon Van Dyck to discuss various legal issues and response to SCSU's appeal. | 1.6 | $ 632.00 |
| 10/30/2019 | TPB | 345 | Preparing for and attending call with case counsel regarding appeal strategy, tiering arguments, and immunity issues. | 2.7 | $ 931.50 |
| 10/30/2019 | YMV | 220 | Analyze emails from client and D. Mark response and Kristen Galles email and attachments. | 0.8 | $ 176.00 |
| 10/31/2019 | ARF | 305 | Review and analyze title IX law and related eleventh amendment defenses in response to SCSU's preemption claims in opposition to motion for contempt. | 6.2 | $ 1,891.00 |
| 10/31/2019 | DCM | 395 | Review and evaluate potential for cutting of Nordic ski program by SCSU. | 0.3 | $ 118.50 |
| 10/31/2019 | DCM | 395 | Evaluate civil contempt motion and damages for same. | 0.3 | $ 118.50 |
| 10/31/2019 | TPB | 345 | Formulating strategy regarding issues on appeal. | 0.3 | $ 103.50 |
| 10/31/2019 | YMV | 220 | Analyze emails and continue updating chart of inequities from client. | 2.5 | $ 550.00 |
| 10/31/2019 | YMV | 220 | Analyze MSHSL schools for Nordic Ski Racing for girls, analyze collegiate women's Nordic Ski in MN, WI, MI, ND and compile data for D. Mark and email case team regarding same. | 3 | $ 660.00 |
| 11/1/2019 | ARF | 305 | Continue detailed review and analysis of trial transcript pertaining to testimony of Heather Weems. | 3.2 | $ 976.00 |
| 11/1/2019 | ARF | 305 | Review and analyze chart of emails pertaining to tiering topics. | 0.8 | $ 244.00 |
| 11/1/2019 | DCM | 395 | Formulate strategy regarding response to SCSU argument concerning 11th Amendment regarding immunity. | 1.1 | $ 434.50 |
| 11/1/2019 | YMV | 220 | Emails with client regarding plaintiffs' exhibit 69 needed. | 0.1 | $ 22.00 |
| 11/1/2019 | YMV | 220 | Analyze additional Nordic Ski websites and MSHSL rankings for data on sport and email D. Mark regarding same. | 4.3 | $ 946.00 |
| 11/1/2019 | YMV | 220 | Analyze and update chart of sports / facilities / benefits inequities. | 2.6 | $ 572.00 |
| 11/2/2019 | DCM | 395 | Review, evaluate and analyze Heather Weems declaration; formulate strategy regarding response. | 1.1 | $ 434.50 |
| 11/2/2019 | DCM | 395 | Obtain and review statistics regarding Nordic skiing participation. | 0.6 | $ 237.00 |
| 11/2/2019 | DCM | 395 | Formulate strategy regarding response to defendant's memorandum and declaration. | 0.7 | $ 276.50 |
| 11/3/2019 | DCM | 395 | Review and evaluate defendant's memorandum in opposition to the civil contempt motion. | 0.9 | $ 355.50 |
| 11/3/2019 | DCM | 395 | Conference and strategy regarding response to SCSU memorandum opposing civil contempt motion. | 1.2 | $ 474.00 |
| 11/3/2019 | DCM | 395 | Prepare correspondence to John Munger, executive director of the Loppet Foundation, regarding SCSU's treatment of Nordic ski team and players. | 0.5 | $ 197.50 |
| 11/3/2019 | DCM | 395 | Obtain participation numbers of high school and college Nordic skiers. | 0.4 | $ 158.00 |
| 11/3/2019 | DCM | 395 | Review Anne Bowe trial testimony and prepare same for responsive memo. | 0.9 | $ 355.50 |
| 11/3/2019 | DCM | 395 | Telephone conference with Coach Larry Sundby. | 0.9 | $ 355.50 |
| 11/3/2019 | DCM | 395 | Review trial testimony of Larry Sundby for memorandum. | 0.7 | $ 276.50 |
| 11/4/2019 | DCM | 395 | Receipt and review of investigation regarding Nordic ski schedule and expenses for past seasons. | 0.4 | $ 158.00 |
| 11/4/2019 | DCM | 395 | Formulate strategy regarding inclusion in responsive brief. | 0.5 | $ 197.50 |
| 11/4/2019 | DCM | 395 | Receipt and review of testimony of former Nordic ski coach Jeremy Frost regarding Nordic ski meet scheduling and recruiting. | 0.3 | $ 118.50 |
| 11/4/2019 | YMV | 220 | Analyze Loppet Foundation information and membership and prepare email to D. Mark with results. | 0.6 | $ 132.00 |
| 11/5/2019 | ARF | 305 | Continue and finalize research and analysis into Eleventh Amendment immunity defenses to Title IX contempt actions. | 6.5 | $ 1,982.50 |
| 11/5/2019 | DCM | 395 | Receipt and review of correspondence from John Munger of Loppet Foundation regarding Nordic ski participants. | 0.3 | $ 118.50 |
| 11/5/2019 | DCM | 395 | Prepare responsive correspondence to John Munger and advise regarding preparation of supportive declaration. | 0.4 | $ 158.00 |
| 11/5/2019 | DCM | 395 | Prepare correspondence to Kristen Galles regarding various legal arguments, including SCSU's failure to comply with Assurance of Compliance form allowing for federal government funding. | 0.4 | $ 158.00 |
| 11/5/2019 | YMV | 220 | Telephone conferences and emails with S. Van Dyck regarding chart of Nordic Ski information, two declarations needed and J. Frost declaration information and prepare declaration relative to information in Nordic Ski qualifier chart. | 4.7 | $ 1,034.00 |
| 11/6/2019 | ARF | 305 | Review and analyze recent developments at SCSU and MN colleges/universities concerning sports teams; review articles and expert materials on tiering; review and analyze brief in opposition to motion for contempt and related supporting case law for reply. | 3.2 | $ 976.00 |
| 11/6/2019 | DCM | 395 | Prepare correspondence to Kristen Galles requesting telephone conference to discuss various issues involving civil contempt motion. | 0.2 | $ 79.00 |
| 11/6/2019 | DCM | 395 | Review various documents and materials regarding SCSU's proportionality numbers; evaluate the same. | 0.7 | $ 276.50 |
| 11/6/2019 | YMV | 220 | Telephone conference from home with S. Van Dyck regarding materials needed, EADA numbers to be excluded, third declaration needed and issues to discuss in reply brief. | 0.7 | $ 154.00 |
| 11/11/2019 | YMV | 220 | Analyze emails from client and prepare summary compilation of inequities for February hearing. | 2 | $ 440.00 |
| 11/12/2019 | ARF | 305 | Review and analyze facts and case law regarding injunctions to prevent SCSU from cutting another women's sport. | 4.3 | $ 1,311.50 |
| 11/12/2019 | ARF | 305 | Review and analyze submissions relating to motion for contempt. | 2.1 | $ 640.50 |
| 11/12/2019 | DCM | 395 | Confirm civil contempt memorandum of law distributed and civil contempt motion notebook prepared and indexed. | 0.3 | $ 118.50 |
| 11/12/2019 | YMV | 220 | Prepare notebook of motion for contempt pleadings for D. Mark. | 0.2 | $ 44.00 |
| 11/12/2019 | YMV | 220 | Analyze emails from client and update chart of inequities regarding same. | 0.8 | $ 176.00 |
| 11/13/2019 | DCM | 395 | Receipt and review of correspondence from Sharon Van Dyck regarding status of draft of reply brief to SCSU. | 0.3 | $ 118.50 |
| 11/13/2019 | TPB | 345 | Formulate strategy for further handling. | 0.1 | $ 39.50 |
| 11/13/2019 | YMV | 220 | Analyze email and chart of coaching staff from client and telephone conference with client regarding same. | 0.5 | $ 110.00 |
| 11/13/2019 | YMV | 220 | Email S. Van Dyck regarding appellee brief due date. | 0.2 | $ 44.00 |
| 11/13/2019 | YMV | 220 | Analyze SCSU's brief and conduct cite checking per D. Mark's request. | 1.2 | $ 264.00 |
| 11/14/2019 | ARF | 305 | Review and analyze updates about SCSU concerning sports programs and president announcements. | 0.4 | $ 122.00 |
| 11/14/2019 | TPB | 345 | Reviewing emails from court regarding oral argument on pending motions, formulating strategy regarding reply brief in appeal. | 0.4 | $ 138.00 |
| 11/14/2019 | YMV | 220 | Analyze client emails and incorporate into chart of inequities. | 1.7 | $ 374.00 |
| 11/14/2019 | YMV | 220 | Email S. Van Dyck forwarding chart of inequities. | 0.1 | $ 22.00 |
| 11/15/2019 | DCM | 395 | Prepare memo requesting information on Weems' collegiate athletic career. | 0.2 | $ 79.00 |
| 11/15/2019 | DCM | 395 | Formulate strategy regarding obtaining documents to rebut SCSU's six-month check. | 0.4 | $ 158.00 |
| 11/15/2019 | YMV | 220 | Analyze K. Galles email regarding proportionality is equity; analyze client article regarding colleges not in compliance with Title IX. | 0.6 | $ 132.00 |
| 11/18/2019 | YMV | 220 | Analyze emails from client and SCSU website for virtual tours of facilities. | 0.5 | $ 110.00 |
| 11/18/2019 | YMV | 220 | Analyze defendants' memorandum regarding motion for contempt and check citations to trial transcript, cases via Lexis and declaration of H. Weems. | 2.7 | $ 594.00 |
| 11/19/2019 | TPB | 345 | Reviewing emails from co-counsel regarding reply brief. | 0.4 | $ 138.00 |
| 11/19/2019 | YMV | 220 | Analyze pleadings to locate H. Weems transcript as exhibit in record and emails with S. Van Dyck. | 3.4 | $ 748.00 |
| 11/19/2019 | YMV | 220 | Analyze email regarding Nordic Ski area moved to Sartell, MN. | 0.1 | $ 22.00 |
| 11/19/2019 | YMV | 220 | Research background for H. Weems and email same to D. Mark. | 1.2 | $ 264.00 |
| 11/20/2019 | DCM | 395 | Receipt and review of correspondence from Sharon Van Dyck regarding status of reply memo to 8th Circuit Court of Appeals. | 0.3 | $ 118.50 |

| Date | Biller | Rate | Description | Hours | Amount |
|------|--------|------|-------------|-------|--------|
| 11/20/2019 | DCM | 395 | Prepare response to Sharon Van Dyck. | 0.1 | $ 39.50 |
| 11/20/2019 | DCM | 395 | Prepare memo to the team regarding proofreading and revising memo. | 0.3 | $ 118.50 |
| 11/20/2019 | DCM | 395 | Telephone conference to discuss status of counting and status of facilities at SCSU. | 0.4 | $ 158.00 |
| 11/20/2019 | YMV | 220 | Analyze SCSU's appellate brief and emails with S. Van Dyck regarding same. | 1.7 | $ 374.00 |
| 11/21/2019 | TPB | 345 | Formulating strategy regarding reply brief and anticipated motion for injunctive relief, drafting and editing brief. | 2.9 | $ 1,000.50 |
| 11/21/2019 | YMV | 220 | Analyze emails from client and update chart of inequities for students for use at February hearing. | 2.2 | $ 484.00 |
| 11/22/2019 | DCM | 395 | Review status of filing of reply brief to 8th Circuit Court of Appeals; strategy for further handling. | 0.4 | $ 158.00 |
| 11/22/2019 | TPB | 345 | Formulating strategy regarding errata brief, reviewing table of authorities, motion to accept brief. | 2.4 | $ 828.00 |
| 11/22/2019 | YMV | 220 | Conference with S. Boomgaarden and T. Brimmer regarding brief filed. | 0.2 | $ 44.00 |
| 11/22/2019 | YMV | 220 | Analyze appellee's brief for citations. | 0.7 | $ 154.00 |
| 11/22/2019 | YMV | 220 | Conference with S. Boomgaarden regarding motion for late filing, etc. | 0.3 | $ 66.00 |
| 11/22/2019 | YMV | 220 | Analyze D. Mark email regarding comparative information needed for SCSU athletics and other schools in conference, research Mankato State websites, Concordia - St. Paul websites regarding same. | 2.6 | $ 572.00 |
| 11/25/2019 | ARF | 305 | Review and analyze Lopiano trial testimony in preparation for injunction. | 2.2 | $ 671.00 |
| 11/25/2019 | ARF | 305 | Review and analyze motions to file out of time and related orders. | 0.5 | $ 152.50 |
| 11/25/2019 | TPB | 345 | Reviewing motion and supporting document, analyzing court order granting same. | 0.5 | $ 172.50 |
| 11/25/2019 | YMV | 220 | Analyze appellee's motion to file brief out of time, declaration of SLV, appellee's brief and addendum. | 3.4 | $ 748.00 |
| 11/26/2019 | YMV | 220 | Research SCSU, Concordia - St. Paul, Mankato State and UMD fundraising, teams successes, enrollment, and prepare chart encompassing this information. | 6.3 | $ 1,386.00 |
| 11/27/2019 | DCM | 395 | Receipt and review of information regarding SCSU's attempts to comply with Judge Tunheim's injunction order, and evaluate the same. | 0.5 | $ 197.50 |
| 11/27/2019 | DCM | 395 | Formulate strategy for further handling. | 0.3 | $ 118.50 |
| 11/27/2019 | YMV | 220 | Research UMD and others for athletic budget and analyze available resources to compare to SCSU including EADA charts for 2018. | 6 | $ 1,320.00 |
| 12/2/2019 | ARF | 305 | Review and analyze case law on injunctions related to cutting sports program under title IX. | 1.6 | $ 488.00 |
| 12/4/2019 | DCM | 395 | Receipt, review and evaluation of investigation and status of compliance with Chief Judge John Tunheim's order by SCSU. | 0.4 | $ 158.00 |
| 12/4/2019 | TPB | 345 | Reviewing court order, analyzing strategy for upcoming hearings. | 0.3 | $ 103.50 |
| 12/4/2019 | YMV | 220 | Analyze email and materials provided by client regarding NY Times article, SCSU baseball recruiting and update on men's sport being cut. | 0.7 | $ 154.00 |
| 12/5/2019 | ARF | 305 | Review and analyze case law on injunctions related to cutting sports program under title IX. | 2.1 | $ 640.50 |
| 12/6/2019 | DCM | 395 | Receipt and review of various investigation materials regarding SCSU's attempt to obtain gender proportionality in compliance with Title IX. | 0.5 | $ 197.50 |
| 12/6/2019 | TPB | 345 | Reviewing emails from client and co-counsel regarding ongoing compliance issues. | 0.5 | $ 172.50 |
| 12/6/2019 | YMV | 220 | Analyze email from client regarding Nordic Ski team and prepare email of items for discussion with Jamie Herridge, analyze trial testimony of M. Hauer, J. Frost, D. Johnson regarding same. | 1.7 | $ 374.00 |
| 12/7/2019 | DCM | 395 | Review various reports and information concerning potential elimination of sports at SCSU; evaluate the same. | 0.7 | $ 276.50 |
| 12/9/2019 | TPB | 345 | Reviewing client emails, formulating strategy regarding impact on upcoming motion hearings. | 0.5 | $ 172.50 |
| 12/9/2019 | YMV | 220 | Analyze emails from client regarding SCSU programs, analyze athletic team websites for rosters and EADA numbers and discrepancies in wrestling, soccer and update chart of inequities based on multiple emails of information, analyze budget planning meeting transcript by provost. | 6 | $ 1,320.00 |
| 12/10/2019 | ARF | 305 | Review announcement by SCSU about cutting several sports, including a women's sport, various links and press articles related to the announcement, and review emails regarding of conversations at SCSU between impacted student athletes and SCSU leadership. | 3.7 | $ 1,128.50 |
| 12/10/2019 | DCM | 395 | Receipt and review of multiple sources of information regarding SCSU eliminating football and men's and women's golf teams; evaluate the same; prepare memo to Kristen Galles and Donna Lopiano regarding the same; receipt and review of information regarding status of proportionality; formulate strategy for further handling. | 1.7 | $ 671.50 |
| 12/10/2019 | TPB | 345 | Reviewing emails from client regarding sport announcement from St. Cloud State, analyzing impact on pending motions and appeal. | 1.9 | $ 655.50 |
| 12/10/2019 | YMV | 220 | Apply brief of SCSU efiled. | 1.4 | $ 308.00 |
| 12/10/2019 | YMV | 220 | Analyze emails from client of SCSU cutting men's golf and football and fallout, news articles. | 0.8 | $ 176.00 |
| 12/11/2019 | ARF | 305 | Continue review and analysis of memorandums and media articles concerning SCSU decision to cut several sports.  Review and analyze court's order denying SCSU's motion to stay the permanent injunction. | 3.2 | $ 976.00 |
| 12/11/2019 | DCM | 395 | Receipt and review of correspondence from the 8th Circuit Court of Appeals regarding acceptance of defendant's reply brief; receipt and review of correspondence from expert Donna Lopiano. | 0.7 | $ 276.50 |
| 12/11/2019 | DCM | 395 | Formulate strategy regarding second civil contempt hearing and analysis of appeal issues; formulate strategy regarding further handling in connection with Judge Tunheim's denial of defendant's motion for stay of proceedings; receipt and review of correspondence from football parent regarding effect of Title IX on football program. **[Reduced from 1.2 to 1.0 To Eliminate Work Related to Second Contempt Motion]** | 1.2 | $ 474.00 |
| 12/11/2019 | TPB | 345 | Reviewing documents and recordings sent by client relative to football elimination of women's golf, reviewing and analyzing court order denying motion to stay. | 2.6 | $ 897.00 |
| 12/11/2019 | YMV | 220 | Research G. Gutschow information as donor to SCSU, parent of Ben Gutshow football player, coordinator of donations to WI high school for D. Mark to respond to his email. | 1.4 | $ 308.00 |
| 12/11/2019 | YMV | 220 | Analyze many emails, audio recordings of meetings from client and prepare summaries of same. | 4.5 | $ 990.00 |
| 12/12/2019 | ARF | 305 | Portz team meeting to discuss strategy and to overview court's order denying Defendants' motion to stay the injunction; ample discussions with expert and team concerning potential responses to SCSU's cutting additional sports, including a women's sport, the effect on the present litigation; and extensive preparations for upcoming check-in with the court concerning the status of SCSU's compliance efforts. | 4.8 | $ 1,464.00 |
| 12/12/2019 | DCM | 395 | Revise letter response to football parent; review and evaluate history of football at SCSU; review various documents in preparation for staff meeting; meeting with staff and Sharon Van Dyck to discuss case status, elimination of additional women's sport and strategy for further handling; telephone conference with Kristen Galles to discuss SCSU's elimination of football and golf and discuss strategy going forward; prepare follow-up correspondence to Kristen. | 4.7 | $ 1,856.50 |
| 12/12/2019 | TPB | 345 | Meeting with clients, preparing for same, analyzing strategy for further case handling. | 3.6 | $ 1,242.00 |
| 12/12/2019 | YMV | 220 | Prepare summaries of 12.10.19 meetings with players and coaches and additional materials for meeting with D. Mark. | 2 | $ 440.00 |
| 12/12/2019 | YMV | 220 | Conference with D. Mark, T. Brimmer and A. Florea regarding SCSU cuts, Court's order regarding motion to stay, plan for 3pm conference. | 0.5 | $ 110.00 |
| 12/12/2019 | YMV | 220 | Conference regarding SCSU cuts, 2nd motion for contempt, NCAA requirements, roster manipulation, NCIS requirements, requesting squad lists from SCSU. **[Reduced from 2.5 to 2.0 to Eliminate Work Related to Second Contempt Motion]** | 2.5 | $ 550.00 |
| 12/12/2019 | YMV | 220 | Analyze K. Galles emails regarding participation matters. | 0.3 | $ 66.00 |
| 12/12/2019 | YMV | 220 | Analyze audio recordings of 12.10.19 meetings of coaches and of student-athletes with President Wacker and prepare summaries of same. | 2.2 | $ 484.00 |
| 12/13/2019 | ARF | 305 | Follow up discussions concerning process and best approach to advise the court of SCSU's potential violations of the permanent injunction by cutting a women's sport without leave from the court. | 0.8 | $ 244.00 |
| 12/13/2019 | DCM | 395 | Receipt and review of various regarding elimination of additional sports at SCSU; formulate strategy regarding civil contempt motion and additional motion for dropping women's golf. | 2.1 | $ 829.50 |
| 12/13/2019 | DCM | 395 | Email K. Galles with NCAA rule language regarding number of sports and when sports need to occur. | 0.2 | $ 44.00 |
| 12/13/2019 | YMV | 220 | Analyze articles from client regarding reactions to SCSU announcement of cutting sports teams, prepare summary of 12.10.19 meeting of SAAC. | 2.6 | $ 572.00 |
| 12/16/2019 | ARF | 305 | Review and analyze additional audio recordings and articles discussing SCSU decision to cut sports for 2020. | 1.3 | $ 396.50 |
| 12/16/2019 | DCM | 395 | Prepare responsive letter to David Czech, attorney and football player's father. | 0.5 | $ 197.50 |
| 12/16/2019 | DCM | 395 | Telephone conference with Gregg Gutschow, football player's father. | 0.6 | $ 237.00 |
| 12/16/2019 | DCM | 395 | Prepare email to Kristen Galles. | 0.4 | $ 158.00 |
| 12/16/2019 | YMV | 220 | Analyze client emails and videos/audio recordings for D. Mark and summary of 12.10.19 meeting with SAAC and President Wacker. | 2.4 | $ 528.00 |
| 12/17/2019 | DCM | 395 | Obtain information regarding golf coach's meeting with the athletic director. | 0.2 | $ 79.00 |
| 12/17/2019 | TPB | 345 | Reviewing email from client and summaries of additional information obtained. | 0.5 | $ 172.50 |
| 12/17/2019 | YMV | 220 | Conference with D. Mark regarding various audio recordings from client and update summary of SAAC recording with President Wacker of 12.10.19 upon review of audio recording. | 2.7 | $ 594.00 |
| 12/18/2019 | DCM | 395 | Receipt and review of correspondence from Kristen Galles regarding SCSU's elimination of women's golf. | 0.3 | $ 118.50 |
| 12/18/2019 | DCM | 395 | Prepare response to Kristen Galles. | 0.2 | $ 79.00 |
| 12/18/2019 | DCM | 395 | Exchange emails with Gregg Gutschow. | 0.3 | $ 118.50 |
| 12/18/2019 | YMV | 220 | Analyze emails of client regarding SCSU elimination of teams. | 0.3 | $ 66.00 |
| 12/18/2019 | YMV | 220 | Analyze videos and recorded meetings of SCSU eliminations. | 2.7 | $ 594.00 |
| 12/20/2019 | DCM | 395 | Receipt and review of email from father of football player regarding housing leases and respond to the same. | 0.3 | $ 118.50 |
| 12/20/2019 | YMV | 220 | Analyze H. Weems and SAAC meeting recording of 12.15.19 and prepare summary. | 3.8 | $ 836.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|------|--------|------|-------------|-------|--------|
| 12/23/2019 | TPB | 345 | Reviewing client emails. | 0.5 | $ 172.50 |
| 12/23/2019 | YMV | 220 | Analyze SCSU SAAC video of student athletes and numerous newspaper articles regarding cuts, Tunheim decision and plaintiffs' comments. | 2 | $ 440.00 |
| 12/27/2019 | DCM | 395 | Receipt and review of request for unavailable dates from 8th Circuit Court of Appeals Clerk. | 0.3 | $ 118.50 |
| 12/27/2019 | YMV | 220 | Analyze client's calendar regarding oral argument dates and D. Mark's calendar for potential conflicts. | 0.3 | $ 66.00 |
| 12/30/2019 | YMV | 220 | Analyze email questions from client and D. Lopiano response. | 0.2 | $ 44.00 |
| 12/31/2019 | YMV | 220 | Analyze materials from client regarding golf coach and budget for golf. | 0.4 | $ 88.00 |
| 1/2/2020 | TPB | 345 | Reviewing emails from client. | 0.5 | $ 172.50 |
| 1/5/2020 | DCM | 395 | Telephone conference to schedule meeting with golf coach Sloan Wallgren; strategy regarding the same. | 0.3 | $ 118.50 |
| 1/5/2020 | TPB | 345 | Reviewing and analyzing additional materials sent by client regarding response to cutting of sports. | 0.5 | $ 172.50 |
| 1/6/2020 | DCM | 395 | Prepare draft of declaration for golf coach Sloan Wallgren. | 0.5 | $ 197.50 |
| 1/6/2020 | TPB | 345 | Reviewing emails from client regarding prong 1 issues and needed additional information. | 0.5 | $ 172.50 |
| 1/6/2020 | YMV | 220 | Analyze emails from client regarding business faculty three letters to SCSU president, golfer information, and K. Galles responses. | 0.6 | $ 132.00 |
| 1/8/2020 | DCM | 395 | Prepare for meeting with golf coach Sloan Wallgren; travel to St. Cloud to meet with Coach Wallgren and discuss facts and preparation of declaration regarding the golf program. | 5.7 | $ 2,251.50 |
| 1/9/2020 | ARF | 305 | Review emails concerning SCSU internal unrest; review and analysis of statements from football coach; press articles concerning SCSU decision to cut sports, including women's sport. | 0.8 | $ 244.00 |
| 1/9/2020 | YMV | 220 | Analyze J. Siminoe and S. Goings information for W. Flanery. | 0.3 | $ 66.00 |
| 1/10/2020 | ARF | 305 | Review and analyze updates on SCSU measures concerning sports management; review and analyze press coverage concerning SCSU's mismanagement of sports equity in preparation for motion for contempt. | 0.8 | $ 244.00 |
| 1/10/2020 | DCM | 395 | Review and revise declaration of golf coach Sloan Wallgren. | 0.5 | $ 197.50 |
| 1/10/2020 | DCM | 395 | Receipt and analysis of information regarding SCSU's elimination of football program. | 0.3 | $ 118.50 |
| 1/10/2020 | DCM | 395 | Review and evaluate memo prepared by SCSU business school faculty analyzing SCSU's financial situation and explanation for athletic cuts by administration. | 0.5 | $ 197.50 |
| 1/10/2020 | DCM | 395 | Prepare final redraft of Wallgren's declaration and forward to coach for review. | 0.3 | $ 118.50 |
| 1/10/2020 | TPB | 345 | Reviewing emails and additional materials from client. | 1 | $ 345.00 |
| 1/10/2020 | YMV | 220 | Analyze emails from client and articles by local people about SCSU cuts. | 0.6 | $ 132.00 |
| 1/13/2020 | DCM | 395 | Review various newspaper articles regarding SCSU athletic cuts, re-review business faculty letter to the president. | 0.5 | $ 197.50 |
| 1/13/2020 | DCM | 395 | Receipt and review of executed declaration from Sloan Wallgren and letter of thanks to the same. | 0.4 | $ 158.00 |
| 1/13/2020 | TPB | 345 | Reviewing emails from client and recent articles quoting SCSU officials. | 0.5 | $ 172.50 |
| 1/13/2020 | YMV | 220 | Analyze and transcribe SAAC meeting with Heather Weems. | 3.5 | $ 770.00 |
| 1/14/2020 | DCM | 395 | Receipt and review of various materials regarding SCSU's attempts to upgrade facilities and review interview of President Robbyn Wacker regarding elimination of sports. | 0.4 | $ 158.00 |
| 1/14/2020 | YMV | 220 | Analyze client emails regarding athletic department strategic planning meeting, budget. | 0.3 | $ 66.00 |
| 1/15/2020 | DCM | 395 | Review and evaluate President Wacker's responsive letter to the business school professors. | 0.4 | $ 158.00 |
| 1/16/2020 | DCM | 395 | Receipt and review of correspondence regarding status of meeting of the faculty of the business school with President Wacker. | 0.3 | $ 118.50 |
| 1/17/2020 | DCM | 395 | Receipt and review of correspondence from SCSU business school faculty. | 0.3 | $ 118.50 |
| 1/17/2020 | DCM | 395 | Prepare correspondence to Donna Lopiano regarding status of compliance attempts by SCSU. | 0.2 | $ 79.00 |
| 1/19/2020 | YMV | 220 | Analyze and transcribe SAAC meeting recording with Heather Weems. | 2 | $ 440.00 |
| 1/20/2020 | DCM | 395 | Prepare correspondence regarding potential declaration by SCSU accounting and business department. | 0.3 | $ 118.50 |
| 1/20/2020 | YMV | 220 | Analyze SAAC questions and statement and incorporate and update transcription of 12.15.19 meeting with H. Weems. | 1.5 | $ 330.00 |
| 1/20/2020 | YMV | 220 | Analyze and transcribe SAAC meeting with H. Weems. | 3.5 | $ 770.00 |
| 1/21/2020 | DCM | 395 | Receipt of correspondence regarding SCSU's business school's analysis of the athletic department's accounting numbers. | 0.2 | $ 79.00 |
| 1/21/2020 | DCM | 395 | Prepare responsive correspondence regarding business school's analysis. | 0.3 | $ 118.50 |
| 1/21/2020 | DCM | 395 | Receipt and review of order awarding attorneys' fees by Judge Tunheim. | 0.4 | $ 158.00 |
| 1/21/2020 | TPB | 345 | Reviewing order and amended order, analyzing same. | 0.5 | $ 172.50 |
| 1/21/2020 | YMV | 220 | Analyze court order regarding granting-denying attorney's fees and costs, conference with D. Mark regarding need for amended order. | 0.4 | $ 88.00 |
| 1/21/2020 | YMV | 220 | Analyze and organize all articles, audio recordings regarding SCSU cuts and football videos. | 0.8 | $ 176.00 |
| 1/21/2020 | YMV | 220 | Analyze notebook of client emails from December 2019-present regarding SCSU announcement of football-golf teams' cuts. | 1.4 | $ 308.00 |
| 1/22/2020 | DCM | 395 | Analyze Judge Tunheim's order awarding attorneys' fees. | 0.5 | $ 197.50 |
| 1/22/2020 | DCM | 395 | Correspondence regarding potential appeal. | 0.4 | $ 158.00 |
| 1/22/2020 | TPB | 345 | Analyzing fees award, calculating reductions, analyzing adverse ruling for purposes of potential appellate issues, drafting summary of distributions upon payment. | 2.5 | $ 862.50 |
| 1/22/2020 | YMV | 220 | Analyze court's entry of judgment and appeal notice. | 0.3 | $ 66.00 |
| 1/22/2020 | YMV | 220 | Analyze EADA reports of SCSU and determine materials to possibly request for meeting with Judge Tunheim in February. | 0.6 | $ 132.00 |
| 1/22/2020 | YMV | 220 | Analyze court's order regarding re-instatement of EMU tennis. | 0.1 | $ 22.00 |
| 1/23/2020 | DCM | 395 | Correspondence from and to expert Kristen Galles. | 0.4 | $ 158.00 |
| 1/23/2020 | DCM | 395 | Prepare file for further handling. | 0.3 | $ 118.50 |
| 1/23/2020 | DCM | 395 | Review status of entry of judgment regarding taxable costs. | 0.3 | $ 118.50 |
| 1/23/2020 | TPB | 345 | Analyzing potential grounds for appeal of order on attorneys' fees, analyzing contempt motion fee requests, discussing further handling of request for expert fees, preparing for anticipated appeal of amended judgment by SCSU relative to fee award. | 2.5 | $ 862.50 |
| 1/23/2020 | YMV | 220 | Telephone conference with USDC-MN clerk regarding status of taxation of costs, email D. Mark regarding same providing comparative of Miller timeline. | 0.2 | $ 44.00 |
| 1/23/2020 | YMV | 220 | Analyze K. Gallas Title IX Powerpoint and scenarios outlined for compliance. | 1 | $ 220.00 |
| 1/24/2020 | YMV | 220 | Analyze Plaintiff's motion for order finding defendants in civil contempt of court's permanent injunction, memorandum and proposed order and conference with D. Mark regarding same. | 0.8 | $ 176.00 |
| 1/27/2020 | DCM | 395 | Schedule meeting to begin preparation for oral argument regarding civil contempt motions. | 0.3 | $ 118.50 |
| 1/27/2020 | DCM | 395 | Evaluate rules regarding cross-appeal on expert witness fees. | 0.3 | $ 118.50 |
| 1/27/2020 | TPB | 345 | Reviewing additional materials from client. | 0.5 | $ 172.50 |
| 1/27/2020 | YMV | 220 | Analyze client emails regarding SCSU updates and request for materials for 2.3.20 meeting with D. Mark. | 0.3 | $ 66.00 |
| 1/28/2020 | DCM | 395 | Prepare correspondence to team members scheduling meeting to prepare for contempt hearing. | 0.2 | $ 79.00 |
| 1/28/2020 | TPB | 345 | Reviewing email and photos from client regarding SCSU activities, formulating strategy regarding same. | 0.5 | $ 172.50 |
| 1/28/2020 | YMV | 220 | Email client regarding materials requested for 2.3.20 meeting with D. Mark and compile Nordic Ski schedules, rosters, results from SCSU website. | 2.5 | $ 550.00 |
| 1/28/2020 | YMV | 220 | Analyze client email and attachments regarding Nordic Ski waxing room and analyze trial exhibits for potential use at meeting. | 0.2 | $ 44.00 |
| 1/29/2020 | ARF | 305 | Review and analyze orders on attorneys' fees and costs, and review and analyze rules regarding appeal and cross-appeals to determine applicable deadlines. | 1.3 | $ 396.50 |
| 1/29/2020 | DCM | 395 | Formulate strategy regarding timing of appeal for recovery of expert witness fees of Donna Lopiano. | 0.3 | $ 118.50 |
| 1/29/2020 | TPB | 345 | Reviewing email from client regarding renovations and facilities changes, analyzing impact on pending case matters. | 0.4 | $ 138.00 |
| 1/30/2020 | DCM | 395 | Receipt and review of newspaper article regarding interview of Dr. Wacker; evaluate regarding accuracy. | 0.9 | $ 355.50 |
| 1/30/2020 | DCM | 395 | Review status of investigation for February 25 hearing. | 0.3 | $ 118.50 |
| 1/30/2020 | TPB | 345 | Reviewing additional information from clients, analyzing cost judgment. | 0.8 | $ 276.00 |
| 1/30/2020 | YMV | 220 | Analyze emails from client regarding articles by President Wacker, materials for meeting. | 2 | $ 440.00 |
| 1/30/2020 | YMV | 220 | Analyze SCSU previous articles, announcements, SCSU website notices, status of changes at SCSU facilities and provide D. Mark with articles. | 2.6 | $ 572.00 |
| 1/30/2020 | YMV | 220 | Analyze court's ruling on bill of costs allowed vs. amounts claimed. | 0.4 | $ 88.00 |
| 1/31/2020 | DCM | 395 | Receipt and review of taxation of costs award from U.S. District Court and evaluate the same. | 0.4 | $ 158.00 |
| 1/31/2020 | DCM | 395 | Prepare correspondence for meeting to discuss civil contempt motions and oral presentation of same. | 0.3 | $ 118.50 |
| 1/31/2020 | DCM | 395 | Review email from professor of business school regarding financial analysis of cutting football program. | 0.3 | $ 118.50 |
| 1/31/2020 | DCM | 395 | Telephone conference to discuss current athletic department status regarding facilities and coaching staffs. | 0.8 | $ 316.00 |
| 1/31/2020 | TPB | 345 | Reviewing order regarding continued sealing and formulating strategy regarding response to same, reviewing additional materials provided by clients. | 0.9 | $ 310.50 |
| 1/31/2020 | YMV | 220 | Telephone conference with client regarding SCSU numbers to address inequities, analyze athletic strategic planning, prepare materials and photos and facility issues for meeting to use to describe inequities. | 2 | $ 440.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|------|--------|------|-------------|-------|--------|
| 1/31/2020 | YMV | 220 | Analyze H. Weems deposition for exhibits to match client revised chart of sports inequities, analyze trial exhibits, analyze prior submissions and emails with client regarding same and email D. Mark with materials. | 3.4 | $ 748.00 |
| 2/3/2020 | DCM | 395 | Review and evaluate declaration by Weems. | 0.5 | $ 197.50 |
| 2/3/2020 | DCM | 395 | Review and evaluate reply brief. | 1.4 | $ 553.00 |
| 2/3/2020 | DCM | 395 | Send defendant's brief to Kristen Galles for review and comment. | 0.3 | $ 118.50 |
| 2/3/2020 | YMV | 220 | Prepare materials and photos for meeting with client. | 2.4 | $ 528.00 |
| 2/4/2020 | DCM | 395 | Prepare correspondence to Kristen Galles. | 0.2 | $ 79.00 |
| 2/4/2020 | DCM | 395 | Prepare correspondence to Sharon Van Dyck regarding facilities disparities. | 0.3 | $ 118.50 |
| 2/4/2020 | DCM | 395 | Prepare memo to Yvonne Viehman regarding preparation of demonstrative chart. | 0.3 | $ 118.50 |
| 2/4/2020 | TPB | 345 | Reviewing additional materials from client. | 0.5 | $ 172.50 |
| 2/4/2020 | YMV | 220 | Analyze emails from client regarding facilities committee and financial analysis for consideration. | 0.7 | $ 154.00 |
| 2/4/2020 | YMV | 220 | Prepare summary of meeting for A. Florea. | 0.6 | $ 132.00 |
| 2/4/2020 | YMV | 220 | Analyze SC Times article regarding MAC improvements. | 0.4 | $ 88.00 |
| 2/4/2020 | YMV | 220 | Analyze D. Mark's email regarding tasks to be accomplished. | 0.2 | $ 44.00 |
| 2/5/2020 | DCM | 395 | Formulate strategy regarding exhibits and documents to be used at contempt hearing. | 0.8 | $ 316.00 |
| 2/5/2020 | YMV | 220 | Analyze emails with client and revise Weems chart and email team. | 0.7 | $ 154.00 |
| 2/5/2020 | YMV | 220 | Analyze trial testimony of D. Lopiano regarding adding lacrosse or other female sports to roster. | 3 | $ 660.00 |
| 2/5/2020 | YMV | 220 | Analyze review of Hennepin County judgment clerk regarding foreign judgment filing and steps required and analyze applicable statutes and email T. Brimmer regarding same. | 1.2 | $ 264.00 |
| 2/6/2020 | DCM | 395 | Receipt and review of SCSU's "First Report" and evaluate claims of progress toward equity by SCSU. | 0.5 | $ 197.50 |
| 2/6/2020 | DCM | 395 | Receipt of information from Judge Tunheim's clerk, Heather, regarding hearing scheduled for both contempt motions. | 0.2 | $ 79.00 |
| 2/6/2020 | DCM | 395 | Conference with Sharon Van Dyck regarding strategy and further handling. | 0.3 | $ 118.50 |
| 2/6/2020 | TPB | 345 | Reviewing new emails from client regarding response to initial report. | 0.3 | $ 103.50 |
| 2/6/2020 | YMV | 220 | Analyze sample writ of execution in USDC MN, Federal Rule of Civil Procedure 62 and 69 regarding execution. | 0.2 | $ 44.00 |
| 2/6/2020 | YMV | 220 | Analyze trial testimony of D. Lopiano for references to adding another women's sport and email S. Van Dyck and D. Mark regarding same. | 2.4 | $ 528.00 |
| 2/7/2020 | DCM | 395 | Formulate strategy regarding issues to respond to concerning SCSU's "First Report." | 0.5 | $ 197.50 |
| 2/7/2020 | DCM | 395 | Schedule meeting with team to discuss reply and research needed. | 0.2 | $ 79.00 |
| 2/7/2020 | YMV | 220 | Analyze emails from client regarding updates with football, facilities committee issues, and campus recreation director. | 0.2 | $ 44.00 |
| 2/7/2020 | YMV | 220 | Analyze photographs for use with response to Report #1 and conference with W. Flanery regarding same. | 1.6 | $ 352.00 |
| 2/8/2020 | DCM | 395 | Telephone conference with Team to discuss SCSU's "First Report" and to prepare rebuttal to the same. | 0.8 | $ 316.00 |
| 2/9/2020 | TPB | 345 | Reviewing new materials from client, formulating strategy regarding response to update from SCSU. | 0.5 | $ 172.50 |
| 2/10/2020 | DCM | 395 | Review SCSU's "First Report" and outline issues for reply. | 0.9 | $ 355.50 |
| 2/10/2020 | DCM | 395 | Meeting with team to discuss reply to contempt motion response and formulate strategy regarding reply to same. | 2.1 | $ 829.50 |
| 2/10/2020 | DCM | 395 | Meeting to discuss issues for reply to "First Report." | 0.5 | $ 197.50 |
| 2/10/2020 | DCM | 395 | Conference with Yvonne regarding need for various exhibits and additional research. | 0.4 | $ 158.00 |
| 2/10/2020 | DCM | 395 | Conference with Adina regarding preparation of first draft of response to SCSU's "First Report." | 0.5 | $ 197.50 |
| 2/10/2020 | DCM | 395 | Receipt and review of notification from A.G.'s office regarding assignment of new attorneys to represent SCSU. | 0.3 | $ 118.50 |
| 2/10/2020 | TPB | 345 | Reviewing claims analysis from clients regarding recently filed update to Court, formulating strategy regarding appeal of costs ruling. | 0.6 | $ 207.00 |
| 2/10/2020 | YMV | 220 | Telephone conference regarding SCSU's report #1; determine compliance issues worth pursuing and materials needed for contempt motion reply and objections to report #1. | 2 | $ 440.00 |
| 2/10/2020 | YMV | 220 | Analyze economic overview of University budget and athletic budget, trial testimony of D. Lopiano and email case team regarding excerpts for use in reply and objection, telephone conference regarding same. | 2.5 | $ 550.00 |
| 2/11/2020 | DCM | 395 | Receipt of information regarding SCSU's self insurance. | 0.2 | $ 79.00 |
| 2/11/2020 | DCM | 395 | Receipt and review of correspondence from parent Gregg Gutschow. | 0.2 | $ 79.00 |
| 2/11/2020 | DCM | 395 | Prepare response to Gregg Gutschow. | 0.4 | $ 158.00 |
| 2/11/2020 | DCM | 395 | Telephone conference regarding business school faculty meeting with University president. | 0.4 | $ 158.00 |
| 2/11/2020 | TPB | 345 | Drafting and editing motion papers in support of motion to amend judgment to add interest, analyzing potential appeal of costs award relative to expert witness fees. | 6.3 | $ 2,173.50 |
| 2/11/2020 | YMV | 220 | Analyze court filings and emails regarding football fans/dad. | 0.4 | $ 88.00 |
| 2/11/2020 | YMV | 220 | Analyze Miller order noting allowance of expert fees of D. Lopiano and email A. Florea and D. Mark regarding excerpt. | 0.3 | $ 66.00 |
| 2/11/2020 | YMV | 220 | Analyze Miller order and determine interest rate for post-judgment interest. | 1.2 | $ 264.00 |
| 2/11/2020 | YMV | 220 | Analyze Lopiano trial testimony for additional excerpts on issues still pending/resolved for objection to status report #1. | 1.3 | $ 286.00 |
| 2/12/2020 | DCM | 395 | Conference with Sharon Van Dyck to discuss post-trial interest and potential cross-motion for same. | 0.4 | $ 158.00 |
| 2/12/2020 | DCM | 395 | Telephone call from SCSU parent to discuss status of case. | 0.3 | $ 118.50 |
| 2/12/2020 | DCM | 395 | Formulate strategy regarding potential cross-appeal to SCSU's appeal. | 0.4 | $ 158.00 |
| 2/12/2020 | TPB | 345 | Drafting and editing motion for post judgment interest. | 2.4 | $ 828.00 |
| 2/12/2020 | YMV | 220 | Analyze memorandum and other filings regarding motion to amend judgments. | 0.3 | $ 66.00 |
| 2/12/2020 | YMV | 220 | Telephone conference with D. Mark regarding visual charts needed for hearing and objection to SCSU's report #1. | 0.2 | $ 44.00 |
| 2/12/2020 | YMV | 220 | Research duties of MN solicitor general and Liz Kramer. | 0.3 | $ 66.00 |
| 2/12/2020 | YMV | 220 | Collect trial exhibits and analyze emails outlining financial analysis, results of meeting with President Wacker. | 0.8 | $ 176.00 |
| 2/12/2020 | YMV | 220 | Analyze Court's order of 8.1.19 to prepare chart of areas achieved and not achieved as to compliance and following court order. | 1.5 | $ 330.00 |
| 2/13/2020 | ARF | 305 | Review, analyze, draft Plaintiffs' objections and responses to SCSU's first report under the permanent injunction. | 4.3 | $ 1,311.50 |
| 2/13/2020 | DCM | 395 | Receipt and review of various materials regarding status of facilities for Nordic ski team and women's tennis team. | 0.7 | $ 276.50 |
| 2/13/2020 | YMV | 220 | Analyze photographs for use with objection to SCSU report # 1 and prepare chart of items completed / not completed by SCSU. | 3.5 | $ 770.00 |
| 2/14/2020 | ARF | 305 | Review, analysis, and continue drafting Plaintiffs' objections and responses to SCSU's First Report under the Permanent Injunction. | 3.2 | $ 976.00 |
| 2/14/2020 | DCM | 395 | Review and evaluate notes and memos from facilities committee regarding reassignment locker space at Huskies Stadium; receipt of information regarding committee member Dr. William Piccomatto and actual discussion and decision-making in committee meetings. | 1.8 | $ 711.00 |
| 2/14/2020 | DCM | 395 | Make final revisions to reply memo following telephone conference with Sharon Van Dyck. | 0.8 | $ 316.00 |
| 2/14/2020 | DCM | 395 | Prepare declaration for Maria Hauer. | 0.6 | $ 237.00 |
| 2/14/2020 | YMV | 220 | Emails with client, S. Van Dyck and analyze reply and collaborate regarding necessary changes. | 2 | $ 440.00 |
| 2/16/2020 | ARF | 305 | Continue extensive review, analysis, and drafting Plaintiffs' objections and responses to SCSU's First Report under the Permanent Injunction. | 9.9 | $ 3,019.50 |
| 2/16/2020 | DCM | 395 | Prepare revised declaration for Maria Hauer. | 0.6 | $ 237.00 |
| 2/16/2020 | DCM | 395 | Formulate strategy for further handling. | 0.4 | $ 158.00 |
| 2/17/2020 | ARF | 305 | Continue extensive review, analysis, and drafting Plaintiffs' objections and responses to SCSU's First Report under the Permanent Injunction. Circulate first draft. | 8.2 | $ 2,501.00 |
| 2/17/2020 | DCM | 395 | Review and finalize declaration for Maria Hauer. | 0.7 | $ 276.50 |
| 2/17/2020 | DCM | 395 | Prepare declaration for Larry Sundby. | 1.4 | $ 553.00 |
| 2/17/2020 | DCM | 395 | Review and revise response to SCSU's First Report and redraft same. | 2.3 | $ 908.50 |
| 2/17/2020 | YMV | 220 | Analyze response/objection and collaborate on additional materials needed and manipulate photographs. | 4.5 | $ 990.00 |
| 2/17/2020 | YMV | 220 | Analyze statistics for football, soccer, etc. | 1.5 | $ 330.00 |
| 2/18/2020 | ARF | 305 | Review, edit, analyze, and finalize memorandum stating objections and responses to SCSU's first report under the Permanent Injunction. Draft, review, and edit declarations in support of response. Discussions and strategy with clients. | 9.1 | $ 2,775.50 |
| 2/18/2020 | DCM | 395 | Review and revise memo in response to SCSU's First Report. | 2.1 | $ 829.50 |
| 2/18/2020 | DCM | 395 | Prepare declaration of Dr. Kris Portz of SCSU business accounting department. | 1.1 | $ 434.50 |
| 2/18/2020 | DCM | 395 | Prepare declaration of Alexie Portz identifying various exhibits. | 0.8 | $ 316.00 |
| 2/18/2020 | DCM | 395 | Review and evaluate various documents prepared by SCSU business accounting department. | 1.6 | $ 632.00 |
| 2/18/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck. | 0.3 | $ 118.50 |
| 2/18/2020 | TPB | 345 | Reviewing and analyzing client information and revised briefing. | 0.7 | $ 241.50 |
| 2/18/2020 | YMV | 220 | Prepare and revise declaration for D. Mark and download 10 exhibits to accompany objection/response to SCSU's 1st report. | 2.4 | $ 528.00 |
| 2/18/2020 | YMV | 220 | Prepare and revise declaration for A. Fredin and download 2 exhibits to accompany objection/response to SCSU's 1st report. | 0.8 | $ 176.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/18/2020 | YMV | 220 | Prepare and revise declaration for J. Kedrowski and prepare 4 exhibits (redact faces in photos) to accompany objection/response to SCSU's 1st report. | 1.2 | $ 264.00 |
| 2/18/2020 | YMV | 220 | Analyze and revise objection/response to SCSU's 1st report and collaborate regarding same. | 2.6 | $ 572.00 |
| 2/18/2020 | YMV | 220 | Analyze emails from client regarding additions to submissions. | 0.4 | $ 88.00 |
| 2/19/2020 | ARF | 305 | Review, analysis, strategy, drafting, correspondence with clients regarding contempt motions, first report, and upcoming motion hearing. | 4.7 | $ 1,433.50 |
| 2/19/2020 | DCM | 395 | Begin preparation of outline for oral argument in support of contempt motions. | 1.3 | $ 513.50 |
| 2/19/2020 | DCM | 395 | Prepare correspondence to Sharon Van Dyck regarding citation for individual contempt relief. | 0.3 | $ 118.50 |
| 2/19/2020 | DCM | 395 | Analyze notebooks for D. Mark and update notebook regarding SCSU's 1st report and 1st contempt motion. | 0.4 | $ 158.00 |
| 2/19/2020 | YMV | 220 | Analyze emails from client and continue compiling chart of inequities. | 2.4 | $ 528.00 |
| 2/20/2020 | ARF | 305 | Strategy meeting concerning hearing on motions for contempt and response to SCSU's first report. [Reduced from 2.1 to 1.0 To Eliminate Work Related to Second Contempt Motion] | 1 | $ 305.00 |
| 2/20/2020 | DCM | 395 | Prepare outline for contempt motions oral argument. [Reduced from 3.9 to 2.0 To Eliminate Work Related to Second Contempt Motion] | 2 | $ 790.00 |
| 2/20/2020 | DCM | 395 | Prepare for meeting to discuss oral argument and response to SCSU. | 1.1 | $ 434.50 |
| 2/20/2020 | DCM | 395 | Meeting with team to prepare for oral argument. [Reduced from 1.4 to 1.0 To Eliminate Work Related to Second Contempt Motion] | 1 | $ 395.00 |
| 2/20/2020 | YMV | 220 | Prepare outline to 2nd contempt motion for D. Mark for 2.25.20 hearing and compile materials needed regarding Nordic Ski high school and college statistics, golf statistics, soccer statistics for area colleges. [Reduced from 5.4 to 2.4 to eliminate work related to second contempt motion.] | 2.4 | $ 528.00 |
| 2/20/2020 | YMV | 220 | Analyze pleadings and prepare notebook of Tunheim orders to date, notebook of contempt motion #1, #2 and SCSU report and objections, exhibits. [Reduced from .4 to .2 To Eliminate Work Related to Second Contempt Motion] | 0.2 | $ 44.00 |
| 2/21/2020 | ARF | 305 | Portz strategy and analysis; meeting with team to prepare argument and presentation of evidence at hearing on motions for contempt and SCSU report. [Reduced from 6.2 to 5.0 To Eliminate Work Related to Second Contempt Motion] | 5 | $ 1,525.00 |
| 2/21/2020 | DCM | 395 | Prepare oral argument outlines for contempt motions and review all supporting exhibits. [Reduced from 2.3 to 1.5 To Eliminate Work Related to Second Contempt Motion] | 1.5 | $ 592.50 |
| 2/21/2020 | YMV | 220 | Analyze response to amend judgment to include interest. | 0.1 | $ 22.00 |
| 2/21/2020 | YMV | 220 | Collaborate regarding Dr. Piccanatto declaration, analyze and revise exhibits, and emails with client regarding same. | 0.7 | $ 154.00 |
| 2/21/2020 | YMV | 220 | Conference with A. Florea and D. Mark to collaborate on needs for hearing, research to conduct to support arguments for contempt motion #1, contempt motion #2 and response to SCSU's 1st report and conduct research as requested on high schools, colleges, comparisons of SCSU, UMD, Mankato State. [Reduced from 3.5 to 3.0 To Eliminate Work Related to Second Contempt Motion] | 3 | $ 660.00 |
| 2/22/2020 | DCM | 395 | Review SCSU First Report and prepare outline for research to conduct to point objecting to the same and pointing out discrepancies and misrepresentations. | 5.7 | $ 2,251.50 |
| 2/22/2020 | YMV | 220 | Create Powerpoint for contempt motion #2 and Powerpoint for response to SCSU's 1st report, update Powerpoint regarding Contempt Motion #1 based on conferences and requests to include materials, research Division II team information, high schools offering golf, lacrosse, soccer. [Reduced from 4.0 to 3.5 To Eliminate Work Related to Second Contempt Motion] | 3.5 | $ 770.00 |
| 2/23/2020 | DCM | 395 | Revise outline for argument in opposition to defendant's First Report and provide counter-arguments. | 3.7 | $ 1,461.50 |
| 2/23/2020 | DCM | 395 | Review and revise report in preparation regarding civil contempt motion #1. | 1.1 | $ 434.50 |
| 2/23/2020 | YMV | 220 | Prepare chart of lost tuition and room and board revenues, expenses no longer incurred from football, golf cuts, incorporate addition of soccer team tuition and room and board revenues and expenses. | 1 | $ 220.00 |
| 2/23/2020 | YMV | 220 | Update 3 powerpoints with additional information based on research found on SCSU website, news articles regarding cutting football and golf. | 1 | $ 220.00 |
| 2/24/2020 | DCM | 395 | Review various newspaper articles and organize various exhibits for presentation of contempt motions. | 1.9 | $ 750.50 |
| 2/24/2020 | DCM | 395 | Telephone conference with Yvonne regarding changes to outline and adding more slides to PowerPoint. | 2.2 | $ 869.00 |
| 2/24/2020 | TPB | 345 | Reviewing appellate filings, formulating strategy regarding cross appeal of denial of expert fees and legal basis therefore. | 1.2 | $ 414.00 |
| 2/24/2020 | YMV | 220 | Prepare materials for contempt in D. Mark, research statistics of other schools in NSIC for various sports, research J. Diggins article. | 2.1 | $ 462.00 |
| 2/24/2020 | YMV | 220 | Conference with D. Mark regarding preparations for hearing and revisions needed for Contempt #1 Powerpoint, Contempt #2 Powerpoint, Report Objections Powerpoint. [Reduced from 2.5 to 2.0 To Eliminate Work Related to Second Contempt Motion] | 2 | $ 440.00 |
| 2/24/2020 | YMV | 220 | Prepare exhibits, research SCSU website, SC Times and other publications for cuts announcement, high school golf programs in MN, Loppett Foundation event with J. Diggins, and revise outline and Powerpoint for SCSU Business Department's analysis of estimated cost of cuts. | 3.5 | $ 770.00 |
| 2/24/2020 | YMV | 220 | Telephone conferences with D. Mark regarding chart of SCSU Business Department's analysis of estimated cost of cuts. | 0.6 | $ 132.00 |
| 2/24/2020 | YMV | 220 | Revise outline and Powerpoint regarding 1st Contempt motion and prepare exhibits. | 2.6 | $ 572.00 |
| 2/24/2020 | YMV | 220 | Telephone conference with Judge Tunheim's clerk regarding technology check needed prior to hearing. | 0.1 | $ 22.00 |
| 2/25/2020 | DCM | 395 | Prepare for oral argument in U.S. District Court before Chief Judge John Tunheim. [Reduced from 5.8 to 4.0 To Eliminate Work Related to Second Contempt Motion] | 4 | $ 1,580.00 |
| 2/25/2020 | DCM | 395 | Travel to courthouse and appear in U.S. District Court to argue contempt motions against SCSU. | 3.7 | $ 1,461.50 |
| 2/25/2020 | DCM | 395 | Meeting with clients following hearing to discuss arguments and further handling of case. | 1.2 | $ 474.00 |
| 2/25/2020 | TPB | 345 | Formulating strategy regarding further case handling after hearing on contempt motions, document requests. | 0.5 | $ 172.50 |
| 2/25/2020 | YMV | 220 | Telephone conference with D. Mark to walk through outlines/Powerpoints for 1st contempt motion, 2nd contempt motion and response to SCSU's 1st report. [Reduced from 2.0 to 1.5 To Eliminate Work Related to Second Contempt Motion] | 1.5 | $ 330.00 |
| 2/25/2020 | YMV | 220 | Revise select pages from Powerpoints upon collaboration. | 0.6 | $ 132.00 |
| 2/25/2020 | YMV | 220 | Research nearest Division II soccer teams to SCSU, U Mary elimination of soccer team, Eastern Michigan University addition of women's lacrosse, high schools teams offering golf. | 0.5 | $ 110.00 |
| 2/25/2020 | YMV | 220 | Drive to downtown Minneapolis for hearing with Judge Tunheim on contempt motions. | 0.5 | $ 110.00 |
| 2/25/2020 | YMV | 220 | Meet with courtroom personnel and IT department due to issues with set-up of computer for hearing and conference with D. Mark regarding additional materials for use at hearing. | 1 | $ 220.00 |
| 2/25/2020 | YMV | 220 | Attend hearing with Judge Tunheim on contempt motion #1 and #2 and conduct Powerpoint displays for D. Mark during hearing. | 2 | $ 440.00 |
| 2/25/2020 | YMV | 220 | Conferences to collaborate regarding results of hearing with clients. | 1 | $ 220.00 |
| 2/26/2020 | ARF | 305 | Review and analyze pleadings and documents and prepare follow up to SCSU's first 6-month report including requests for documents. | 2.1 | $ 640.50 |
| 2/26/2020 | DCM | 395 | Receipt and review of notice from SCSU regarding withdrawal of attorney Ian Welsh from case. | 0.2 | $ 79.00 |
| 2/26/2020 | DCM | 395 | Prepare correspondence to court confirming filing addendum seeking documents to verify SCSU compliance with Prong 1. | 0.6 | $ 237.00 |
| 2/26/2020 | DCM | 395 | Meeting with team to discuss addendum and document demand to be filed with the court. | 0.4 | $ 158.00 |
| 2/26/2020 | DCM | 395 | Formulate strategy for further handling. | 0.3 | $ 118.50 |
| 2/26/2020 | TPB | 345 | Reviewing and editing correspondence to court and addendum regarding response to SCSU First Report, formulating strategy regarding same, preparing notices of appearance, formulating appellate strategy regarding fee award issues. | 2.1 | $ 724.50 |
| 2/26/2020 | YMV | 220 | Analyze and revise addendum to plaintiffs' objection/response to SCSU's First Report. | 0.4 | $ 88.00 |
| 2/26/2020 | YMV | 220 | Analyze filings in appellate court action. | 0.2 | $ 44.00 |
| 2/27/2020 | ARF | 305 | Review and analyze rules and case law applicable to a potential appeal of district court's decision concerning expert fees. Communicate with team about findings. | 4.2 | $ 1,281.00 |
| 2/27/2020 | DCM | 395 | Review addendum to response to First Report demanding production of documents from SCSU. | 0.3 | $ 118.50 |
| 2/27/2020 | DCM | 395 | File and serve addendum containing request for documents from SCSU regarding compliance with Prong 1. | 0.4 | $ 158.00 |
| 2/27/2020 | DCM | 395 | Telephone conference with football parent Gregg Gutschow. | 0.6 | $ 237.00 |
| 2/27/2020 | DCM | 395 | Correspondence to Gregg Gutschow forwarding First Report and response to same. | 0.2 | $ 79.00 |
| 2/27/2020 | DCM | 395 | Formulate strategy regarding cross-appeal concerning award for attorneys' fees and costs. | 0.3 | $ 118.50 |
| 2/27/2020 | TPB | 345 | Drafting and editing addendum document requests to court, formulating strategy regarding same, analyzing potential grounds for cross appeal to 8th Circuit. | 2.2 | $ 759.00 |
| 2/27/2020 | YMV | 220 | Analyze appellate rules on cross-appeals and email S. Van Dyck regarding timing of filing cross-appeal. | 0.2 | $ 44.00 |
| 2/27/2020 | YMV | 220 | Telephone conference with Judge Tunheim's clerk regarding exhibits marked at hearing. | 0.1 | $ 22.00 |
| 2/27/2020 | YMV | 220 | Prepare pleadings and email regarding same. | 0.4 | $ 88.00 |
| 2/28/2020 | DCM | 395 | Receipt and review of correspondence regarding cutting of scholarships for women's sports, and evaluate the same. | 0.3 | $ 118.50 |
| 2/28/2020 | DCM | 395 | Prepare responsive correspondence requesting evidence supporting claim of cutting of women's scholarships. | 0.3 | $ 118.50 |
| 2/28/2020 | DCM | 395 | Analyze order regarding attorneys' fees and costs and prepare summary of reductions. | 1 | $ 220.00 |
| 2/28/2020 | YMV | 220 | Email to opposing counsel forwarding exhibits A-G and J. Diggins article and telephone conference with clerk regarding exhibits not marked yet. | 0.3 | $ 66.00 |
| 3/2/2020 | DCM | 395 | Prepare status report to consulting attorney, Kristin Galles, regarding SCSU appeal of award of attorney fees, regarding status of argument seeking contempt order v. SCSU and Wardas, and forward SCSU First Report and reply on behalf of Portz Plaintiffs. | 0.5 | $ 197.50 |
| 3/3/2020 | DCM | 395 | Analyze Court's order of 1.21.20 and prepare chart of fees and costs allowed vs. disallowed. | 2 | $ 440.00 |
| 3/3/2020 | YMV | 220 | Analyze emails from client regarding current status of coaches, sports. | 0.3 | $ 66.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/4/2020 | DCM | 395 | Prepare memo regarding inconsistencies and misrepresentations by H. Weems in previous affidavits and declarations.  Receive and review of correspondence from consulting attorney, Kristen Galles, regarding illegality of dropping women's sport before achieving Title IX compliance.  Formulate strategy for further handling. | 0.9 | $ 355.50 |
| 3/4/2020 | YMV | 220 | Analyze emails from client regarding contact with K. Galles, compile information regarding triple counting per H. Schreiner and H. Weems declarations and testimony. | 1.3 | $ 286.00 |
| 3/4/2020 | YMV | 220 | Analyze and revise chart of allowed/disallowed costs from Judge Tunheim's 1.21.20 order. | 0.4 | $ 88.00 |
| 3/5/2020 | YMV | 220 | Analyze emails, memoranda, trial testimony regarding triple counting of athletes. | 2.4 | $ 528.00 |
| 3/5/2020 | YMV | 220 | Analyze emails from client regarding tryouts and attachments. | 0.2 | $ 44.00 |
| 3/6/2020 | DCM | 395 | Receipt and review of H. Weems declaration claiming compliance and evaluate court's imposition. Evaluate same. | 0.5 | $ 197.50 |
| 3/6/2020 | YMV | 220 | Analyze Defendants' Reply to Plaintiffs' response to First Report and H. Weems affidavit and exhibits. | 0.4 | $ 88.00 |
| 3/6/2020 | YMV | 220 | Analyze court's 8.1.19 order and outline items done and not done for SCSU facilities and update chart with areas of improvement outlined in defendants' reply. | 2.2 | $ 484.00 |
| 3/6/2020 | YMV | 220 | Analyze trial testimony for references to triple counting (Bartges, Schreiner, Lopiano) and Galles email. | 3.6 | $ 792.00 |
| 3/11/2020 | DCM | 395 | Review and evaluate defendant's SCSU reply memo to opposition to 1st Report.  Review and evaluate H. Weems supporting declaration. | 0.8 | $ 316.00 |
| 3/16/2020 | DCM | 395 | Receipt and review of various emails concerning status of sports at SCSU. | 0.3 | $ 118.50 |
| 3/16/2020 | YMV | 220 | Analyze emails and attachments from client regarding NCAA cancellation of sports and impact on SCSU golf, H. Weems updates. | 0.3 | $ 66.00 |
| 3/23/2020 | DCM | 395 | Conference with Sharon VanDyck regarding appeal b SCSU to 8th Circuit Court of Appeals, interest on verdict and potential for bad faith Motion v. SCSU. | 0.3 | $ 118.50 |
| 3/26/2020 | DCM | 395 | Review status of SCSU coaching staff and transfer status of women's golfers; formulate strategy regarding obtaining various documents to evaluate Prong I compliance by SCSU. | 0.8 | $ 316.00 |
| 4/13/2020 | YMV | 220 | Collaborate regarding client emails and article by M. McKeon and analyze additional articles, information regarding SCSU's funding per COVID-19 pandemic. | 0.5 | $ 110.00 |
| 4/14/2020 | DCM | 395 | Review various correspondence and emails concerning athletic director's handling of athletic department and attempts to comply with Title IX. | 0.3 | $ 118.50 |
| 4/16/2020 | ARF | 305 | Review, analyze, and research additional information related to SCSU update about women's sports programs and pandemic affect on sports seasons. | 1 | $ 305.00 |
| 4/16/2020 | YMV | 220 | Analyze emails and attachments from client as to SCSU construction projects, effects of COVID-19 on funding. | 0.3 | $ 66.00 |
| 5/4/2020 | ARF | 305 | Review and analyze recent information concerning status of athletic program at SCSU; review status of appeal. | 1.3 | $ 396.50 |
| 5/18/2020 | YMV | 220 | Analyze emails from client regarding updates on SCSU staff, financials, roster totals. | 0.3 | $ 66.00 |
| 5/26/2020 | DCM | 395 | Receipt and review of order from Judge Tunheim regarding SCSU's deposit of escrow and attorneys' fees funds into court and denying motion to amend as moot. | 0.3 | $ 118.50 |
| 5/26/2020 | TPB | 345 | Reviewing court order on competing motions, analyzing status of appeals and impact of order on collection of judgment. | 0.3 | $ 103.50 |
| 5/26/2020 | YMV | 220 | Analyze court's order regarding motion to amend for postjudgment interest, status of SCSU coaching contracts and re-assignment of positions. | 0.2 | $ 44.00 |
| 5/27/2020 | YMV | 220 | Analyze Court of Appeals briefing schedule. | 0.2 | $ 44.00 |
| 5/29/2020 | ARF | 305 | Review and analyze court filings regarding Eighth Circuit appeal and review correspondence with updates from SCSU's sports programs. | 0.7 | $ 213.50 |
| 5/29/2020 | DCM | 395 | Receipt and review of notice from 8th Circuit Court of Appeals regarding scheduling of oral argument. | 0.2 | $ 79.00 |
| 6/2/2020 | DCM | 395 | Receipt and review of notice of scheduling 8th Circuit Court of Appeals hearing. | 0.2 | $ 79.00 |
| 6/2/2020 | DCM | 395 | Prepare correspondence o Sharon Van Dyke regarding notice of scheduling Court of Appeals hearing. | 0.2 | $ 79.00 |
| 6/2/2020 | DCM | 395 | Receipt and reply from Sharon Van Dyck. | 0.1 | $ 39.50 |
| 6/4/2020 | DCM | 395 | Receipt and review of information regarding status and changes in the athletic department, and status and changes regarding facilities and continued lack of AD fundraising. | 0.5 | $ 197.50 |
| 6/4/2020 | YMV | 220 | Analyze court's order regarding briefing schedule and emails with W. Flannery regarding same. | 0.2 | $ 44.00 |
| 6/8/2020 | TPB | 345 | Strategy regarding upcoming report deadline. | 0.2 | $ 69.00 |
| 6/8/2020 | YMV | 220 | Analyze appellate court deadlines and collaborate regarding same. | 0.3 | $ 66.00 |
| 6/8/2020 | YMV | 220 | Analyze emails and links from client. | 0.5 | $ 110.00 |
| 6/10/2020 | DCM | 395 | Receipt and review of memo regarding error by SCSU regarding Court deposit of attorneys' fees and formulate strategy. | 0.4 | $ 158.00 |
| 6/10/2020 | DCM | 395 | Handling of SCSU's error in calculation and payment of attorneys' fees to court, including letter to SCSU attorney Kevin Finnerty. | 0.3 | $ 118.50 |
| 6/10/2020 | DCM | 395 | Strategy regarding status of SCSU's facilities. | 0.3 | $ 118.50 |
| 6/10/2020 | TPB | 345 | Further handling of deposit issue. | 0.6 | $ 207.00 |
| 6/11/2020 | DCM | 395 | Receipt and review of correspondence from SCSU attorney Kevin Finnerty regarding error in amount deposited with the court, and evaluate the same. | 0.2 | $ 79.00 |
| 6/11/2020 | YMV | 220 | Telephone conference with N. Scott regarding transfer of video evidence of SCSU fundraising efforts. | 0.4 | $ 88.00 |
| 6/11/2020 | YMV | 220 | Analyze emails and photographs from client regarding softball facilities. | 0.2 | $ 44.00 |
| 6/15/2020 | YMV | 220 | Analyze key for photos received from client. | 0.1 | $ 22.00 |
| 6/16/2020 | YMV | 220 | Analyze and catalog photographs of changes from client. | 1 | $ 220.00 |
| 6/17/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss SCSU appeal to the 8th Circuit and 6-month evaluation required by Judge Tunheim. | 0.4 | $ 158.00 |
| 6/17/2020 | YMV | 220 | Analyze and catalog additional photographs and materials from client. | 0.8 | $ 176.00 |
| 7/7/2020 | DCM | 395 | Receipt and review of order from Chief Judge Tunheim finding SCSU in contempt, and evaluate the same. | 0.5 | $ 197.50 |
| 7/7/2020 | DCM | 395 | Outline issues and prepare for telephone conference with the team. | 0.3 | $ 118.50 |
| 7/8/2020 | DCM | 395 | Prepare issues agenda and conduct telephone conference with litigation team to discuss Chief Judge Tunheim's contempt memo and order and to discuss strategy for further handling. | 1.4 | $ 553.00 |
| 7/8/2020 | YMV | 220 | Attend conference call with D. Mark, S. Van Dyck, client regarding  Memorandum Opinion from Court of 7.6.20 and upcoming 2nd status report from SCSU; email D. Mark and S. Van Dyck copies of addendum submitted following 2.25.20 hearing and SCSU's response. | 1.5 | $ 330.00 |
| 7/8/2020 | YMV | 220 | Analyze memorandum opinion and prepare for conference call. | 0.4 | $ 88.00 |
| 7/9/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss further handling of issues regarding payment of contempt award to tennis and ski teams, production of squad lists and further handling. | 0.3 | $ 118.50 |
| 7/9/2020 | DCM | 395 | Prepare correspondence and send Judge Tunheim's contempt order to Donna Lopiano; receipt and review of responsive email from Donna. | 0.2 | $ 79.00 |
| 7/9/2020 | DCM | 395 | Prepare correspondence and send Judge Tunheim's contempt order to Kristen Galles. | 0.1 | $ 39.50 |
| 7/10/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss strategy regarding distribution of contempt award to tennis and ski teams and motion to compel discovery. | 0.5 | $ 197.50 |
| 7/15/2020 | DCM | 395 | Receipt and review of photos and status of softball facility. | 0.3 | $ 118.50 |
| 7/15/2020 | DCM | 395 | Evaluate photos and facility information and determine whether current facility complies with Judge Tunheim's order. | 0.4 | $ 158.00 |
| 7/15/2020 | YMV | 220 | Analyze briefing deadlines and SCSU's brief and addendum. | 0.7 | $ 154.00 |
| 7/20/2020 | DCM | 395 | Formulate strategy regarding obtaining civil contempt damages from SCSU and applying same to tennis and Nordic ski programs. | 0.3 | $ 118.50 |
| 7/20/2020 | TPB | 345 | Preparing papers in support of motion for attorneys fees, reviewing and preparing billing records relative to same. | 2.1 | $ 724.50 |
| 7/20/2020 | YMV | 220 | Telephone conferences with S. Van Dyck regarding motion for attorneys' fees and efiling motion, meet and confer with defense counsel. | 0.6 | $ 132.00 |
| 7/20/2020 | YMV | 220 | Prepare declaration of T. Brimmer regarding motion for attorneys' fees. | 0.7 | $ 154.00 |
| 7/20/2020 | YMV | 220 | Analyze local rule 53 and federal rule 54 regarding timing and allowed costs and fees and court's 7.6.20 order. | 1 | $ 220.00 |
| 7/20/2020 | YMV | 220 | Analyze and revise motion for attorneys' fees, meet and confer statement and proposed order and efile same. | 1.2 | $ 264.00 |
| 7/22/2020 | YMV | 220 | Revise declaration of D. Mark and exhibit A for fee statement and email with case team. | 0.7 | $ 154.00 |
| 7/28/2020 | TPB | 345 | Formulating strategy regarding appeal, motion for fees, and ongoing compliance issues. | 0.3 | $ 103.50 |
| 7/28/2020 | YMV | 220 | Analyze email from client and articles provided regarding Brooks Hockey Center renovations, H. Weems comments. | 0.3 | $ 66.00 |
| 7/29/2020 | YMV | 220 | Email S. Van Dyck regarding motion for attorneys fees. | 0.1 | $ 22.00 |
| 7/30/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck regarding strategy for handling of receipt of civil contempt funds, safeguards for the tennis and Nordic ski team, and demand for responses to our request for documents from SCSU. | 0.8 | $ 316.00 |
| 7/31/2020 | DCM | 395 | Review and revise draft letter to SCSU attorney regarding conditions for civil contempt payment. | 0.2 | $ 79.00 |
| 7/31/2020 | DCM | 395 | Prepare status letter to clients regarding letter to SCSU attorney. | 0.2 | $ 79.00 |
| 8/3/2020 | DCM | 395 | Formulate strategy regarding future handling of civil contempt award to tennis and Nordic ski teams, including holding money in trust account. | 0.9 | $ 355.50 |
| 8/3/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss handling of civil contempt damages and preparation of correspondence to SCSU attorney regarding the same. | 0.6 | $ 237.00 |
| 8/3/2020 | YMV | 220 | Analyze fees spreadsheet for entries that relate to 1st report vs. 1st contempt motion and determine which to exclude. | 0.4 | $ 88.00 |
| 8/3/2020 | YMV | 220 | Emails with S. Zuther regarding attorneys fees' submission for 1st contempt motion. | 0.3 | $ 66.00 |
| 8/3/2020 | YMV | 220 | Telephone conference with S. Van Dyck and S. Zuther regarding attorneys fees' submission for 1st contempt motion. | 0.7 | $ 154.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 8/3/2020 | YMV | 220 | Analyze 1st motion for attorneys' fees' submission of 9.17.19 and entries related to motion for contempt, compare total to court's total and collaborate regarding same. | 1 | $ 220.00 |
| 8/4/2020 | YMV | 220 | Telephone conference with client regarding court's award of $20,000 to teams and EADA reports needed to respond to SCSU counsel and analyze emails regarding same. | 0.3 | $ 66.00 |
| 8/4/2020 | YMV | 220 | Telephone conference with S. Van Dyck regarding spreadsheet of time entries for redactions, additions to augment memo on attorneys' fees for 1st contempt motion. | 0.4 | $ 88.00 |
| 8/4/2020 | YMV | 220 | Analyze discovery responses of SCSU and compare to addendum requesting documents for production. | 1.2 | $ 264.00 |
| 8/4/2020 | YMV | 220 | Analyze time entries from 2016-2019 from S. Van Dyck for inclusion in spreadsheet. | 0.5 | $ 110.00 |
| 8/5/2020 | DCM | 395 | Prepare and revise draft letter to SCSU attorney regarding payment of civil contempt fees. | 0.4 | $ 158.00 |
| 8/5/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss handling of civil contempt fees. | 0.4 | $ 158.00 |
| 8/5/2020 | YMV | 220 | Analyze SCSU's 2nd report and photographs produced. | 0.7 | $ 154.00 |
| 8/5/2020 | YMV | 220 | Revise spreadsheet of attorney fees for inclusion in memorandum on 1st contempt motion. | 0.8 | $ 176.00 |
| 8/5/2020 | YMV | 220 | Analyze discovery responses and addendum filed with court and prepare comparison chart. | 1.4 | $ 308.00 |
| 8/6/2020 | YMV | 220 | Analyze documents produced index to include items produced pursuant to RFP responses that match items requested in addendum filed with contempt motion and update comparison chart. | 3.6 | $ 792.00 |
| 8/6/2020 | YMV | 220 | Analyze SCSU's 2nd report and provide commentary regarding same. | 0.6 | $ 132.00 |
| 8/6/2020 | YMV | 220 | Telephone conference with S. Van Dyck regarding edits to attorneys' fees time entries and necessary changes to accompany memorandum. | 0.7 | $ 154.00 |
| 8/6/2020 | YMV | 220 | Analyze and revise spreadsheet of time entries pursuant to S. Van Dyck's suggested changes. | 0.6 | $ 132.00 |
| 8/7/2020 | ARF | 305 | Review and analyze second status report from SCSU. Review correspondence for strategy with litigation team. | 2 | $ 610.00 |
| 8/7/2020 | DCM | 395 | Review and evaluation six month report from SCSU; formulate strategy regarding response and schedule meeting of team to discuss issues for responses and to discuss motion to compel documents from SCSU. | 1.3 | $ 513.50 |
| 8/8/2020 | YMV | 220 | Analyze and revise D. Mark declaration regarding 1st contempt motion attorney's fees and spreadsheets of fees incurred, fees reduced and fees removed and email S. Van Dyck regarding same. | 2 | $ 440.00 |
| 8/11/2020 | YMV | 220 | Analyze plaintiffs-appellees brief. | 0.3 | $ 66.00 |
| 8/11/2020 | YMV | 220 | Review emails and attachments from client regarding SCSU 2nd report. | 1.3 | $ 286.00 |
| 8/11/2020 | YMV | 220 | Finalize calculations for FMJ fees submission as to reduced amounts and removed amounts and revise DCM declaration regarding same. | 2.2 | $ 484.00 |
| 8/12/2020 | YMV | 220 | Prepare notebook of materials for conference with team on SCSU's 2nd report. | 1.3 | $ 286.00 |
| 8/13/2020 | DCM | 395 | Receipt and review of attorney Jason Marisam's correspondence regarding civil contempt award and handling of same. | 0.3 | $ 118.50 |
| 8/13/2020 | DCM | 395 | Formulate strategy regarding response. | 0.3 | $ 118.50 |
| 8/13/2020 | DCM | 395 | Prepare correspondence to S. Van Dyck scheduling telephone conference to discuss. | 0.1 | $ 39.50 |
| 8/13/2020 | DCM | 395 | Telephone conference with S. Van Dyck to discuss status and further handling. | 0.4 | $ 158.00 |
| 8/13/2020 | DCM | 395 | Telephone conference regarding case status and further handling. | 0.3 | $ 118.50 |
| 8/13/2020 | DCM | 395 | Telephone conference with entire team to discuss strategy, obtaining documents for SCSU and further handling. | 1.1 | $ 434.50 |
| 8/13/2020 | YMV | 220 | Prepare for and attend telephone conference with case team to discuss distribution of $20,000 court ordered, 2nd SCSU report, motion to compel documents previously requested. | 1.5 | $ 330.00 |
| 8/13/2020 | YMV | 220 | Email to S. Van Dyck regarding memorandum, declarations and exhibits and timing for efiling same. | 0.1 | $ 22.00 |
| 8/14/2020 | DCM | 395 | Prepare follow-up memo to team regarding various completion assignments, deadlines and follow through. | 0.4 | $ 158.00 |
| 8/14/2020 | YMV | 220 | Telephone conference with S. Van Dyck regarding changes to D. Mark declaration, revise Exhibits A and B. | 3.2 | $ 704.00 |
| 8/16/2020 | YMV | 220 | Analyze and revise memorandum and collaborate regarding same. | 1 | $ 220.00 |
| 8/17/2020 | DCM | 395 | Receipt and review of correspondence from expert witness Donna Lopiano. | 0.1 | $ 39.50 |
| 8/17/2020 | DCM | 395 | Prepare response to Donna. | 0.2 | $ 79.00 |
| 8/18/2020 | DCM | 395 | Review status of payment of civil contempt damages by SCSU; formulate strategy regarding terms of payment and request SCSU proposal to pay civil damages to tennis and ski team's budget. | 0.4 | $ 158.00 |
| 8/21/2020 | YMV | 220 | Analyze memorandum, declarations and exhibits regarding motion for attorneys' fees on first contempt motion. | 0.4 | $ 88.00 |
| 8/21/2020 | YMV | 220 | Analyze emails and attachments from client regarding status of SCSU coaches, participation numbers, D. Lopiano input and availability of court-ordered funds. | 0.7 | $ 154.00 |
| 8/24/2020 | DCM | 395 | Review status of file regarding response to SCSU 6-month report;  payment of civil contempt damages and demand for documents; formulate strategy for further handling. | 0.4 | $ 158.00 |
| 8/24/2020 | YMV | 220 | Emails with client regarding status of SCSU athletics, coaches, recruiting. | 0.2 | $ 44.00 |
| 8/25/2020 | DCM | 395 | Telephone conference with client regarding response due to 2nd SCSU report and motion to compel for items requested in 2.27.20. | 0.5 | $ 110.00 |
| 8/25/2020 | YMV | 220 | Analyze notes from conference and determine tasks to accomplish for responding to SCSU 2nd report. | 0.7 | $ 154.00 |
| 8/26/2020 | DCM | 395 | Telephone conference with S. Van Dyck regarding SCSU offer to settle attorney fees award and status of request for documents from SCSU. | 0.2 | $ 79.00 |
| 8/31/2020 | YMV | 220 | Analyze S. Van Dyck emails and response to SCSU's first report; analyze trial testimony from H. Schreiner and D. Lopiano regarding procedure on counting of athletes' participation opportunities. | 1.4 | $ 308.00 |
| 9/2/2020 | DCM | 395 | Formulate strategy for applying for attorney fees for civil contempt motion. | 0.3 | $ 118.50 |
| 9/3/2020 | DCM | 395 | Review and evaluate correspondence from SCSU's attorney regarding request for production of documents and objection to fees requested for civil contempt motions. | 0.3 | $ 118.50 |
| 9/4/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss case status, motion to compel documents from SCSU regarding roster and gap numbers and preparation of response to SCSU's 6-month report. | 1.1 | $ 434.50 |
| 9/7/2020 | DCM | 395 | Receipt and review of correspondence to 8th Circuit Court of Appeals regarding rescheduling of case for oral argument. | 0.2 | $ 79.00 |
| 9/9/2020 | DCM | 395 | Prepare initial draft of letter to tennis team coaches and Nordic ski team coach regarding civil contempt award of damages. | 0.4 | $ 158.00 |
| 9/9/2020 | DCM | 395 | Revise letter and send to coaches and clients. | 0.4 | $ 158.00 |
| 9/10/2020 | YMV | 220 | Emails with S. Van Dyck regarding response to SCSU 2nd report. | 0.1 | $ 22.00 |
| 9/11/2020 | YMV | 220 | Emails with client regarding current status of SCSU coaching meeting, etc.; provided P-243 for her review. | 0.3 | $ 66.00 |
| 9/13/2020 | YMV | 220 | Analyze emails from client and S. Van Dyck regarding tiering and triple counting by SCSU. | 0.3 | $ 66.00 |
| 9/14/2020 | YMV | 220 | Analyze emails from client regarding E. Bartges retirement, telephone conference with S. Van Dyck regarding response to 2nd report. | 0.3 | $ 66.00 |
| 9/15/2020 | YMV | 220 | Collaborate regarding response to SCSU's 2nd report. | 0.1 | $ 22.00 |
| 9/16/2020 | ARF | 305 | Review, analyze, edit response to SCSU's second report of compliance with injunction. | 2.1 | $ 640.50 |
| 9/16/2020 | DCM | 395 | Review and revise response to SCSU six month report; conference with attorney Sharon VanDyck to discuss status of case and strategy for further handling. | 2.4 | $ 948.00 |
| 9/16/2020 | YMV | 220 | Analyze and revise plaintiff's response to SCSU's second report; research Star Tribune article regarding U of M cutting men's track, analyze prior court Orders and trial transcripts of D. Lopiano testimony for excerpts to be used in response; collaborate regarding same. | 3.3 | $ 726.00 |
| 9/16/2020 | YMV | 220 | Analyze UofM information on cuts to men's programs and collaborate regarding same. | 0.2 | $ 44.00 |
| 9/17/2020 | YMV | 220 | Email S. Van Dyck regarding response to SCSU 2nd report. | 0.1 | $ 22.00 |
| 9/17/2020 | YMV | 220 | Telephone conference with S. Van Dyck regarding response to SCSU 2nd report. | 0.3 | $ 66.00 |
| 9/25/2020 | DCM | 395 | Receipt and review of email from Gregg Gutschow regarding status of litigation. | 0.1 | $ 39.50 |
| 9/25/2020 | DCM | 395 | Prepare response to same. | 0.3 | $ 118.50 |
| 9/29/2020 | DCM | 395 | Receipt and review of correspondence and order from 8th Circuit Court of Appeals regarding scheduling oral argument. | 0.2 | $ 79.00 |
| 9/29/2020 | DCM | 395 | Conference with Sharon Van Dyck regarding status of oral argument, discussion of strategy regarding same and formulate strategy for further handling. | 0.9 | $ 355.50 |
| 9/30/2020 | ARF | 305 | Review and analysis of recent updates concerning status of women sports at SCSU; recent developments in administration and other issues related to the litigation. | 1 | $ 305.00 |
| 9/30/2020 | DCM | 395 | Receipt and review of correspondence from Gregg Gotschow requesting additional information. | 0.1 | $ 39.50 |
| 9/30/2020 | DCM | 395 | Respond to same. | 0.1 | $ 39.50 |
| 10/2/2020 | DCM | 395 | Prepare status report to clients regarding 8th Circuit Court of Appeals Oral Argument and regarding obtaining documents for SCSU regarding gender gap in athletic's department. | 0.5 | $ 197.50 |
| 10/5/2020 | TPB | 345 | Preparing drafts for motion to compel discovery. | 0.3 | $ 103.50 |
| 10/6/2020 | ARF | 305 | Review, analyze, and edit motion to modify the injunction to include documentation in support of improvements claimed by SCSU in periodic reports. | 2.1 | $ 640.50 |
| 10/6/2020 | DCM | 395 | Review status of file regarding Court of Appeals argument and manner in which oral argument will be conducted. | 0.1 | $ 39.50 |
| 10/7/2020 | ARF | 305 | Rule 65 motions. Discussion and strategy with Sharon Van Dyck regarding same. | 2 | $ 610.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/7/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck regarding 8th Circuit Court of Appeals oral argument and strategy regarding same; discuss request of SCSU's attorney for gender gap documents and strategy for further handling. | 0.9 | $ 355.50 |
| 10/8/2020 | ARF | 305 | Rule 65 motion review, analysis, and drafting. | 4 | $ 1,220.00 |
| 10/9/2020 | ARF | 305 | Rule 65 motion review, analysis, and drafting motion to modify injunction. | 4 | $ 1,220.00 |
| 10/12/2020 | ARF | 305 | Motion to modify permanent injunction - research. | 3.5 | $ 1,067.50 |
| 10/13/2020 | ARF | 305 | Motion to modify permanent injunction - continue research and drafting. | 3 | $ 915.00 |
| 10/19/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck regarding preparation for oral argument before 8th Circuit Court of Appeals; discuss various issues and arguments. | 0.9 | $ 355.50 |
| 10/19/2020 | TPB | 345 | Phone call with co-counsel regarding oral argument, appeal, order on attorneys' fees and proposal to pay fees by SCSU, reviewing court order granting in part motion for attorneys' fees and analyzing reductions to work performed by counsel, reviewing additional orders issued and notices to Eighth Circuit. | 2.6 | $ 897.00 |
| 10/20/2020 | TPB | 345 | Attending oral argument. | 1 | $ 345.00 |
| 10/21/2020 | DCM | 395 | Telephone conference with Sharon Van Dyck regarding issues argued before Minnesota Court of Appeals; telephone conference with client regarding 8th Circuit Court of Appeals argument. | 1.4 | $ 553.00 |
| 10/21/2020 | TPB | 345 | Formulating strategy regarding offer to pay fee award relative to contempt order, split of fees to FMJ and VDL, email with co-counsel regarding same. | 0.5 | $ 172.50 |
| 10/22/2020 | TPB | 345 | Reviewing email form co-counsel, formulating strategy regarding post-oral argument handling of case. | 0.3 | $ 103.50 |
| 10/27/2020 | DCM | 395 | Conference with Sharon Van Dyck regarding division of labor and money awarded by Court as fees against SCSU for violation of injunction. | 0.3 | $ 118.50 |
| 11/6/2020 | DCM | 395 | Receipt of memo filed by SCSU regarding permanent injunction; strategy for further handling. | 0.2 | $ 79.00 |
| 11/12/2020 | DCM | 395 | Telephone conference with clients to discuss status of case, status of 8th Circuit argument and further motion to obtain documents supporting Defendant's claim of compliance. | 0.9 | $ 355.50 |
| 11/25/2020 | DCM | 395 | Formulate strategy regarding obtaining hearing date for motion to compel SCSU to produce documents supporting claim of compliance with Title IX. | 0.3 | $ 118.50 |
| 12/1/2020 | DCM | 395 | Review various emails and documents regarding status of St. Cloud State University's compliance with Title IX requirements; formulate strategy for further handling. | 0.5 | $ 197.50 |
| 12/2/2020 | DCM | 395 | Conference to discuss status of case and further handling. | 1.5 | $ 592.50 |
| 12/22/2020 | DCM | 395 | Draft letter following telephone conference and outline further steps for handling. | 0.7 | $ 276.50 |
| 12/11/2020 | DCM | 395 | Telephone conference with client to discuss status of case and appeal and strategy for personal handling. | 0.4 | $ 158.00 |
| 1/15/2021 | DCM | 395 | Receipt and review of correspondence regarding SCSU compliance report and reinstatement of women swimming and tennis teams to East Carolina University. | 0.3 | $ 118.50 |
| 1/18/2021 | DCM | 395 | Receipt and review of correspondence from Court Clerk regarding hearing date for modification of injunction. | 0.1 | $ 39.50 |
| 1/19/2021 | DCM | 395 | Telephone conference to discuss status of case, hearing to amend permanent injunction and further handling. | 0.3 | $ 118.50 |
| 1/20/2021 | DCM | 395 | Conference with Sharon Van Dyck to discuss motion to modify permanent injunction; receipt and review of notice of hearing date and time. | 0.6 | $ 237.00 |
| 1/25/2021 | BAC | 235 | Evaluate and analyze impact of Executive Order addressing Title IX. | 1.3 | $ 305.50 |
| 1/26/2021 | BAC | 235 | Evaluate and analyze impact of Executive Order addressing Title IX. | 0.9 | $ 211.50 |
| 1/26/2021 | DCM | 395 | Receipt and review of various emails and other information demonstrating disparity between opportunities for men and women and in facilities in preparation of motion to amend permanent injunction. | 0.4 | $ 158.00 |
| 1/26/2021 | DCM | 395 | Analyze SCSU current participation gaps and formulate strategy for further handling. | 0.5 | $ 197.50 |
| 1/27/2021 | DCM | 395 | Review various documents regarding participation gaps and disparity in facilities; strategy for various arguments in support of motion to amend permanent injunction. | 1.3 | $ 513.50 |
| 2/2/2021 | BAC | 235 | Analyze caselaw regarding contempt for failure to comply with injunctive order. | 1 | $ 235.00 |
| 2/2/2021 | DCM | 395 | Receipt and review of correspondence from U.S. District Court Chief Judge Tunheim regarding rescheduling hearing regarding SCSU failure to comply with injunction; prepare response to court and advise regarding availability for rescheduled hearing. | 0.3 | $ 118.50 |
| 2/2/2021 | TPB | 345 | Analyzing availability of post-judgment discovery, formulating strategy regarding further handling of additional requests for information. | 0.4 | $ 138.00 |
| 2/4/2021 | BAC | 235 | Analyze law on post-judgement discovery requests. | 2.4 | $ 564.00 |
| 2/4/2021 | DCM | 395 | Telephone call from Judge Tunheim clerk confirming new date for hearing regarding SCSU failure to comply with injunctions. | 0.1 | $ 39.50 |
| 2/4/2021 | DCM | 395 | Prepare status report to clients regarding SCSU 6 month report; prepare for telephone conference with Barit and coach Larry regarding use of contempt money for tennis program. | 0.8 | $ 316.00 |
| 2/5/2021 | DCM | 395 | Telephone conference with tennis coaches Barit Merrill and Larry Sundby to discuss trust fund account for tennis team, status of team and further handling. | 0.7 | $ 276.50 |
| 2/10/2021 | DCM | 395 | Conference with Sharon VanDyck to discuss and evaluate SCSU's six month status report and discuss strategy for further handling. | 0.8 | $ 316.00 |
| 2/23/2021 | DCM | 395 | Conferences to discuss potential decision by 8th Circuit Court of Appeals and potential response to SCSU six-month report. | 0.3 | $ 118.50 |
| 3/4/2021 | DCM | 395 | Review motion to amend injunction and produce documents; response and reply; formulate strategy for and prepare oral argument in support of motion; telephone conference with Sharon Van Dyck to discuss strategy for oral argument. | 1.9 | $ 750.50 |
| 3/5/2021 | KLB | 195 | Research and analyze news articles, stat's, rosters and schools website on men's Wrestling Team and the women's Nordic Ski Team in preparation for conference call. | 2.8 | $ 546.00 |
| 3/9/2021 | DCM | 395 | Telephone conference with Sharon Van Dyck regarding preparation for motion seeking to modify injunction and compel discovery from SCSU. | 0.5 | $ 197.50 |
| 3/9/2021 | KLB | 195 | Research number of female high school cross-country skiers that have competed this winter, number of high school female Nordic skiers that have competed in WI, SD and ND this winter, number of collegiate Nordic/cross-country skiers that competed at colleges in MN. | 2.3 | $ 448.50 |
| 3/10/2021 | KLB | 195 | Research and review High School Nordic Skiing news articles related to Covid-19. | 1.5 | $ 292.50 |
| 3/11/2021 | DCM | 395 | Review and evaluate briefs filed in support of motion to amend permanent injunction; prepare outline and organize oral argument in support of motion to modify injunction; telephone conference with Sharon Van Dyck to discuss oral argument and key points in support of requested relief. | 6.4 | $ 2,528.00 |
| 3/11/2021 | KLB | 195 | Review Minnesota High School Girls Nordic Skiing racing results from today. | 0.3 | $ 58.50 |
| 3/12/2021 | DCM | 395 | Review notes, outline and documents and prepare oral argument to modify injunction; appears before Chief Judge Tunheim to argue motion seeking to modify permanent injunction; telephone conference with Sharon Van Dyck to discuss motion and further handling of case. | 4.3 | $ 1,698.50 |
| 3/12/2021 | KLB | 195 | Research men's wrestling at St. Cloud State and hockey for both women and men and look up championship tournaments. Review file and gather documents in preparation for Hearing. | 3 | $ 585.00 |
| 3/12/2021 | KLB | 195 | Drafted outline for Hearing for D. Mark. | 2.6 | $ 507.00 |
| 3/29/2021 | DCM | 395 | Receive and review of court minutes regarding hearing seeking to amend permanent injunction. | 0.1 | $ 39.50 |
| 4/7/2021 | KLB | 195 | Research on case filed in Connecticut and obtaining copy of complaint. | 0.5 | $ 97.50 |
| 4/8/2021 | KLB | 195 | Review of file and create chart of contact people. | 1.5 | $ 292.50 |
| 5/10/2021 | DCM | 395 | Receipt and review of Order from Judge Tunheim granting motion to compel documents from SCSU; evaluate same; prepare status report and advice regarding further handling. | 0.8 | $ 316.00 |
| 5/13/2021 | DCM | 395 | Correspondence to SCSU attorney serving Judge Tunheim's Order compelling documents and requesting when same will be provided. | 0.3 | $ 118.50 |
| 5/14/2021 | KLB | 195 | Research on Judge Tunheim and magistrate judge. | 0.6 | $ 117.00 |
| 5/20/2021 | DCM | 395 | Review status of trust account and funds maintained for Ski and Tennis teams. | 0.1 | $ 39.50 |
| 6/9/2021 | DCM | 395 | Review various correspondence regarding SCSU issues regarding production of documents regarding compliance and evaluation of participation numbers. | 0.5 | $ 197.50 |
| 6/16/2021 | DCM | 395 | Review and evaluate various mail involving status of noncompliance by SCSU regarding facilities and benefits and meeting participation opportunities; prepare status letter and advice regarding request from SCSU regarding additional documents for review and analysis. | 1.7 | $ 671.50 |
| 6/21/2021 | KLB | 195 | Print and organize additional exhibit for Portz case and communicate with client re exhibits. | 0.8 | $ 156.00 |
| 6/22/2021 | KLB | 195 | Phone call with L. Ulfer and review of documents produced. | 1.2 | $ 234.00 |
| 6/24/2021 | DCM | 395 | Formulate strategy regarding preparation of contempt motion against SCSU regarding failure to comply with Judge Tunheim's Order and Title IX facilities and benefits. | 0.5 | $ 197.50 |
| 8/4/2021 | CJB | 275 | Formulate strategy for client call regarding upcoming report. | 0.4 | $ 110.00 |
| 8/4/2021 | CJB | 275 | Review and analyze permanent injunction order to prepare for meeting with client. | 1.5 | $ 412.50 |
| 8/4/2021 | DCM | 395 | Review various documents and prepare for conference with clients regarding strategy, reaction to August six-month report and further handling. | 0.8 | $ 316.00 |
| 8/5/2021 | CJB | 275 | Review and analyze motion and memo iso motion for contempt to prepare for meeting with client. | 0.3 | $ 82.50 |
| 8/5/2021 | CJB | 275 | Meet with client to formulate strategy regarding upcoming report. | 1 | $ 275.00 |
| 8/5/2021 | CJB | 275 | Meet with D. Mark to formulate strategy regarding response to report and next steps. | 0.6 | $ 165.00 |
| 8/5/2021 | DCM | 395 | Telephone conference with clients and Sharon Van Dyck regarding SCSU failures at compliant with Title IX and review and analysis of latest six-month report. | 1.6 | $ 632.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|------|--------|------|-------------|-------|--------|
| 8/6/2021 | DCM | 395 | Receipt and review of SCSU 4th Report regarding treatment and benefits and evaluate same and claims regarding reduction of participation gap number. | 0.5 | $ 197.50 |
| 8/9/2021 | CJB | 275 | Meet with clients to formulate strategy of how to respond to latest report. | 1 | $ 275.00 |
| 8/9/2021 | CJB | 275 | Meet with co-counsel to formulate strategy on larger case and discuss historical informaiton. | 1 | $ 275.00 |
| 8/9/2021 | DCM | 395 | Review various articles and case law regarding triple counting of athletes; telephone conference with Sharon Van Dyck regarding evaluation and potential response to SCSU six-month report; discuss and formulate strategy for further handling. | 1.2 | $ 474.00 |
| 8/10/2021 | CJB | 275 | Review eighth circuit decision regarding Title IX heard around the same time as the Portz matter. | 0.2 | $ 55.00 |
| 8/12/2021 | DCM | 395 | Call from Tennis Coach Berit Merrill regarding using civil contempt award for funding tennis program. | 0.2 | $ 79.00 |
| 8/13/2021 | DCM | 395 | Telephone conference with SCSU Tennis Coach Berit Merrill regarding distribution of civil contempt funds from trust account and make recommendations for further handling. | 0.3 | $ 118.50 |
| 8/13/2021 | DCM | 395 | Receipt and review of correspondence from Nathan regarding able to appear remotely for pretrial conference. | 0.2 | $ 79.00 |
| 8/16/2021 | DCM | 395 | Telephone conference with Coach Larry Sundby regarding arrangements to transfer civil contempt funds to private bank; prepare correspondence to Coach Berit Merrill regarding same; prepare memo to firm accounting department regarding transfer of funds.' | 0.8 | $ 316.00 |
| 8/17/2021 | CJB | 275 | Formulate strategy to respond to next Report or bring motion for contempt. | 0.3 | $ 82.50 |
| 8/17/2021 | DCM | 395 | Review status of request for trust funds and evaluate response by administration to same. | 0.3 | $ 118.50 |
| 8/17/2021 | TPB | 345 | Analyzing order relative to contempt, strategy regarding same. | 0.8 | $ 276.00 |
| 8/18/2021 | DCM | 395 | Send civil contempt check to Coach Berit Merrill of SCSU tennis team. | 0.2 | $ 79.00 |
| 8/19/2021 | DCM | 395 | Prepare correspondence requesting comment and review by former softball coach Paula U'ren to recent six-month report filed by SCSU. | 0.3 | $ 118.50 |
| 8/24/2021 | DCM | 395 | Review newspaper article regarding President Wacker; prepare memo regarding same. | 0.4 | $ 158.00 |
| 9/3/2021 | DCM | 395 | Receipt and review of status report regarding activity by SCSU concerning participation numbers; prepare responsive correspondence and request additional information regarding track participation numbers, softball coaching status and facilities conditions and women's Nordic Ski team status. | 0.6 | $ 237.00 |
| 9/22/2021 | DCM | 395 | Telephone conference to discuss status of Title IX compliance by SCSU and strategy for further handling. | 0.8 | $ 316.00 |
| 9/23/2021 | DCM | 395 | Prepare correspondence regarding deficiencies and misrepresentations by SCSU in 6-month report. | 0.3 | $ 118.50 |
| 9/24/2021 | CJB | 275 | Formulate strategy regarding next report and fighting dissolution of temporary injunction. | 0.4 | $ 110.00 |
| 9/27/2021 | CJB | 275 | Formulate strategy regarding responding to next six-month report. | 0.3 | $ 82.50 |
| 10/14/2021 | DCM | 395 | Receipt and review of information regarding Gender Equity Advising Committee; evaluate same; memo and strategy regarding gathering information from SCSU's February disclosure regarding status report to Court. | 0.7 | $ 276.50 |
| 10/15/2021 | KLB | 195 | Create spreadsheet showing SCSU's sports list, participation numbers, facility status, and benefits. Review of voluminous emails from client and squad lists that were filed. | 4.9 | $ 955.50 |
| 10/18/2021 | KLB | 195 | Draft SCSU spreadsheet, citing client emails in chart. | 2 | $ 390.00 |
| 10/28/2021 | DCM | 395 | Receipt and review of 8th Circuit decision; evaluate same; telephone conference with co-counsel Sharon Van Dyck; correspondence to Donna Lopiano and Kristen Galles; telephone conference with client to discuss decision and further handling; formulate strategy regarding next steps and motions to 8th Circuit and District Court. | 3.3 | $ 1,303.50 |
| 10/28/2021 | KLB | 195 | Review of order. Continue drafting spreadsheet of St. Cloud's sports teams and their participation numbers. | 2.5 | $ 487.50 |
| 10/28/2021 | TPB | 345 | Reviewing opinion from COA, strategy regarding further action on remand. | 2.5 | $ 862.50 |
| 10/29/2021 | BAC | 235 | Review Title IX case law and issue relating to tering; confer with DCM regarding next steps of the case and desired next steps. | 3.3 | $ 775.50 |
| 10/31/2021 | BAC | 235 | Continue analyzing requisite case-law and record to prepare for Tuesday call with Sharon Van Dyke, et al.; Review group email communication providing overview of substantive and procedural status. | 2 | $ 470.00 |
| 11/1/2021 | BAC | 235 | Review all motions relating to requests for injunctive relief; analyze district court's jurisdiction over appellate courts vacation of injunction and attorneys' fees; call with Sharon Van Dyke to analyze CAP decision and attorney moving forward; Meeting with Don to discuss the same and determine potential legal theories and procedural strategies. | 6.9 | $ 1,621.50 |
| 11/1/2021 | DCM | 395 | Formulate strategy regarding Court of Appeals' decision and potential motions before U.S. District Court; prepare draft response to Heather Arent; prepare memo regarding various options to consider for further handling; telephone conversation with clients regarding SCSU status of compliance with Court's Order and injunction. | 1.5 | $ 592.50 |
| 11/2/2021 | BAC | 235 | Analyze and review trial court transcript, pleadings, expert reports, and all other relevant documents in order to identify and evaluate the bases for discrimination outside of teiring allegations and draft notes relating to the same; call with Sharon Van Dyck, Don Mark, Kristen, and Donna to evaluate next steps and strategies. Follow up call with Sharon Van Dyke to confirm next steps and strategy. | 10 | $ 2,350.00 |
| 11/2/2021 | DCM | 395 | Telephone conference with Kristin Galles, Donna Lopiano and Sharon Van Dyck to discuss 8th Circuit Court of Appeals' decision and further handling. | 1.8 | $ 711.00 |
| 11/2/2021 | KLB | 195 | Discussion with B. Carmack and Sherri re emails from client and organizing. | 0.5 | $ 97.50 |
| 11/2/2021 | KLB | 195 | Print and organize books for B. Carmack. | 0.6 | $ 117.00 |
| 11/3/2021 | BAC | 235 | Analyze case law pertaining to FRAP 40 and district court jurisdiction prior to CAP mandate; Call with Sharon Van Dyke to discuss findings in the record and how those findings impact next steps; Draft email to Sharon Van Dyke and Donald Mark outlining the same. | 4 | $ 940.00 |
| 11/3/2021 | DCM | 395 | Receipt and review of correspondence from court administrator Heather Arent regarding status of appeal; prepare responsive correspondence and advise regarding evaluation of clients' options. | 0.4 | $ 158.00 |
| 11/3/2021 | KLB | 195 | Discussion with B. Carmack re case and tasks to do. | 1 | $ 195.00 |
| 11/3/2021 | KLB | 195 | Review of voluminous books from the appellate court and highlight sections mentioning Tier or Tiering. Review of experts report and highlight same. Draft email to B. Carmack with information. | 4.2 | $ 819.00 |
| 11/3/2021 | KLB | 195 | Review of email from client and add to S drive to be printed. | 0.4 | $ 78.00 |
| 11/4/2021 | DCM | 395 | Review various legal analysis of Court of Appeals; formulate strategy regarding motion for rehearing and review research on award for attorney's fees; formulate strategy for further handling. | 0.5 | $ 197.50 |
| 11/5/2021 | KLB | 195 | Review of brief and pull voluminous cites into folder for review. | 4.5 | $ 877.50 |
| 11/8/2021 | BAC | 235 | Confer with Don Mark regarding next strategy steps. Identify key client questions. | 0.6 | $ 141.00 |
| 11/10/2021 | BAC | 235 | Talk with Don. | 0.2 | $ 47.00 |
| 11/10/2021 | DCM | 395 | Participate in conference with co-counsel Sharon Van Dyck to evaluate potential appeal to 8th Circuit Court of Appeals and evaluate various motions to District Court. | 1.1 | $ 434.50 |
| 11/11/2021 | DCM | 395 | Conference with co-counsel and clients to discuss various options, strategy, potential issue for appeal to 8th Circuit Court of Appeals and motions before District Court. | 1.2 | $ 474.00 |
| 11/11/2021 | DCM | 395 | Outline various options and strengths and weaknesses of appeal to 8th Circuit Court of Appeals, prepare for telephone conference with clients to discuss strategy and reason for waiving appeal to 8th Circuit and bringing motion before trial court. | 1.1 | $ 434.50 |
| 11/12/2021 | DCM | 395 | Telephone conference with clients to discuss effect of Court of Appeals decision, analysis of same and strategy for handling. | 0.6 | $ 237.00 |
| 11/15/2021 | DCM | 395 | Prepare memo to Sharon Van Dyck and Brandon Carmack regarding potential correspondence to Court regarding future motion practice before Court. | 0.3 | $ 118.50 |
| 11/16/2021 | DCM | 395 | Revise and modify correspondence to Court regarding intent to present motions before Judge Tunheim. | 0.8 | $ 316.00 |
| 11/17/2021 | DCM | 395 | Conference with Sharon Van Dyck to discuss revisions to reply letter to Court; formulate strategy regarding further handling of additional Court proceedings. | 1.1 | $ 434.50 |
| 11/19/2021 | TPB | 345 | Reviewing and analyzing memorandum and motion papers from SCSU relative to injunction and correspondence with court regarding same. | 0.7 | $ 241.50 |
| 11/22/2021 | BAC | 235 | Attend call with Sharon Van Dyke, client, Chris, and Don Mark to analyze our approach to opposing counsel's motion to reinstate the injunction. | 1.5 | $ 352.50 |
| 11/29/2021 | CJB | 275 | Formulate strategy regarding responding to motion to dissolve.  Review and analyze Eighth Circuit opinion. | 1.2 | $ 330.00 |
| 11/29/2021 | DCM | 395 | Telephone conference with Sharon Van Dyck regarding strategy for further handling and multiple motions to bring before district court; meeting with Cody Blades to discuss strategy and preparation of multiple motions to be filed with district court. | 1.1 | $ 434.50 |
| 11/30/2021 | DCM | 395 | Receipt and review of correspondence from scheduling clerk Heather Arent of U.S. District Court regarding scheduling of deadlines for various motions to be heard by Court. | 0.2 | $ 79.00 |
| 11/30/2021 | TPB | 345 | Receiving correspondence from court, defendant's counsel and co-counsel relative to timing of motions. | 0.2 | $ 69.00 |
| 12/1/2021 | CJB | 275 | Draft notice of motions and motions to reinstate injunction and draft amended proposed findings of fact and conclusions of law. | 1 | $ 275.00 |
| 12/1/2021 | DCM | 395 | Receipt and review of memo from Sharon Van Dyck regarding contact with SCSU attorney regarding motion practice and deadlines for various filings; conference with Sharon Van Dyck and Cody Blades regarding strategy for obtaining scheduling order for briefing various issues left undecided by 8th Circuit Court of Appeals; discuss various motions to bring before Chief Judge Tunheim. | 0.8 | $ 316.00 |
| 12/2/2021 | CJB | 275 | Formulate strategy regarding responding to motion to dissolve injunction. | 0.2 | $ 55.00 |
| 12/3/2021 | CJB | 275 | Formulate strategy regarding how to schedule motions. | 0.4 | $ 110.00 |
| 12/3/2021 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss exchange of correspondence with SCSU attorney regarding motions before Judge Tunheim; formulate strategy regarding further handling; prepare memo to Cody Blades regarding research in preparation of motion to be presented to Court. | 0.7 | $ 276.50 |
| 12/3/2021 | TPB | 345 | Reviewing emails from counsel and court regarding motion scheduling. | 0.2 | $ 69.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|------|--------|------|-------------|-------|--------|
| 12/5/2021 | DCM | 395 | Telephone conference with associate C. Blades to discuss research in support of various motions to be brought before Judge Tunheim. | 0.1 | $ 39.50 |
| 12/6/2021 | BAC | 235 | Call with SVD and DCM to discuss next steps on memo. Begin first draft and research of the same. | 4.1 | $ 963.50 |
| 12/6/2021 | DCM | 395 | Formulate strategy regarding various post appeal motions to be brought before trial Judge Tunheim; meeting with Sharon Van Dyck and Brandon Carmack to evaluate various post appeal motions and discuss strategy regarding same. | 1.5 | $ 592.50 |
| 12/6/2021 | TPB | 345 | Reviewing opinion and judgment, formulating strategy regarding declaratory relief motion and other motion practice. | 0.5 | $ 172.50 |
| 12/7/2021 | BAC | 235 | Draft motion to reinstate/modify declaration of noncompliance with Title IX, injunctive relief, and attorneys fees. | 5.6 | $ 1,316.00 |
| 12/7/2021 | DCM | 395 | Formulate strategy and evaluate various additional motions to bring before Judge Tunheim. | 0.5 | $ 197.50 |
| 12/7/2021 | TPB | 345 | Formulating strategy regarding motion for declaratory relief and amended injunction. | 0.9 | $ 310.50 |
| 12/8/2021 | BAC | 235 | Finish memorandum in support of motion to reinstate and/or amend relief for Plaintiffs. | 4 | $ 940.00 |
| 12/8/2021 | CJB | 275 | Formulate strategy regarding upcoming motions to address the remand from the appeal and being reviewing and analyzing materials. | 1.1 | $ 302.50 |
| 12/9/2021 | BAC | 235 | Finalize edits to Motion for reinstatement. | 1 | $ 235.00 |
| 12/9/2021 | DCM | 395 | Review and evaluate various memos concerning potential motions to present to Judge Tunheim following 8th Circuit Court of Appeals decision. | 0.4 | $ 158.00 |
| 12/10/2021 | DCM | 395 | Conference with Sharon Van Dyck regarding strategy and issue to brief for motions to be filed with Judge Tunheim and strategy for further handling. | 0.8 | $ 316.00 |
| 12/14/2021 | BAC | 235 | Call with Don and Sharon to analyze next steps in motion practice. Follow up with Don on key remaining items and draft email to the team outlining the strategy. Review emails from SVC related to the same. | 2.3 | $ 540.50 |
| 12/14/2021 | CJB | 275 | Formulate strategy regarding upcoming motions and responses to motions. | 1.2 | $ 330.00 |
| 12/14/2021 | DCM | 395 | Receipt and review of Order from Judge Tunheim regarding scheduling of briefings; telephone conference with team members to discuss status of research and writing and briefing schedule and discuss strategy for further handling. | 1.3 | $ 513.50 |
| 12/15/2021 | KLB | 195 | Several discussion with D. Mark re order dates, amount of attorney fees awarded, date opinions published, dates case was tried, and page numbers. | 2.5 | $ 487.50 |
| 12/20/2021 | DCM | 395 | Conference with Sharon Van Dyck to discuss strategy regarding motions scheduled before court and briefing schedule for same. | 0.6 | $ 237.00 |
| 12/21/2021 | CJB | 275 | Review and analyze the trial court's findings of fact, conclusions of law, and order to determine what is necessary to change to comply with the Eighth Circuit's order. | 1 | $ 275.00 |
| 12/21/2021 | DCM | 395 | Prepare memo to associate Cody Blades regarding status report covering review of trial records. | 0.3 | $ 118.50 |
| 12/27/2021 | CJB | 275 | Review strategy for motion. Continue to review and analyze trial testimony and judgment and order. | 3.5 | $ 962.50 |
| 12/28/2021 | CJB | 275 | Formulate strategy related to motion to amend injunction. | 3 | $ 825.00 |
| 12/29/2021 | CJB | 275 | Review and analyze caselaw. Review and analyze the trial record. | 4.2 | $ 1,155.00 |
| 12/30/2021 | CJB | 275 | Continue reviewing and analyzing trial record. | 5.2 | $ 1,430.00 |
| 12/30/2021 | DCM | 395 | Formulate strategy regarding status of briefing of motions for hearing before Judge Tunheim; conference with Sharon Van Dyck to discuss strategy regarding same. | 0.8 | $ 316.00 |
| 1/2/2022 | CJB | 285 | Continue reviewing and analyzing trial record. | 2.4 | $ 684.00 |
| 1/3/2022 | BAC | 245 | Connect with SVD regarding status of first motion. | 0.1 | $ 24.50 |
| 1/3/2022 | CJB | 285 | Continue reviewing and analyzing trial record. Formulate strategy regarding drafting of motion. | 7.6 | $ 2,166.00 |
| 1/4/2022 | CJB | 285 | Review and analyze Lopiano expert reports. Start drafting Lopiano declaration. | 3.7 | $ 1,054.50 |
| 1/5/2022 | CJB | 285 | Review the record and draft the motion to enforce and attendant documents. | 0.7 | $ 199.50 |
| 1/6/2022 | CJB | 285 | Draft Motion and review and analyze caselaw for standard of review. | 2 | $ 570.00 |
| 1/9/2022 | CJB | 285 | Review and analyze caselaw and record evidence. Draft memorandum in support of motion to enforce mandate and reinstate amended injunction. | 7.1 | $ 2,023.50 |
| 1/10/2022 | CJB | 285 | Continue to review and analyze caselaw and record evidence. Continue to draft memorandum in support of motion to enforce mandate and reinstate injunction. | 10 | $ 2,850.00 |
| 1/11/2022 | CJB | 285 | Revise motion to enforce and attendant documents. Call to discuss strategy for arguments. | 3.8 | $ 1,083.00 |
| 1/12/2022 | CJB | 285 | Revise memorandum iso motion to enforce mandate and attendant documents. Formulate strategy as to the same. Continue to review and analyze the trial record and trial testimony. | 5.6 | $ 1,596.00 |
| 1/12/2022 | DCM | 395 | Review various documents and prepare declarations of Dr. William Piccanatto to be submitted to Judge Tunheim; prepare declaration of softball coach Paula U'Ren; prepare correspondence to Sharon Van Dyck regarding witness declarations; telephone conference with Sharon Van Dyck to discuss declaration of witnesses and filings with Court | 2.5 | $ 987.50 |
| 1/13/2022 | CJB | 285 | Revise motion to enforce and attendant documents. | 7.3 | $ 2,080.50 |
| 1/14/2022 | CJB | 285 | Revise motion to amend injunction and attendant documents and file. | 10.7 | $ 3,049.50 |
| 1/14/2022 | DCM | 395 | Receipt and review of declaration by Donna Lopiano, expert witness; telephone conference with Sharon Van Dyck regarding issues for Court to decide and issues to address in briefing; formulate strategy regarding filing of various motions and strategy for further handling. | 1.8 | $ 711.00 |
| 1/14/2022 | PL | 210 | Draft Plaintiffs' Motion, Notice of Hearing, Declaration of S. VanDyck, and Meet and Confer Statement. Proofread and edit Plaintiffs' Memorandum of Law in Support of Motion to Modify Injunction to be Consistent with 8th Circuit Court of Appeals Mandate. Proofread Plaintiffs' Amended Findings of Fact, Conclusions of Law and Order. | 3.5 | $ 735.00 |
| 1/17/2022 | DCM | 395 | Conference with Sharon Van Dyck to discuss briefing, legal issues to be addressed and strategy regarding legal issues raised by 8th Circuit Court of Appeals. | 1.1 | $ 434.50 |
| 1/18/2022 | KLB | 210 | Review of memo from D. Mark and analyze and organize documents for binder. | 2.2 | $ 462.00 |
| 1/19/2022 | DCM | 395 | Conference with Sharon Van Dyck and Cody Blades to discuss preparation of reply brief, issues to be addressed and timing of draft for review and comment; discuss scheduling meeting to review all issues to be argued before Judge Tunheim. | 0.6 | $ 237.00 |
| 1/19/2022 | DCM | 395 | Prepare Memo to Sharon Van Dyck and Cody Blades confirming briefing schedule and schedule of meeting in March with clients to discuss issues to be argued before Judge Tunheim. | 0.3 | $ 118.50 |
| 1/24/2022 | DCM | 395 | Prepare memo confirming March meeting to discuss case status; review of February 6-month report and evaluation of SCSU compliance with Court Order. | 0.3 | $ 118.50 |
| 1/31/2022 | KLB | 210 | Research and pull articles pertaining to Jen Flower and Carole Rowe. | 0.8 | $ 168.00 |
| 2/2/2022 | DCM | 395 | Receipt and review of information regarding treatment and benefits of SCSU female athletes and tennis program by athletic director; evaluate same. | 0.7 | $ 276.50 |
| 2/4/2022 | CJB | 285 | Review and analyze response to Motion to Modify Injunction. | 0.2 | $ 57.00 |
| 2/4/2022 | DCM | 395 | Receipt and review of correspondence from SCSU counsel to Court advising of no new reporting for six-moth report; receipt and review of Memorandum of Law filed by SCSU with Court. | 0.7 | $ 276.50 |
| 2/7/2022 | CJB | 285 | Review and analyze caselaw regarding remands from temporary injunctions. | 2.5 | $ 712.50 |
| 2/8/2022 | CJB | 285 | Review and analyze Defendants' response to Plaintiff's motion. Draft outline of Reply. Continue to review and analyze caselaw. Call with clients. | 5.1 | $ 1,453.50 |
| 2/8/2022 | DCM | 395 | Review and evaluate memo filed by SCSU with Court; conference with Sharon Van Dyck and Cody Blades to discuss SCSU memo and representations and arguments in response to same. | 1.9 | $ 750.50 |
| 2/9/2022 | CJB | 285 | Formulate strategy regarding Reply memorandum. | 1.6 | $ 456.00 |
| 2/10/2022 | CJB | 285 | Revise outline to Reply memorandum. Review and analyze caselaw related to procedure on remand. | 2.7 | $ 769.50 |
| 2/11/2022 | CJB | 285 | Continue Drafting Reply iso Motion to Modify. Continue reviewing and analyzing caselaw. | 3.2 | $ 912.00 |
| 2/13/2022 | CJB | 285 | Draft Reply iso Motion to Modify Injunction. | 9.5 | $ 2,707.50 |
| 2/14/2022 | CJB | 285 | Revise draft Reply iso Motion to Modify Injunction. | 1.9 | $ 541.50 |
| 2/14/2022 | CJB | 285 | Draft attorney fees section of Reply iso Motion to Modify. | 1 | $ 285.00 |
| 2/15/2022 | CJB | 285 | Formulate strategy regarding revisions to Reply iso Motion to Modify Injunction. | 3.4 | $ 969.00 |
| 2/15/2022 | DCM | 395 | Receipt and review of correspondence from Sharon Van Dyck regarding status of brief writing for current motions before court; prepare responsive correspondence. | 0.5 | $ 197.50 |
| 2/17/2022 | CJB | 285 | Revise Reply iso Motion to Modify Injunction. | 1.1 | $ 313.50 |
| 2/17/2022 | DCM | 395 | Prepare correspondence to clients regarding status of Chief Judge John Tunheim and potential effect on case. | 0.3 | $ 118.50 |
| 2/18/2022 | DCM | 395 | Receipt and reply memo from SCSU and forward copies to clients. | 0.2 | $ 79.00 |
| 3/2/2022 | DCM | 395 | Review various drafts and memos for filing with Court and formulate strategy for oral argument in support of pending motions. | 0.5 | $ 197.50 |
| 3/3/2022 | DCM | 395 | Receipt and review of correspondence from Clerk of US District Court Heather Arendt regarding scheduling of case for oral argument; prepare status report to clients. | 0.3 | $ 118.50 |
| 3/16/2022 | CJB | 285 | Meeting with clients to formulate strategy regarding oral argument and next steps. | 3.2 | $ 912.00 |
| 3/16/2022 | DCM | 395 | Review draft briefs for motions before Judge Tunheim; meeting with co-counsel to discuss issues before court and strategy for further handling; discuss additional briefing and obtaining potential declarations from coaches. | 3.8 | $ 1,501.00 |
| 3/16/2022 | TPB | 345 | Formulating strategy regarding upcoming motion practice. | 0.2 | $ 69.00 |
| 3/18/2022 | DCM | 395 | Formulate strategy regarding obtaining declarations from Coach Same Kettenkoffe and Paula U'Ren regarding facilities condition and number of participations to be filed with court; formulate strategy regarding potential civil contempt motion against SCSU for violation of Jude Tunheim's order. | 0.8 | $ 316.00 |
| 3/22/2022 | DCM | 395 | Review and evaluate documents and formulate strategy for preparation of civil contempt motion against SCSU in accordance with 8th Circuit decision. | 0.8 | $ 316.00 |

| Date | Biller | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/22/2022 | DCM | 395 | Receipt and review of notice of hearing from court clerk; prepare status report to clients advising of hearing date and time; prepare correspondence to co-counsel, Sharon VanDyck regarding hearing and preparation for same; receipt and review of information covering Mens and Womens track teams; evaluate same and formulate strategy for further handling. **[Reduced from 1.2 to .7 to Eliminate Work Related to Triple-Counting Argument]** | 0.7 | $ 276.50 |
| 3/25/2022 | DCM | 395 | Exchange correspondence with S. Van Dyck regarding scheduling meeting to prepare for oral argument before Judge Tunheim and address various legal issues. | 0.3 | $ 118.50 |
| 3/28/2022 | DCM | 395 | Receipt and review of correspondence from S. Van Dyck regarding oral argument preparation for motions scheduled before Judge Tunheim; prepare response to same and address issue of civil contempt motion against SCSU. | 0.5 | $ 197.50 |
| 3/31/2022 | CJB | 285 | Call with client. Strategy meeting. | 1.2 | $ 342.00 |
| 4/11/2022 | DCM | 395 | Conference call with Sharon Van Dyke and C. Blades to discuss briefing and various issues to be argued to Judge Tunheim.  Discuss Sam Kettenhofen declaration regarding women track teams. **[Reduced from 1.1 to .6 to Eliminate Work Related to Triple-Counting Argument]** | 0.6 | $ 237.00 |
| 4/27/2022 | CJB | 285 | Call with D. Mark to discuss strategy. | 0.4 | $ 114.00 |
| 5/19/2022 | CJB | 285 | Conference with Sharon Van Dyck to discuss obtaining declaration from witness to softball field's wet, unplayable condition; formulate strategy concerning other evidence showing disparity between softball and baseball fields. | 0.5 | $ 197.50 |
| 5/23/2022 | CJB | 285 | Draft declaration to lay foundation for softball picture.  Draft declaration to lay foundation for baseball picture.  Draft declaration on behalf of ex-track athlete. **[Reduced from 2.2 to 1.8 to Eliminate Work Related to Triple-Counting Argument]** | 1.8 | $ 513.00 |
| 5/24/2022 | CJB | 285 | Formulate strategy regarding oral argument on motions to dissolve and modify the injunction.  Correspond with client regarding the declarations. **[Reduced from 1.1 to .9 to Eliminate Work Related to Triple-Counting Argument]** | 0.9 | $ 256.50 |
| 5/24/2022 | DCM | 395 | Receipt and review of various emails and information related to upcoming hearing; formulate strategy regarding arguments to be presented at hearing; prepare for oral argument before Judge Tunheim. | 3 | $ 1,185.00 |
| 5/25/2022 | CJB | 285 | Coordinate attendance at oral argument hearing by speaking with clerk and following-up internally with team. | 0.4 | $ 114.00 |
| 5/26/2022 | CJB | 285 | Revise declaration regarding softball field and send the same to the client. | 0.6 | $ 171.00 |
| 5/26/2022 | DCM | 395 | Receipt and review of photos of softball and baseball fields and strategize regarding obtaining foundation of each for submission to Court. | 0.4 | $ 158.00 |
| 5/27/2022 | CJB | 285 | Revise softball and baseball declarations. | 0.6 | $ 171.00 |
| 5/27/2022 | CJB | 285 | Finalize declarations and coordinate filing of the same. | 0.8 | $ 228.00 |
| 5/27/2022 | DCM | 395 | Receipt of declaration from SCSU softball player regarding wet and unplayable conditions of women's softball field. | 0.4 | $ 158.00 |
| 5/31/2022 | CJB | 285 | Coordinate call-in information with clients for hearing.  Prepare for oral argument by collecting citations to evidence in the record and drafting short outline. | 3.6 | $ 1,026.00 |
| 6/1/2022 | CJB | 285 | Prepare for oral argument. Participate in oral argument. Debrief after oral argument. | 3.3 | $ 940.50 |
| 6/1/2022 | DCM | 395 | Prepare for hearing before Judge Tunheim of U.S. District Court; Appear before Judge Tunheim regarding motions following 8th Circuit decision; telephone conference with clients following oral argument. | 3.7 | $ 1,461.50 |
| 6/2/2022 | CJB | 285 | Call with client regarding oral argument. | 1.2 | $ 342.00 |
| 6/2/2022 | DCM | 395 | Telephone conference to debrief clients regarding oral argument before Judge Tunheim and to answer questions and advise regarding further handling. | 1.1 | $ 434.50 |
| 6/3/2022 | CJB | 285 | Review and revise letter to Court correcting error.  Internal strategy call to discuss the same. | 1.4 | $ 399.00 |
| 6/3/2022 | TPB | 345 | Receive status update after oral argument on pending motions. | 0.3 | $ 103.50 |
| 6/20/2022 | DCM | 395 | Receipt and review of various correspondence and information following oral argument regarding participation numbers of athletes at SCSU and appointment of interim Athletic Director. | 0.5 | $ 197.50 |
| 7/1/2022 | DCM | 395 | Receipt and review of submission to Court by SCSU attorney including photos alleging improvements to women's facilities; analyze same and formulate strategy for further handling. | 0.9 | $ 355.50 |
| 7/5/2022 | CJB | 285 | Review and analyze recent filing by SCSU and formulate strategy regarding the same. | 0.3 | $ 85.50 |
| 7/6/2022 | DCM | 395 | Review status of file following 6/1/22 hearing and formulate strategy for further handling. | 0.4 | $ 158.00 |
| 7/6/2022 | TPB | 345 | Finalizing withdrawal, reviewing court order for additional briefing on SCSU's new arguments. | 0.3 | $ 103.50 |
| 7/12/2022 | CJB | 285 | Call with co-counsel to formulate strategy regarding drafting response to SCSU.  Review and analyze SCSU's letter submitted to the Court.  Correspond with clients regarding SCSU's arguments. | 1.3 | $ 370.50 |
| 7/12/2022 | DCM | 395 | Formulate strategy regarding response to SCSU representation to Judge Tunheim regarding alleged compliance with terms of Title IX. | 0.8 | $ 316.00 |
| 7/13/2022 | CJB | 285 | Call with co-counsel to discuss strategy. | 1.9 | $ 541.50 |
| 7/13/2022 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss reply letter memo to Judge Tunheim responding to SCSU memo to Court; conference to discuss strategy and further handling with the court. | 0.6 | $ 237.00 |
| 7/15/2022 | CJB | 285 | Revise responsive letter. | 1 | $ 285.00 |
| 7/25/2022 | CJB | 285 | Review and analyze letter from SCSU. | 0.2 | $ 57.00 |
| 7/25/2022 | CJB | 285 | Formulate strategy with respect to recent filing by SCSU. | 0.4 | $ 114.00 |
| 7/26/2022 | DCM | 395 | Conference with Sharon Van Dyck to discuss motions pending before Judge Tunheim and to discuss filing by SCSU with Judge Tunheim and potential response to same. | 0.5 | $ 197.50 |
| 7/27/2022 | DCM | 395 | Receipt and review of exhibits filed with Court by SCSU. | 0.3 | $ 118.50 |
| 7/29/2022 | DCM | 395 | Telephone conference with Sharon Van Dyck to discuss filing by SCSU with court; formulate strategy regarding responding to same and next steps regarding SCSU required six-month reports; formulate strategy regarding comparing participation opportunities with treatment and benefits. | 1.3 | $ 513.50 |
| 8/12/2022 | CJB | 285 | Review and revise letter opposing SCSU's sixth report. | 1.5 | $ 427.50 |
| 8/12/2022 | DCM | 395 | Review and revise reply brief to SCSU with court; conference call with co-counsel Sharon Van Dyck to discuss proposed changes to brief. | 0.5 | $ 197.50 |
| 8/15/2022 | DCM | 395 | Review and revise letter brief to Judge Tunheim; conference with Sharon Van Dyck regarding same; prepare memo to C. Blades requesting review of work in progress in light of 8th Circuit decision. | 1 | $ 395.00 |
| 8/25/2022 | DCM | 395 | Receipt and review of information concerning status of track coach and likely resignation and lack of compliance by SCSU regarding gender equality. | 0.4 | $ 158.00 |
| 9/7/2022 | DCM | 395 | Receipt and review of memoranda and order from Judge Tunheim and evaluate same; prepare correspondence to Donna Lopiano and Kristen Galles regarding same; conference with Sharon Van Dyck to discuss order and strategy for further handling; formulate strategy. | 1.90 | $ 750.50 |
| 9/7/2022 | TPB | 345 | Reviewing and analyzing court order granting in part and denying in part motion to dissolve injunction and granting leave to file a new attorneys fee petition, reviewing prior fee petition filings, formulating strategy regarding scope and arguments in support of fee petition, and timing of filings. | 2.40 | $ 828.00 |
| 9/7/2022 | CJB | 285 | Review and analyze Court's Order.  Formulate strategy regarding the same.  Coordinate meeting with internal team to discuss.  Gather attorneys' fees and costs information. | 1.10 | $ 313.50 |
| 9/8/2022 | CJB | 285 | Strategy meeting regarding Court Order and to determine next steps. | 1.20 | $ 342.00 |
| 9/8/2022 | TPB | 345 | Formulating strategy regarding fee petition, declarations and new arguments relative to post-trial appeal and motion practice. | 0.90 | $ 310.50 |
| 9/8/2022 | DCM | 395 | Review and analyze Judge Tunheim's memo; formulate strategy regarding further handling of file; conference with S. Van Dyck to discuss Judge's Order and memo and further handling; prepare status letter to clients and advise regarding effect of decision going forward. | 2.70 | $ 1,066.50 |
| 9/9/2022 | DCM | 395 | Prepare letter to attorney Kristen Galles to advise same of decision by Judge Tunheim concerning SCSU motions and to advise regarding further handling. | 0.30 | $ 118.50 |
| 9/9/2022 | TPB | 345 | Prepare briefing on fee issue and formulating strategy for timing of briefing schedule. | 0.30 | $ 103.50 |
| 9/12/2022 | TPB | 345 | Reviewing prior fee petiton submissions and formulating strategy regarding further handling of new fee petitions, reviewing correspondence with counsel regarding briefing schedule, correspondence with co-counsel regarding fee petition. | 1.10 | $ 379.50 |
| 9/12/2022 | CJB | 285 | Review and analyze rules related to motions for attorney fees and costs.  Start drafting motion for fees. | 2.70 | $ 769.50 |
| 9/13/2022 | TPB | 345 | Emails with co-counsel, reviewing prior stipulation regarding fee petition briefing  and formulating strategy regarding contents of new materials in support of fee motion. | 0.90 | $ 310.50 |
| 9/13/2022 | CJB | 285 | Continue drafting memorandum in support of motion for attorneys' fees.  Strategy discussion regarding separation of work.  Strategy discussion regarding stipulation for briefing schedule. | 1.40 | $ 399.00 |
| 9/14/2022 | TPB | 345 | Reviewing and redacting billing records to be submitted in support of forthcoming motion for attorneys' fees and costs. | 1.70 | $ 586.50 |
| 9/15/2022 | TPB | 345 | Further review of Court order with respect to fees and treatment and benefits injunction reinstatement, formulating strategy regarding contents of memorandum in support of fee petition and arguments with respect to appeal and post appeal motions, reviewing historical fee documents and declarations submitted in conjunction with initial request, formulating strategy regarding new declarations, reviewing and analyzing draft stipulation and proposed order on briefing schedule. | 2.90 | $ 1,000.50 |
| 9/15/2022 | DCM | 395 | Conference with co-counsel S. Van Dyck to review and evaluate issue involving equity in travel for male and female athletic teams; formulate strategy for further handling; Prepare letter to attorney Kristen Galles regarding filing of fee statement with Judge Tunheim and advise regarding due date for same. | 1.00 | $ 395.00 |
| 9/16/2022 | DCM | 395 | Make arrangements for gathering and organizing billing records and expenditures records for submittal to Court for consideration. | 0.30 | $ 118.50 |
| 9/16/2022 | TPB | 345 | Preparing materials in support of motion for fees, reviewing prior filings and formulating strategy regarding content of motion and supporting moving papers, reviewing prior Galles filings and correspondence regarding any new fees, phone call and email correspondence with Sharon Van Dyck regarding stipulation, motion and correspondence with opposing counsel, reviewing proposed stipulation, reviewing and analyzing billing records since case inception along with prior orders and submissions to prepare good afith estimate of fees. | 3.90 | $ 1,345.50 |

| Date | Biller | Rate | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/19/2022 | TPB | 345 | Preparing materials in support of fee petition, correspondence with co-counsel regarding historical billings and new time to be included in petition, reviewing correspondence from Galles regarding fee petition, further review of billing records. | 1.10 | $ 379.50 |
| 9/20/2022 | TPB | 345 | Drafting and editing motion in support of fee petition, correspondence and call with co-counsel regarding strategy for fee petition, reviewing notes from Galles, reviewing court order on briefing schedule and strategizingf regarding internal deadline for completion and arguments in support of newly requested fees. | 2.30 | $ 793.50 |
| 9/20/2022 | CJB | 285 | Internal strategy call to discuss motion for attorneys' fees. | 0.30 | $ 85.50 |
| 9/21/2022 | TPB | 345 | Reviewing billing records and identifying entries to be excluded from forthcoming fee petition, reviewing prior pleadings relative to motions for contempt and subsequent fee petition and post-trial motions relative to same, formulating strategy regarding arguments in support of requested fee amount. | 4.20 | $ 1,449.00 |
| 9/21/2022 | DCM | 395 | Correspondence with clients to advise regarding Judge Tunheim's ruling and effect of same. | 0.30 | $ 118.50 |
| 9/21/2022 | CJB | 285 | Continue drafting memo iso motion for attorneys' fees. | 2.10 | $ 598.50 |
| 9/22/2022 | TPB | 345 | Drafting and editing memorandum in support of renewed fee petition, reviewing billing records, identifying entries to be removed for unsuccessful motions and other matters, preparing redactions to billing records. | 7.10 | $ 2,449.50 |
| 9/22/2022 | DCM | 395 | Receipt and review of newspaper article regarding SCSU press release concerning ruling by Judge Tunheim and evaluate same for accuracy. | 0.30 | $ 118.50 |
| 9/22/2022 | CJB | 285 | Revise memorandum iso motion for attorneys' fees.  Review and analyze billing records in order to prepare exhibits iso motion for attorneys' fees. | 4.50 | $ 1,282.50 |
| 9/23/2022 | TPB | 345 | Drafting and editing memorandum in support of motion for attorneys' fees and costs, further redactions to billing records for time not sought, formulating motion strategy. | 4.70 | $ 1,621.50 |
| 9/23/2022 | CJB | 285 | Continue reviewing and analyzing billing records to prepare  memorandum in support of attorney fees and costs.  Revise billing records to prepare the same for motion for attorneys' fees.  Review new draft of memorandum and make revisions.  Draft and send correspondence to co-counsel regarding memo and attaching the same to the correspondence. | 3.80 | $ 1,083.00 |
| 9/26/2022 | TPB | 345 | Reviewing submissions from Kristin Galles in support of fee petition, correspondence with Galles regarding declaration and billing records, formulating strategy with Sharon Van Dyck regarding joint submission in support of fee petition, drafting DCM declaration. | 2.10 | $ 724.50 |
| 9/28/2022 | TPB | 345 | Preparing declaration of DCM in support of motion for attorneys fees and costs, reviewing declarations from VDL and Galles in support of motion, finalizing redactions to billing records and calculating value of total reductions, preparing lodestar information, drafting further edits to memorandum in support of motion. | 5.60 | $ 1,932.00 |
| 9/28/2022 | CJB | 285 | Draft and prepare Exhibit D iso Motion for Attorney Fees. | 2.70 | $ 769.50 |
| 9/29/2022 | TPB | 345 | Revising DCM declarations, drafting and editing motion and proposed order in support of motion for attorneys' fees, finalizing cost invoices, formulating strategy regarding arguments in support of brief, emails with Sharon Van Dyck and Kristen Galles regarding filings. | 3.60 | $ 1,242.00 |
| | | | **TOTAL** | **1117.9** | **$ 334,101.50** |

# Exhibit E

# Declaration of Donald Chance Mark, Jr.





# BRANDON A. CARMACK

**Associate  |  brandon.carmack@fmjlaw.com**

Brandon Carmack is an Associate in the Litigation practice group and his practice focuses on commercial litigation.

He believes strong advocacy requires substantive awareness, which means he actively listens and gives full attention to his clients' legal, commercial, and personal concerns to pursue creative solutions. Clients also appreciate Brandon's commitment to efficient and accurate communication.

Brandon graduated magna cum laude from Mitchell Hamline School of Law and served as a legal resident to Associate Justice Anne McKeig and Associate Justice Paul Thissen of the Minnesota Supreme Court.

Prior to law school, Brandon provided technology solutions to community banks across the United States. His community bank clients faced policy concerns that drove Brandon to law school.

## PRACTICE AREAS

Litigation
e-Discovery

## EDUCATION

Hillsdale College (BA)
Mitchell Hamline, magna cum laude (JD)

## STATE BAR ADMISSIONS

Minnesota

## FEDERAL BAR ADMISSIONS

Fafinski Mark & Johnson
Eden Prairie Office
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Phone (952) 995-9500

New Ulm Office
700 North Minnesota Street, Suite B
New Ulm, MN 56073
Phone (855) 806-1525

fmjlaw.com



United States District Court, District of Minnesota

## PUBLICATIONS

- "Financial Institutions and Cybersecurity: A Banker's Guide to Surviving Cyber-Attacks in 2021," The Quarterly Advisor (FMJ Newsletter), March 2021
- "My Brother's Keeper: Using the Foreign Intelligence Toolbox on Domestic Terrorism" Mitchell Hamline Law Review, Volume 46 Issue 5, Summer 2020.

## PRACTICE PHILOSOPHY

"I serve the law and my client. My respect for the law motivates me to produce solutions that yield better legal outcomes now and in the future. My respect for my client – and their trust in me – drives me to serve their needs with resolve, creativity, and dignity. I also respect my clients' resources and am sensitive to when analysis ends and action begins."

## THE REST OF THE STORY

When not serving his clients, Brandon enjoys serving his wife, Jessica, and their two children in Chanhassen, Minnesota. Brandon is a faux connoisseur of all things barbeque, college football, and the weekend bonfire with neighbors and friends.

Fafinski Mark & Johnson
Eden Prairie Office
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Phone (952) 995-9500

New Ulm Office
700 North Minnesota Street, Suite B
New Ulm, MN 56073
Phone (855) 806-1525

fmjlaw.com



# CODY J. BLADES

**Associate  |  cody.blades@fmjlaw.com**

Cody Blades is an Associate in the Litigation and HR & Employment practice groups. She prides herself on being both an aggressive litigator and an adept negotiator. Cody's practice focuses on guiding businesses and individuals through complex litigation or pre-litigation matters—developing the necessary strategy to negotiate efficient and effective settlements, analyzing the legal landscape to formulate a winning litigation strategy, and providing strong courtroom advocacy.

Cody has extensive experience in state and federal courts in Minnesota and across the country. Cody's practice includes representing individuals and entities through business break-ups, shareholder disputes, and breach of contract claims and defending companies against personal injury and products liability claims. Cody also represents both individuals and companies in employment disputes—navigating the enforcement of or defense against non-competition agreements and defending employers against employment claims including wrongful termination, discrimination, whistleblower, wage theft, and family leave actions.

Prior to joining FMJ, Cody helped obtain favorable jury verdicts in both state and federal courts. Cody's results include a full defense verdict in a trademark infringement action, a favorable verdict in a complex shareholder dispute case, and a winning outcome in a breach of fiduciary duty matter which resulted in the jury awarding her client hundreds of thousands of dollars.

Cody has defended multi-national medical device manufacturers against products liability claims and, for the first several years of her career, represented individuals against employers for claims arising under state and federal employment laws. Immediately after law school, Cody clerked for the Honorable John R. Rodenberg at the Minnesota Court of Appeals.

Cody is honored to have been recognized as a Minnesota "Rising Star" every year since 2018.

Cody serves as Chair of the Board of Directors for Emerge Mothers' Academy, a non-profit equipping single mothers to achieve their parenting, life, and career goals. Cody is also heavily involved with Minnesota Women Lawyers, serving as Co-Chair of the Development and Engagement Committee.

Fafinski Mark & Johnson
Eden Prairie Office
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Phone (952) 995-9500

New Ulm Office
700 North Minnesota Street, Suite B
New Ulm, MN 56073
Phone (855) 806-1525

fmjlaw.com



## PRACTICE AREAS

Litigation
HR & Employment
Products Liability
e-Discovery

## EDUCATION

University of Minnesota (BA)
Hamline University School of Law, magna cum laude (JD)

## BAR ADMISSIONS

Minnesota
U.S. District Court – District of Minnesota

## ORGANIZATIONS

• Minnesota Women Lawyers, Member and Co-Chair of the Membership and Engagement Committee
• Emerge Mothers Academy, Chair of the Board

## ACCOLADES

Included in the 2022 edition of the Best Lawyers: Ones to Watch in America for her work in Commercial Litigation
Named a Minnesota "Rising Star" (an honor given only to 2.5% of lawyers in Minnesota) in 2018, 2019, 2020, and 2021

## PUBLISHED ARTICLES

"Crying Over Spilt Milk: Why the Legal Community is Ethically Obligated to Ensure LegalZoom's Survival in the Legal Services Marketplace," Hamline Law Review: Vol. 38: Iss. 1, Article 2 (2015)

Fafinski Mark & Johnson
Eden Prairie Office
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Phone (952) 995-9500

New Ulm Office
700 North Minnesota Street, Suite B
New Ulm, MN 56073
Phone (855) 806-1525

fmjlaw.com

## PRACTICE PHILOSOPHY

"In order to best position a case for a favorable resolution it is essential to have a clear vision of the end game. This means knowing the evidence better than the opponent and understanding how that evidence will be used both in the client's favor as well as to their disadvantage. Armed with this information, no litigation is unmanageable or insurmountable."

## THE REST OF THE STORY

When Cody is not working, she enjoys spending time outdoors—whether it's enjoying the Minneapolis trail systems on a walk, run, or bike ride, exploring Minnesota's excellent state parks, or spending time at her family's cabin near Duluth. The outdoors are always better, of course, with her husband and daughter, so she can usually be found out with them. She and her husband are self-proclaimed coffee snobs and enjoy patronizing new coffee shops and haunting old favorites.

Fafinski Mark & Johnson
Eden Prairie Office
775 Prairie Center Drive, Suite 400
Eden Prairie, MN 55344
Phone (952) 995-9500

New Ulm Office
700 North Minnesota Street, Suite B
New Ulm, MN 56073
Phone (855) 806-1525

fmjlaw.com

# Exhibit F

# Declaration of Donald Chance Mark, Jr.



**FAFINSKI MARK & JOHNSON, P.A.**
**775 Prairie Center Drive**
**Suite 400**
**Eden Prairie, MN  55344**
**TAX ID NO.  41-1941221**



In Reference To:    St. Cloud State University (Title IX)
FMJ File No. 64540-1

**Disbursements**

| | | **Amount** |
|---|---|---|
| 10/23/2019 | 10/15/2019 FedEx Delivery - Minneapolis, MN | $23.11 |
| 10/31/2019 | ███████████████████████████████████ | |
| 10/31/2019 | Pacer Litigation Services | $0.30 |
| 11/15/2019 | 10/11/2019 Conference Call - 4 participants | $64.86 |
| 11/15/2019 | 10/30/2019 Conference Call - 5 participants | $140.92 |
| 11/21/2019 | Preparation, Service and Filing of Appellees' Brief and Supporting Documents | $1,924.52 |
| 11/30/2019 | ███████████████████████████████████ | |
| 12/15/2019 | Long Distance Telephone Charges | $42.00 |
| 12/15/2019 | 11/06/2019 Conference Call - 3 participants | $50.04 |
| 12/29/2019 | ███████████████████████████████████ | |





**FAFINSKI MARK & JOHNSON, P.A.**
**775 Prairie Center Drive**
**Suite 400**
**Eden Prairie, MN  55344**
**TAX ID NO.  41-1941221**



In Reference To:    St. Cloud State University (Title IX)
                    FMJ File No. 64540-1

**Disbursements**

|            |                                                                                                          | **Amount** |
|------------|----------------------------------------------------------------------------------------------------------|-----------:|
| 02/15/2020 | Long Distance Telephone Charges                                                                          | $22.40     |
| 02/25/2020 | Parking - Minneapolis Courthouse - Attend Federal Court Hearing                                          | $26.00     |
| 02/25/2020 | Parking - Attend Hearing                                                                                 | $37.00     |
| 02/25/2020 | Mileage - Attend Hearing                                                                                 | $9.28      |
| 02/27/2020 | Parking - Minneapolis - Attend Hearing on Motions to Compel (02/25/2020)                                 | $26.00     |
| 02/29/2020 |                                                                                                          |            |
| 03/04/2020 | Courier Services - Delivery of Courtesy Copies to Judge Tunheim of Plaintiff's Response and Objections to SCSU's First Report (02/19/2020) | $29.00     |
| 03/15/2020 | Long Distance Telephone Charges                                                                          | $31.92     |





**FAFINSKI MARK & JOHNSON, P.A.**
**775 Prairie Center Drive**
**Suite 400**
**Eden Prairie, MN  55344**
**TAX ID NO.  41-1941221**

In Reference To:   St. Cloud State University (Title IX)
                   FMJ File No. 64540-1

**Disbursements**                                                    **Amount**

| | | |
|---|---|---|
| 04/27/2018 | ██████████████████████████████ | |
| 11/14/2018 | Service of Process - Amended Exhibits, Flash Drive Containing Amended Exhibits, and Three Trial Subpoenas Upon Kevin Finnerty, Assistant General Attorney | $85.00 |
| 12/03/2018 | Service of Process - Subpoenas Upon Mike Sharp, Sloan Wallgren, Chad Bragelmann, Eric Rud, Sam Kettenhofen, Jeff Hegle, Scott Underwood, Paula U'Ren, Gretta Arvesen, Patrick Dolan, Steve Costanzo, and Lori Fish | $640.00 |
| 12/04/2018 | Trial Exhibits | $182.68 |
| 12/05/2018 | Trial Testimony of Heather Weems (11.30.2018) | $798.60 |
| 12/05/2018 | Reimbursement for lunches purchased for trial team (11.26.2018 - 12.03.2018) | $231.27 |
| 12/05/2018 | ██████████████████████████████ | |

Portz, Jay and Kris                                                                                          Page - 2

01/03/2019     

09/10/2019     Admission Fee - U.S. Court of Appeals - Adina R. Florea                    $221.00

08/24/2020     Preparation, Copying, Collating, Binding and Serving Appellees' Brief      $367.63



| 10/15/2020 | 105 | 64540 | 00001 | AllStream Invoice # 17127886 | 2.24 | Long Distance Telephone Charges |
|---|---|---|---|---|---|---|
| 9/16/2020 | 105 | 64540 | 00001 | CenturyLink QCC Invoice # 151204747 | 108.46 | 08/13/2020 Conference Call - 5 participants |
| 8/16/2020 | 105 | 64540 | 00001 | CenturyLink QCC Invoice # 141290798 | 87.18 | 07/08/2020 Conference Call - 4 participants |
| 8/15/2020 | 105 | 64540 | 00001 | AllStream Invoice # 17015917 | 1.12 | Long Distance Telephone Charges |
| 7/15/2020 | 105 | 64540 | 00001 | AllStream Invoice # 16959064 | 2.80 | Long Distance Telephone Charges |
| 10/14/2019 | 127 | 64540 | 00001 | Donald Chance Mark, Jr. Invoice # 101419 | 63.80 | Mileage - St. Cloud - Attend Witness Interviews (9/25/19) |
| 10/14/2019 | 127 | 64540 | 00001 | Donald Chance Mark, Jr. Invoice # 101419 | 63.80 | Mileage - St. Cloud - Attend Witness Interviews (9/11/19) |
| 10/14/2019 | 127 | 64540 | 00001 | Donald Chance Mark, Jr. Invoice # 101419 | 63.80 | Mileage - St. Cloud - Attend Witness Interviews (8/21/19) |
| 10/2/2019 | 107 | 64540 | 00001 | Excel Legal Courier Invoice # 32759 | 24.00 | Courier Services - Delivery of Two Courtesy Copies of Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs with Supporting Documents to the Honorable John R. Tunheim at U.S. District Court (09/18/19) |

# Exhibit G

# Declaration of Donald Chance Mark, Jr.



Exhibit D
Donald Chance Mark, Jr., Decl.



# DeWitt
### Mackall Crounse & Moore S.C. ⦂ Law Firm

### "Creativity is intelligence having fun."
*–ALBERT EINSTEIN*

**DeWitt attorneys see things differently while exploring and creating solutions to our clients' needs.** At DeWitt, we utilize our creativity to offer proactive and effective legal advice in more than 30 areas of law while serving publicly and privately held companies, individual clients, family-owned businesses, municipalities and more. With nearly 140 attorneys practicing in Wisconsin and Minnesota, our firm handles matters for clients nationwide.

When you need a trusted, full-service law firm, please visit our website at **dewittmcm.com** or email **info@dewittmcm.com** for more information.

MADISON ⦂ GREATER MILWAUKEE ⦂ MINNEAPOLIS
DeWitt Mackall Crounse & Moore S.C. is an affiliate of DeWitt Ross & Stevens S.C.



**dewittmcm.com**

Exhibit D
Donald Chance Mark, Jr., Decl.



Alphabetical Listing By Firm Name ........................ 2
Largest Law Firms In Minnesota ............................ 3
Practice Areas For Firms ......................................... 42

### Methodology

Information was compiled via an electronic survey. Firms are ranked by the number of attorneys employed in Minnesota. Firms that did not reply are marked with an asterisk (*) and information for their listings was based on public information such as the firms' websites. This magazine serves as an overall snapshot of law firms on December 1, 2017

# Minnesota Lawyer

Largest Law Firm is a special publication of FINANCE & COMMERCE, 222 South Ninth Street, Suite 2300, Campbell Mithum Tower, Minneapolis, Minnesota 55402, Telephone: (612) 333-424, Fax: (612) 333-3243. Finance & Commerce Inc and Minnesota Lawyers are owned by BridgeTower Media.

©2018 FINANCE & COMMERCE ALL RIGHTS RESERVED

POSTMASTER: Electronic Address Change Service Requested, Minnesota Lawyer, Subscription Services, PO Box 1667, Minneapolis, MN, 55480-9936

Subscription Rates – Payable in Advance
Single Copy ..................... $6   One year print and online .... $329
One Year Online Only ........ $219

**ADMINISTRATION**
**President and Publisher**
Bill Gaier
bgaier@finance-commerce.com

**EDITORIAL**
**Editor**
Barbara Jones
bjones@minnlawyer.com

**Project Coordinator**
Alyssa Friedrich
afriedrich@finance-commerce.com

**Advertising Account Executives**
Dean Determan
ddeterman@finance-commerce.com

David Seawell
dseawell@finance-commerce.com

**Event Manager**
Kelsey Broadwell
kbroadwell@finance-commerce.com

**CIRCULATION**
**Audience Development Manager**
Disa Ehrler
dehrler@bridgetowermedia.com

**CREATIVE**
**Designer**
Kuda Munyawiri

Exhibit D
Donald Chance Mark, Jr., Decl.

# ALPHABETICAL LISTING BY FIRM NAME

**A**

Aafedt, Forde, Gray, Monson
& Hager, P.A. .....................................29
Anthony Ostlund Baer
& Louwagie P.A. ................................28
Arthur Chapman Kettering
Smetak & Pikala, P.A. ........................18

**B**

Barna, Guzy & Steffen, Ltd. .................24
Barnes & Thornburg LLP .....................26
Bassford Remele, P.A. ........................17
Bernick Lifson, P.A. ............................34
Best & Flanagan LLP ..........................18
Blackwell Burke P.A. ..........................31
Bowman And Brooke LLP ....................21
Briggs And Morgan, P.a. .......................9
Brooks Cameron & Huebsch, PLLC ......23
Brown & Carlson PA ...........................25

**C**

Campbell Knutson, P.A. .......................36
Carlson Caspers .................................21
Chestnut Cambronne PA .....................24
Collins, Buckley, Sauntry, .....................35
Cousineau, Van Bergen, Mcnee
& Malone, PA ....................................36
Cousineau, Waldhauser,
& Kieselbach, P.A. .............................33
Cozen O'connor ..................................37

**D**

Dewitt Mackall Crounse
& Moore S.C. .....................................19
Dicke, Billig & Czaja, PLLC...................30
Donna Law Firm, P.C. .........................35
Dorsey & Whitney LLP ..........................6
Dougherty, Molenda, Solfest,
Hills & Bauer P.A. ..............................33
Dunlap & Seeger, P.A. .........................28
Dykema Gossett PLLC .........................39

**E**

Eckberg Lammers ...............................35
Erstad & Riemer, P.a. ..........................35

**F**

Fabyanske, Westra,
Hart & Thomson, P.A. .........................21
Faegre Baker Daniels ...........................3
Fafinski Mark & Johnson .....................25
Felhaber Larson, P.A. ..........................17
Fish & Richardson ..............................20
Fitch, Johnson, Larson & Held P.A. .......37
Foley & Mansfield ..............................28
Fox Rothschild Llp ..............................13
Fredrikson & Byron ...............................4
Fryberger, Buchanan,
Smith & Frederick, P.A. .......................24

**G**

Gaskins Bennett
Birrell Schupp LLP .............................38
Gislason & Hunter ..............................21
Gray Plant Mooty .................................8
Greene Espel PLLP .............................26
Gregerson, Rosow, Johnson
& Nilan, Ltd.......................................38
Gurstel Chargo ...................................23
Gustafson Gluek PLLC ........................33

**H**

Halunen Law ......................................34
Hamre, Schumann, Mueller
& Larson, P.C.....................................35
Hanft Fride, P.A. .................................34
& Haugh PLLP ...................................35
Heacox, Hartman, Koshmrl,
Osgriff & Johnson, P.A. ......................33
Heley, Duncan & Melander, PLLP.........38
Hellmuth & Johnson, PLLC .................16
Henningson & Snoxell, Ltd. .................37
Henson Efron.....................................26
Hinshaw & Culbertson LLP .................36
Hkm P.A. ...........................................29
Hoglund, Chwialkowski & Mrozik .........29

**J**

Jackson Lewis P.C. ..............................38
Jardine, Logan & O'brien, P.L.L.P.........29
Johnson//Becker, PLLC .......................33
Johnson, Killen & Seiler ......................32
Jux Law Firm .....................................37

**K**

Kennedy & Graven, Chartered...............37
Kinney & Lange, P.A.............................32
Kutak Rock LLP ..................................37

**L**

Lapp, Libra, Thomson,
Stoebner & Pusch, Chtd......................37
Larkin Hoffman ..................................23
Larson King, LLP ...............................20
Leonard, O'brien, Spencer, Gale
& Sayre, Ltd. .....................................28
Levander, Gillen & Miller, P.A. ..............37
Lind Jensen Sullivan
& Peterson, PA ..................................30
Lindquist & Vennum LLP .....................13
Littler Mendelson ...............................20
Lockridge Grindal Nauen P.L.L.P ..........18
Lommen Abdo, P.a. .............................29

**M**

Maschka, Riedy & Ries, PLLP ...............38
Maslon LLP........................................14
Mccollum Crowley Moschet
Miller & Laak, Ltd. .............................26

Mcgrann Shea Carnival
Straughn & Lamb Chartered.................34
Meagher & Geer, P.L.L.P. .....................15
Melchert Hubert Sjodin .......................38
Merchant & Gould P.C. ........................15
Meshbesher & Spence, Ltd. .................36
Messerli Kramer .................................15
Monroe Moxness Berg PA ...................27
Morrison Sund PLLC ...........................32
Moss & Barnett...................................15
Mueting, Raasch & Gebhardt, P.A. ........33

**N**

Nichols Kaster, PLLP ...........................23
Nilan Johnson Lewis ...........................16
Norton Rose Fulbright Us LLP ..............40

**O**

Ogletree Deakins.................................40
O'meara Leer Wagner & Kohl ...............30

**P**

Patterson Thuente IP ...........................25
Pemberton Law Firm ...........................30
Peterson Habicht.................................38

**Q**

Quinlivan & Hughes, P.A. .....................30

**R**

Rajkowski Hansmeier Ltd.....................39
Ratwik, Roszak & Maloney, P.A. ............39
Rinke Noonan, Ltd...............................26
Robins Kaplan LLP .............................11
Rupp, Anderson, Squires
& Waldspurger, P.A. ...........................36

**S**

Schwebel, Goetz & Sieben, P.A. ............30
Schwegman Lundberg & Woessner .......16
Shumaker & Sieffert, P.A. .....................18
Siebencarey P.A. .................................30
Siegel Brill PA ....................................34
Stich, Angell, Kreidler, Unke
& Scattergood, P.A. ............................39
Stinson Leonard Street LLP....................9
Stoel Rives LLP ..................................24

**W**

Wagner, Falconer & Judd .....................27
Westman, Champlin & Koehler .............32
Wilson Law Group...............................34
Winthrop & Weinstine, P.A.....................11

**Z**

Zelle LLP ...........................................33
Zimmerman Reed, LLP.........................37

Exhibit D
Donald Chance Mark, Jr., Decl.



# 1
**269 Lawyers**

# FAEGRE BAKER DANIELS

**FAEGRE BAKER DANIELS**
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
United States
612-766-7000
www.faegrebd.com
Founded: 1863

### CHAIR & MANAGING PARTNER



Tom Froehle

### VICE CHAIR & CHIEF OPERATING PARTNER



Gina Kastel

### MISSION STATEMENT
Faegre Baker Daniels is a full service law firm providing business solutions to local, national and international organizations. We serve our clients with the highest levels of professionalism, skill and integrity. Our 750 corporate, litigation and regulatory professionals collaborate across our 13 locations in the United States, U.K. and China to deliver practical solutions for our clients' business needs.

### DIVERSITY & INCLUSION STATEMENT
Faegre Baker Daniels strives to be a law firm of fully engaged professionals who are as diverse as the clients we serve and the communities in which we live and work. Our commitment to diversity and inclusion allows us to foster the rich and vibrant work environment necessary to attract and retain the best talent and ensures we gain the benefits of different perspectives in developing strategies and solutions, to the strategic advantage of our clients.

### AREAS OF PRACTICE
Agricultural Law
Antitrust and Trade Regulation
Appellate Practice
Banking/Finance
Bankruptcy Litigation
Bankruptcy and Business Restructuring
Business Litigation
Business/Corporate
Casinos and Gambling
Class Actions
Commercial Finance and Transactions
Construction Law
Consumer Law
Education
Election, Campaign and Political Law
Employment/Employee Benefits
Energy/Environmental/Regulated Industry
Financial Services/Institutions
Franchise/Franchising
Government Regulation/Government Affairs
Health Care/Life Sciences
Immigration
Indian Law
Intellectual Property
International Law/Trade
Labor and Employment Law
Litigation
Mergers and Acquisitions
Natural Resources
Nonprofit/Charitable Organizations
Patents/Trademarks
Private Equity, Emerging Growth and Venture Capital
Product Liability
Public Utilities Law
Real Estate Law
Securities and Finance
Sports and Entertainment
Tax/Benefits/ERISA
Tax Law
Technology and Licensing
Toxic Tort and Mass Tort Litigation
Trust and Estates

*CONTINUED ON PAGE 4*

Exhibit D
Donald Chance Mark, Jr., Decl.

Whistleblower
White Collar Crime
Workers' Compensation

### MARKETING DIRECTOR
Melanie Green
melanie.green@FaegreBD.com

**Total Number of Lawyers: 269**
**Number of Female Lawyers: 101**
**Number of Male Lawyers: 168**
**Number of Minority Lawyers: 20**
**Total Number of Equity Partners: 140**
**Total Number of Attorneys (Worldwide):**
**723**
**Total Number of New Hires in 2017: 33**
**Total Number of Elevations in 2017: 2**
**Total Number of Departures in 2017: 23**
**Number of "Of Counsel" Lawyers: 2**
**Number of Paralegals: 42**
**Number of Non-Paralegal Support Staff:**
**302**
**Annual Billable Hours Expected of**
**Associates: 1,850**
**Associates' Starting Salary as of January**
**1st, 2017: $140,000 (2018)**





**2** 223 Lawyers

WHERE LAW AND BUSINESS MEET®

### FREDRIKSON & BYRON
200 S 6th St., Suite 4000
Minneapolis, MN 55402-1425
United States
612-492-7000
www.fredlaw.com
Founded: 1948

### MANAGING PARTNERS



John Koneck

### MISSION STATEMENT
At Fredrikson and Byron, we share a passion for
providing excellent advice, advocacy, and service
to clients, based upon our deep knowledge of
our clients and their goals; a belief that we owe
an obligation to serve our community, which we
demonstrate through volunteerism, contributions
from our Foundation, pro bono work, board
service, and other support; a respect for the
balance between individual freedom with
individual responsibility; intense curiosity, a drive
to continue to learn and develop throughout our
careers, and an acknowledgement that we each
have the responsibility to help others learn and
develop throughout their careers; a commitment
to the values of collaboration, diversity, and
inclusion.

### DIVERSITY & INCLUSION STATEMENT
Pursuit of diversity and inclusion as a core value
enables our firm to be a home where diverse
professionals can achieve success and career
fulfillment. A diverse workforce of professionals
is essential to our ability to provide innovative
solutions to our client's legal needs in a multi-
cultural world.

### REPRESENTATIVE CLIENTS
Target Corporation,
American Crystal Sugar

### AREAS OF PRACTICE
Agricultural Law
Alternative Dispute Resolution
Antitrust and Trade Regulation
Appellate Practice
Banking/Finance
Bankruptcy and Business Restructuring
Biotechnology
Business Litigation
Business/Corporate
Civil Practice/Civil Rights
Class Actions
Commercial Finance and Transactions
Construction Law
Criminal Law
Education
Employment/Employee Benefits
Energy/Environmental/Regulated Industry
False Claims Act/Qui Tam Litigation
Family Law
Financial Services/Institutions
General Tort Law

Exhibit D
Donald Chance Mark, Jr., Decl.

Government Regulation/Government Affairs
Health Care/Life Sciences
Immigration
Intellectual Property
International Law/Trade
Labor and Employment Law
Litigation
Medical Malpractice
Mergers and Acquisitions
Natural Resources
Nonprofit/Charitable Organizations
Patents/Trademarks
Premises Liability
Private Equity, Emerging Growth and Venture Capital
Product Liability
Professional Liability
Public Utilities Law
Real Estate Law
Securities and Finance
Sports and Entertainment
Tax/Benefits/ERISA
Technology and Licensing
Transportation
Toxic Tort and Mass Tort Litigation
Trust and Estates
Whistleblower
White Collar Crime
Workers' Compensation

**IMPORTANT CONTACTS**

Mary Ranum, Chair of Board
mranum@fredlaw.com

John Koneck, President and Executive Committee
jkoneck@fredlaw.com

Clint Cutler
Board member and Executive Committee
ccutler@fredlaw.com

Ann Ladd
Board member and Executive Committee
aladd@fredlaw.com

Bob Hamilton, COO
rhamilton@fredlaw.com

**MARKETING DIRECTOR**

Julie Snow-Samanant
jsnowsamanant@fredlaw.com

Total Number of Lawyers: **223**
Number of Female Lawyers: **89**
Number of Male Lawyers: **134**
Number of Minority Lawyers: **16**
Total Number of Equity Partners: **142**

Number of Female Equity Partners: **48**
Number of Male Equity Partners: **94**
Number of Minority Equity Partners: **4**
Total Number of Attorneys
   (Worldwide): **286**
Total Number of New Hires in 2017: **23**
Number of New Female Hires in 2017: **12**
Number of New Male Hires in 2017: **11**
Number of New Minority Hires in 2017: **3**
Total Number of Elevations in 2017: **11**
Number of Female Elevations in 2017: **6**
Number of Male Elevations in 2017: **5**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **19**
Number of Female Departures in 2017: **9**
Number of Male Departures in 2017: **10**
Number of Minority Departures in 2017: **1**
Number of "Of Counsel" Lawyers: **21**
Number of Paralegals: **39**
Number of Non-Paralegal Support Staff: **217**
Hourly Billing Rate(s): **N/A**
Annual Billable Hours Expected of Associates: **1,775**
Associates' Starting Salary as of
   January 1st, 2017: **$120,000**
Total Number of Annual Hours Devoted to Pro Bono Representation: **9,486**
Company Dress Code: **Fridays casual only**
Length of Paid Family Leave: **14 weeks if the attorney gives birth, 8 weeks if the attorney does not give birth**
Flextime for Lawyers: **Yes**
Part-time Lawyers: **Yes**
Telecommuting for Lawyers: **Yes**
Flextime for Staff: **Yes**
Part-time Staff: **Yes**
Telecommuting for Staff: **Yes**
Unique Benefits:
• **Back-up child and adult care for attorneys**
• **Executive health reimbursement (BeniComp) for shareholders and executive staff**

*CONTINUED ON PAGE 6*

Exhibit D
Donald Chance Mark, Jr., Decl.



# 3
**194 Lawyers**


DORSEY
always ahead

**DORSEY & WHITNEY LLP**
50 S. Sixth Street, Suite 1500
Minneapolis, MN 55402
United States
612-340-2600
www.dorsey.com
Founded: 1912

## MANAGING PARTNER



Ken Cutler

## MISSION STATEMENT

Clients require an edge to succeed in a competitive world. Dorsey helps them gain that edge by applying superb legal expertise with practical wisdom and a deep understanding of our clients' businesses and industries.

We serve clients in nearly all industries, but focus on six in which we have great depth and a history of client success. Our banking, energy, food and agribusiness, health care, mining and natural resources and public-private project development industry groups serve these industries across geographies and practice areas, keeping them at the cutting edge of industry trends and sharing collective experience and expertise.

Community is a Dorsey core value, whether we are helping the underprivileged gain access to our legal system through pro bono work, providing financial support to charitable organizations or devoting time to volunteer service. We partner with clients to serve our communities together. We are a 1993 charter signatory of the ABA Law Firm Pro Bono Challenge, which asks firms to contribute 3% of billable hours to pro bono work. We have exceeded the Challenge every year.

We also strive to strengthen the quality of our workplace through diversity and inclusion. Dorsey has been named a Gold Standard Firm by the Women in Law Empowerment Forum and a "Best Law Firm for Women" by Working

Mother & Flex-Time Lawyers. The Firm has also consistently received a 100% ranking on the Human Rights Campaign's annual Corporate Equality Index, which measures employer performance in ensuring fair and open workplaces for LGBT employees and consumers.

## DIVERSITY & INCLUSION STATEMENT

We Are Committed to Being an Inclusive Organization that Values Diverse Backgrounds, Perspectives and Contributions.

Dorsey understands the strength that comes from a diverse and inclusive workplace. It contributes to the success of our people and our clients and enriches our experience. Dorsey provides each individual an equal opportunity to succeed and contribute, regardless of gender, race, ethnicity, national origin, sexual orientation, gender identity or expression or physical ability.

We believe that everyone should feel at home and part of the Firm's community. One of Dorsey's greatest strengths is a friendly, cooperative culture that values and appreciates each individual.

"Diversity is not a numbers game. It's an active, intentional process to incorporate the needs and viewpoints of diverse communities into all aspects of the Firm." –Cornell Leverette Moore, Firm-wide Diversity Co-Chair.

"This is a people business. For the people of Dorsey to best contribute to our clients' successes, we must bring together diverse backgrounds and life experiences that reflect the communities and clients we serve." –Rebecca Bernhard, Firm-wide Diversity Co-Chair.

## AREAS OF PRACTICE

Agricultural Law
Antitrust and Trade Regulation
Appellate Practice
Aviation/Aerospace
Banking/Finance
Bankruptcy and Business Restructuring
Biotechnology
Business Litigation
Business/Corporate
Casinos and Gambling
Class Actions
Construction Law
Employment/Employee Benefits
Energy/Environmental/Regulated Industry
Financial Services/Institutions
Franchise/Franchising
Government Regulation/Government Affairs

Exhibit D
Donald Chance Mark, Jr., Decl.

Health Care/Life Sciences
Immigration
Indian Law
Intellectual Property
International Law/Trade
Labor and Employment Law
Litigation
Mergers and Acquisitions
Municipal/Local Government
Natural Resources
Nonprofit/Charitable Organizations
Patents/Trademarks
Private Equity, Emerging Growth and Venture
Capital
Real Estate Law
Tax/Benefits/ERISA
Technology and Licensing
Trust and Estates
White Collar Crime

**IMPORTANT CONTACTS**

Kenneth L. Cutler
Managing Partner
cutler.ken@dorsey .com

B. Andrew Brown
Partner, Management Committee
brown.andrew@dorsey.com

Sandra Edelman
Partner, Management Committee
edelman.sandra@dorsey.com

Annette W. Jarvis
Partner, Management Committee
jarvis.annette@dorsey.com

Randal Jones
Partner, Management Committee
jones.randal@dorsey.com

Steven Khadavi
Partner, Management Committee
khadavi.steven@dorsey.com

Robert A. Rosenbaum
Partner, Management Committee
rosenbaum.robert@dorsey.com

William R. Stoeri
Partner, Management Committee
stoeri.bill@dorsey.com

**MARKETING DIRECTOR**

Bryn Vaaler
vaaler.bryn@dorsey.com

**Total Number of Lawyers: 194**
**Number of Female Lawyers: 69**
**Number of Male Lawyers: 125**
**Number of Minority Lawyers: 12**
**Total Number of Equity Partners: 75**
**Number of Female Equity Partners: 16**
**Number of Male Equity Partners: 59**
**Number of Minority Equity Partners: 1**
**Total Number of Attorneys (Worldwide):
503**
**Total Number of New Hires in 2017: 14**
**Number of New Female Hires in 2017: 1**
**Number of New Male Hires in 2017: 13**
**Number of New Minority Hires in 2017: 1**
**Total Number of Elevations in 2017: 6**
**Number of Female Elevations in 2017: 4**
**Number of Male Elevations in 2017: 2**
**Number of Minority Elevations in 2017: 0**
**Total Number of Departures in 2017: 21**
**Number of Female Departures in 2017: 10**
**Number of Male Departures in 2017: 11**
**Number of Minority Departures in 2017: 2**
**Number of "Of Counsel" Lawyers: 20**
**Number of Paralegals: 37**
**Number of Non-Paralegal Support Staff:
277**
**Annual Billable Hours Expected of
Associates: 1,850 of which 50 can be pro
bono**
**Associates' Starting Salary as of January
1st, 2017: Varies by office**
**Total Number of Annual Hours Devoted to
Pro Bono Representation: 35,222**
**Company Dress Code: Fridays casual only**
**Length of Paid Family Leave: 8 weeks paid
parental leave — attorneys only**
**Flextime for Lawyers: Yes**
**Part-time Lawyers: Yes**
**Telecommuting for Lawyers: Yes**
**Flextime for Staff: Yes**
**Part-time Staff: Yes**
**Telecommuting for Staff: Yes**

*CONTINUED ON PAGE 8*

Exhibit D
Donald Chance Mark, Jr., Decl.

**4**



**168 Lawyers**

## GRAY PLANT MOOTY

80 South 8th Street
500 IDS Center
Minneapolis, Minnesota 55402
United States
612-632-3000
www.gpmlaw.com
Founded: 1866

### MANAGING PARTNERS




Sarah Duniway          Charlie Maier

### MISSION STATEMENT

Gray Plant Mooty is the oldest law practice
founded in Minnesota – and one of the most
influential. Founded in 1866 by Charles Woods
as a one-man firm specializing in local real estate,
the practice has grown to become a full-service,
corporate law firm of more than 185 attorneys
with offices in Minneapolis and St. Cloud, Minn.;
Washington, D.C.; and Fargo, N.D. Gray Plant
Mooty has served clients for more than 150
years and built an award-winning reputation
for legal excellence and a solid commitment
to community.

### AREAS OF PRACTICE

Agricultural Law
Alternative Dispute Resolution
Antitrust and Trade Regulation
Banking/Finance, Bankruptcy Litigation
Bankruptcy and Business Restructuring
Biotechnology
Business Litigation
Business/Corporate
Class Actions
Commercial Finance and Transactions
Construction Law
Education
Employment/Employee Benefits

Energy/Environmental/Regulated Industry
Family Law, Financial
Services/Institutions
Franchise/Franchising
Government Regulation/Government Affairs
Health Care/Life Sciences
Intellectual Property
International Law/Trade
Labor and Employment Law
Litigation
Mergers and Acquisitions
Nonprofit/Charitable Organizations
Patents/Trademarks
Private Equity, Emerging, Growth
  and Venture Capital
Product Liability
Real Estate Law
Securities and Finance
Tax, Benefits/ERISA
Tax Law
Technology and Licensing
Trust and Estates
White Collar Crime

### IMPORTANT CONTACTS

Sarah Duniway, Principal
sarah.duniway@gpmlaw.com

Charles K. Maier, Principal
charles.maier@gpmlaw.com

Wade T. Anderson, Principal
wade.anderson@gpmlaw.com

David C. Bahls, Principal
david.bahls@gpmlaw.com

Jennifer Reedstrom Bishop, Principal
jennifer.bishop@gpmlaw.com

Jennifer Debrow, Principal
jennifer.debrow@gpmlaw.com

Steven B. Kutscheid, Principal
steven.kutscheid@gpmlaw.com

Michael P. Sullivan Jr., Principal
michael.sullivan@gpmlaw.com

Robert Zisk, Principal
robert.zisk@gpmlaw.com

### MARKETING DIRECTOR

Kelly Klopotek
kelly.klopotek@gpmlaw.com

**Number of lawyers: 168**
**Number of female lawyers: 64**
**Number of male lawyers: 104**
**Number of minority lawyers: 11**

Exhibit D
Donald Chance Mark, Jr., Decl.

**Number of equity partners: 94**
**Number of female equity partners: 27**
**Number of male equity partners: 67**
**Number of attorneys (worldwide): 186**
**Number of new hires in 2017: 19**
**Number of new female hires in 2017: 10**
**Number of new male hires in  2017: 9**
**Number of elevations in 2017: 2**
**Number of female elevations in 2017: 1**
**Number of male elevations in 2017: 1**
**Number of departures in 2017: 11**
**Number of female departures in 2017: 7**
**Number of male departures in 2017: 4**
**Number of paralegals: 25**
**Number of Non-Paralegal**
**Support Staff: 139**
**Annual Billable Hours Expected**
**of Associates: 1750**
**Associates' Starting Salary as**
**of January 1st, 2017: 120,000**
**Company Dress Code: Business**
**casual dress policy**
**Length of Paid Family Leave: 16 weeks**
**Flextime for Lawyers: Yes**
**Part-time Lawyers: Yes**
**Telecommuting for Lawyers: Yes**
**Flextime for Staff: Yes**
**Part-time Staff: Yes**
**Telecommuting for Staff: Yes**

**Number of female departures in 2017: 7**
**Number of male departures in 2017: 4**
**Number of minority departures in 2017: 1**
**Number of "Of Counsel" lawyers: 11**
**Number of paralegals: 12**
**Number of non-paralegal support staff: 63**
**Annual billable hours expected of associates: 1,850 (of which 100 can be pro bono)**
**Associates' starting salary as of Jan. 1, 2017: $120,000**

## 5

**156 Lawyers**

### STINSON LEONARD STREET LLP

150 South Fifth Street
Suite 2600
Minneapolis, MN 55402
612-335-1500

**Number of lawyers (MN only):  156**
**Number of female lawyers: 51**
**Number of male lawyers: 105**
**Number of Minority Lawyers: 10**
**Number of equity partners: 92**
**Number of female equity partners: 21**
**Number of male equity partners: 71**
**Number of minority equity partners: 5**
**Total attorneys (worldwide): 458**
**Total Number of New Hires in 2017: 15**
**Number of new female hires in 2017: 8**
**Number of new male hires in 2017: 7**
**Number of new minority hires in 2017: 3**
**Total Number of elevations in 2017: 7**
**Number of female elevations in 2017: 4**
**Number of male elevations in 2017: 3**
**Number of minority elevations in 2017: 2**
**Total number of departures in 2017 : 11**

## 6

**147 Lawyers**



### BRIGGS AND MORGAN, P.A.

2200 IDS Center
80 South 8th Stre et
Minneapolis, MN 55402
United States
612-977-8400
www.briggs.com
Founded: 1882

**MANAGING PARTNER**



Greg Stenmoe

**MISSION STATEMENT**

Briggs and Morgan, P.A. is an esteemed law firm of 150 business-minded attorneys and has earned a reputation as a trusted name in high-stakes litigation services in the Midwest and across the country. As an independent law firm, Briggs possesses the agility and skill to craft creative solutions to clients' needs. The firm's attorneys take the time to understand clients' businesses and deliver insightful legal counsel , efficient service and exceptional results. With 135 years in the Twin Cities community, attorneys at the firm have seen first-hand and contributed to the unique position and promise of Minnesota businesses. Briggs attorneys represent many of the state's most high-profile organizations, as well as scores of *CONTINUED ON PAGE 10*

Exhibit D
Donald Chance Mark, Jr., Decl.

other businesses — from start-ups to non-profits to middle-market up-and-comers and Fortune 500s. Thanks to a tradition of responsiveness, common sense, straight talk and honest answers, Briggs ranks among The NLJ 500 as one of the nation's largest firms and has received numerous accolades. These include recognition by Corporate Counsel and top clients as a Go-To Law Firm® in the areas of Torts Litigation, Securities, and Labor and Employment, publication in the Best Lawyers in America©, and high rankings in Chambers USA, a leading research publication in the legal industry.

## DIVERSITY & INCLUSION STATEMENT

Briggs is committed to attracting, retaining and promoting attorneys and staff who reflect the community we serve and fostering an environment where all employees feel supported, encouraged and welcomed in the many ways they bring diversity to the firm. The Briggs Diversity Committee works with the management committee to develop and drive diversity strategies and programs.

## AREAS OF PRACTICE

Administrative
Alternative Dispute Resolution
Antitrust and Trade Regulation
Appellate Practice
Banking/Finance
Bankruptcy Litigation
Bankruptcy and Business Restructuring
Business Litigation
Business/Corporate
Class Actions
Commercial Finance and Transactions
Construction Law
Education
Employment/Employee Benefits
Energy/Environmental/Regulated Industry
Financial Services/Institutions
Franchise/Franchising
Health Care/Life Sciences
Intellectual Property
Labor and Employment Law
Litigation
Mergers and Acquisitions
Municipal/Local Government
Nonprofit/Charitable Organizations
Patents/Trademarks
Personal Injury
Private Equity, Emerging Growth and Venture Capital

Product Liability
Public Utilities Law
Railroad Law
Real Estate Law
Securities and Finance
Sports and Entertainment
Subrogation
Tax/Benefits/ERISA
Tax Law
Transportation
Toxic Tort and Mass Tort Litigation
Trust and Estates

## IMPORTANT CONTACTS

Greg Stenmoe, Managing Partner, President
gstenmoe@briggs.com

Ann Rainhart, Executive Director
arainhart@briggs.com

Steve Ryan, Chair
sryan@briggs.com

## MARKETING DIRECTOR

Katie Genereux
kgenereux@briggs.com

Total Number of Lawyers: **147**
Number of Female Lawyers: **44**
Number of Male Lawyers: **93**
Number of Minority Lawyers: **8**
Total Number of Equity Partners: **107**
Number of Female Equity Partners: **32**
Number of Male Equity Partners: **75**
Number of Minority Equity Partners: **2**
Total Number of Attorneys
   (Worldwide): **147**
Total Number of New Hires in 2017: **8**
Number of New Female Hires in 2017: **4**
Number of New Male Hires in 2017: **4**
Number of New Minority Hires in 2017: **0**
Total Number of Elevations in 2017: **5**
Number of Female Elevations in 2017: **4**
Number of Male Elevations in 2017: **1**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **8**
Number of Female Departures in 2017: **2**
Number of Male Departures in 2017: **6**
Number of Minority Departures in 2017: **1**
Number of "Of Counsel" Lawyers: **10**
Number of Paralegals: **22**
Number of Non-Paralegal
   Support Staff: **113**
Hourly Billable rates: **$240-$690**
Annual Billable Hours Expected

Exhibit D
Donald Chance Mark, Jr., Decl.

of Associates: **1,800**
Associates' Starting Salary
as of January 1st, 2017: **$120,000**
Total Number of Annual Hours Devoted
to Pro Bono Representation: **5,089**
Length of Paid Family Leave: **Paid parental leave for birth mothers begins after first completing short-term disability leave for the birth of a child - providing a total of 16-18 weeks of paid time off. Fathers and adopting parents receive a total of 10 weeks.**
Flextime for Lawyers: **Yes**
Part-time Lawyers: **Yes**
Telecommuting for Lawyers: **Yes**
Flextime for Staff: **Yes**
Telecommuting for Staff: **Yes**
Company Dress Code: **Business casual dress policy**

# 7

**139 Lawyers**

**ROBINS KAPLAN LLP**
800 LaSalle Ave
Suite 2800
Minneapolis, MN 55402
United States
612-349-8500

Number of lawyers (MN only): **139**
Total Number of equity partners: **45**
Total Number of Attorneys (Worldwide):
**237**
Total Number of new hires in 2017: **22**
Number of "Of Counsel" lawyers: **17**
Number of paralegals: **32**
Number of non-paralegal support staff:
**214**

# 8

**137 Lawyers**



**WINTHROP & WEINSTINE, P.A.**
225 South Sixth Street
Ste 3500
Minneapolis, MN 55402
United States
612-604-6400
www.winthrop.com
Founded: 1979

**MANAGING PARTNER**



Scott J. Dongoske

**MISSION STATEMENT**
Winthrop & Weinstine is a business law firm of more than 135 creative attorneys with a deliberate culture of enterprise and fresh thinking. Located in Minneapolis, MN and with a national reach, our lawyers practice in more than fifty areas of law to move business forward. We deliver service, smart perspectives and practical outcomes to put the law to work for you. Visit us and start a conversation at www.winthrop.com.

**DIVERSITY & INCLUSION STATEMENT**
Diversity and inclusion are central values of Winthrop & Weinstine, P.A. We are committed to building a diverse workforce of talented individuals who will help us continue to put people first, build strong relationships and discover new ways to serve our clients' interests. Our goals: Continue to build a diverse team of talented individuals, each with their own unique backgrounds and experiences. Provide educational opportunities to enrich our knowledge and appreciation of diversity. Establish relationships and business connections that take advantage of the diverse community in which we live. Become a strong and connected member of the greater Twin Cities Community.

**AREAS OF PRACTICE**
Administrative
Affordable Housing
Agricultural Law
Alcoholic Beverages Law
Alternative Dispute Resolution
Antitrust and Trade Regulation
Appellate Practice
Banking/Finance
Bankruptcy Litigation
Biotechnology
Business Litigation
Business/Corporate
Casinos and Gambling
Commercial Finance and Transactions

*CONTINUED ON PAGE 12*

Exhibit D
Donald Chance Mark, Jr., Decl.

Construction Law
Elder Law
Election, Campaign and Political Law
Employment/Employee Benefits
Energy/Environmental/Regulated Industry
False Claims Act/Qui Tam Litigation
Financial Services/Institutions
Franchise/Franchising
Government Regulation/Government Affairs
Health Care/Life Sciences
Indian Law
Intellectual Property
Labor and Employment Law
Litigation
Mergers and Acquisitions
Municipal/Local Government
Natural Resources
Nonprofit/Charitable Organizations
Patents/Trademarks
Private Equity, Emerging Growth and Venture
Capital
Product Liability
Public Utilities Law
Real Estate Law
Securities and Finance
Tax/Benefits/ERISA
Tax Law
Technology and Licensing
Trust and Estates

**IMPORTANT CONTACTS**

David M. Aafedt
Shareholder & Board Member
daafedt@winthrop.com

Tammera R. Diehm
Shareholder & Board Member
tdiehm@winthrop.com

Scott J. Dongoske
Shareholder, Board Member & President
sdongoske@winthrop.com

Jon J. Hoganson
Shareholder & Board Member
jhoganson@winthrop.com

Norman L. Jones III
Shareholder & Board Member
njones@winthrop.com

Matthew R. McBride
Shareholder & Board Member
mmcbride@winthrop.com

Devan V. Padmanabhan
Shareholder & Board Member
dpadmanabhan@winthrop.com

Todd B. Urness
Shareholder & Board Member
turness@winthrop.com

Robert R. Weinstine, Shareholder, Board
Member & Founding Partner
rweinstine@winthrop.com

Gretchen L. Milbrath, Director of Business
Development and Marketing
gmilbrath@winthrop.com

**MARKETING DIRECTOR**
Gretchen Milbrath
gmilbrath@winthrop.com

Total Number of Lawyers: **137**
Number of Female Lawyers: **40**
Number of Male Lawyers: **97**
Number of Minority Lawyers: **11**
Total Number of Equity Partners: **46**
Number of Female Equity Partners: **5**
Number of Male Equity Partners: **41**
Number of Minority Equity Partners: **4**
Total Number of Attorneys (Worldwide): **137**
Total Number of New Hires in 2017: **15**
Number of New Female Hires in 2017: **7**
Number of New Male Hires in 2017: **8**
Number of New Minority Hires in 2017: **1**
Total Number of Elevations in 2017: **5**
Number of Male Elevations in 2017: **4**
Number of Female Elevations in 2017: **1**
Number of Minority Elevations in 2017: **1**
Total Number of Departures in 2017: **8**
Number of Female Departures in 2017: **1**
Number of Male Departures in 2017: **7**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **1**
Number of Paralegals: **15**
Number of Non-Paralegal Support Staff:
**106**
Annual Billable Hours Expected of
Associates: **1,800**
Associates' Starting Salary as of January
1st, 2017: **125,000**
Company Dress Code: **Business casual
dress policy**
Flextime for Lawyers: **Yes**
Part-time Lawyers: **Yes**
Telecommuting for Lawyers: **Yes**
Flextime for Staff: **Yes**
Part-time Staff: **Yes**
Telecommuting for Staff: **No**
Unique Benefits: **Emergency Backup
Daycare/Paid Short-Term Disability/
Firm HSA Contributions**

Exhibit D
Donald Chance Mark, Jr., Decl.

# 9

**95 Lawyers**

**LINDQUIST & VENNUM LLP**
80 S 8th Street
Ste 2000
Minneapolis, MN 55402
United States
612-371-3211

**MARKETING DIRECTOR'S NAME:**
Andrea Wood
awood@lindquist.com

Total Number of lawyers: **95**
Number of female lawyers: **37**
Number of male lawyers: **58**
Number of minority lawyers: **3**
Total Number of equity partners: **63**
Number of female equity partners: **20**
Number of male equity partners: **43**
Number of minority equity partners: **2**
Total attorneys (worldwide): **140**
Total Number of new hires in 2017: **6**
Number of new female hires in 2017: **2**
Number of new male hires in 2017: **4**
Number of new minority hires in 2017: **1**
Total Number of elevations in 2017: **4**
Number of female elevation in 2017: **2**
Number of male elevation in 2017: **2**
Number of minority elevation in 2017: **1**
Total Number of Departures in 2017: **6**
Number of Female Departures in 2017: **2**
Number of Male Departures in 2017: **4**
Number of Minority Departures in 2017: **2**
Number of "of counsel" lawyers: **12**
Number of paralegals: **12**
Number of non-paralegal support staff: **75**
Hourly Billing Rate(s): **$185-$695 (2017) $285-$710 (2018)**
Annual Billable Hours Expected of Associates: **1750 (2017) 1900 (2018)**
Associates' starting salary: **$120,000 (2017) $140,000 (2018)**

# 10

**77 Lawyers**

**FOX ROTHSCHILD LLP**
Campbell Mithun Tower
222 South Ninth St.
Suite 2000
Minneapolis, MN 55402
United States
612-607-7000

**MARKETING DIRECTOR**
Trish Lilley

marketing@foxrothschild.com

Total Number of lawyers: **77**
Number of female lawyers: **29**
Number of male lawyers: **48**
Number of Minority Lawyers: **7**
Number of equity partners: **41**
Number of female equity partners: **12**
Number of male equity partners: **29**
Number of Minority Equity Partners: **2**
Total attorneys (worldwide): **813**
Number of new hires in 2017: **12**
Number of new female hires in 2017: **6**
Number of new male hires in 2017: **6**
Number of New Minority Hires in 2017: **2**
Number of "of counsel" lawyers: **11**
Number of paralegals: **5**
Number of non-paralegal support staff: **49**
Hourly Billing Rate(s): **$295 - $370**
Annual Billable Hours Expected of Associates: **1850**
Associates' starting salary as of Jan. 1, 2017: **$ 125,000**

# 11

**76 Lawyers**



**LARKIN HOFFMAN**
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437
United States
952-896-3344
larkinhoffman.com
Founded: 1958

**PRESIDENT**



William C. Griffith

**MISSION STATEMENT**
Larkin Hoffman is a full-service business law firm with over 20 areas of practice. For over five

*CONTINUED ON PAGE 14*

Exhibit D
Donald Chance Mark, Jr., Decl.

decades, the firm has thrived as an independent, entrepreneurial enterprise and is committed to that model for the future. To better serve our clients, the firm is located outside of downtown, in the Normandale Lake Office Park. We embrace technology and progressive policies to allow our professionals the greatest flexibility in running their practices and serving our clients.

The firm has an aggressive diversity program and has had women serve in leadership roles, both in management and business development, for decades. We were one of the first firms with a female president and the first to launch a women's networking event. We are also very proud of our long history of caring for those in need through community service and pro bono representation.

## DIVERSITY & INCLUSION STATEMENT

The firm considers it critical to maintain an attractive environment for professionals as diverse as the world in which we live and the clients we serve. A diverse workforce provides insights and understanding of our clients' needs, allowing us to serve them better. It also generates creativity and infuses us with new ideas and approaches. Differences in opinion, background, and belief make us more dynamic and better equipped to work with all types of clients and all types of businesses.

## AREAS OF PRACTICE

Franchise/Franchising
Government Regulation/Government Affairs
Intellectual Property
Litigation
Real Estate Law

## MARKETING DIRECTOR

Greg Wolsky
gwolsky@larkinhoffman.com

Total Number of Lawyers: **74**
Number of Female Lawyers: **18**
Number of Male Lawyers: **56**
Number of Minority Lawyers: **3**
Total Number of Equity Partners: **49**
Number of Female Equity Partners: **8**
Number of Male Equity Partners: **41**
Number of Minority Equity Partners: **0**
Total Number of Attorneys (Worldwide): **74**
Total Number of New Hires in 2017: **1**
Total Number of New Hires in 2017: **3**
Number of New Female Hires in 2017: **2**
Number of New Male Hires in 2017: **1**
Number of New Minority Hires in 2017: **1**

Total Number of Elevations in 2017: **1**
Number of Female Elevations in 2017: **1**
Number of Male Elevations in 2017: **0**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **3**
Number of Female Departures in 2017: **1**
Number of Male Departures in 2017: **2**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **4**
Number of Paralegals: **11**
Number of Non-Paralegal Support Staff: **63**
Annual Billable Hours Expected
 of Associates: **1800**
Associates' Starting Salary
 as of January 1st, 2017: **$110,000**
Total Number of Annual Hours Devoted
 to Pro Bono Representation: **750-1000**
Company Dress Code: **Business casual
 dress policy**
Length of Paid Family Leave: **8-12 weeks**
Flextime for Lawyers: **Yes**
Part-time Lawyers: **Yes**
Telecommuting for Lawyers: **Yes**

## UNIQUE BENEFITS:

The firm offers an extensive benefits package to all employees. We have an associate development, mentoring and coaching program and allow billable hour credit for pro bono and marketing projects. We encourage and provide recognition for both service to the firm and to the community.

# 12
**75 Lawyers**

**MASLON LLP**
90 South Seventh Street
3300 Wells Fargo Center
United States
Minneapolis, MN 55402
612-672-8200

## MARKETING DIRECTOR

Pamela Roemer
pamela.roemer@maslon.com

Number of lawyers (MN only): **75**
Number of female lawyers: **26**
Number of male lawyers: **49**
Number of Minority Lawyers: **7**
Number of equity partners: **30**
Number of female equity partners: **11**
Number of male equity partners: **30**
Number of Minority Equity Partners: **3**
Total attorneys (worldwide): **75**

Exhibit D
Donald Chance Mark, Jr., Decl.

Total Number of new hires in **2017: 6**
Number of new female hires in **2017: 2**
Number of New Minority Hires in **2017: 0**
Number of new male hires in **2017: 4**
Number of elevations in **2017: 0**
Number of departures in **2017: 6**
Number of Female Departures in **2017: 4**
Number of Male Departures in **2017: 2**
Number of Minority Departures in **2017: 1**
Number of "of counsel" lawyers: **12**
Number of paralegals: **16**
Number of non-paralegal support staff: **52**
Annual billable hours expected of associates: **1,800**
Associates' starting salary as of Jan. 1, **2017: $120,000**

## 13
**71 Lawyers**

**MOSS & BARNETT**
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402
612-877-5000

**MARKETING DIRECTOR**
Deborah J. Weinstock
deb.weinstock@lawmoss.com

Total Number of lawyers: **71**
Number of equity partners: **45**
Total attorneys (worldwide): **71**
Total Number of new hires in **2017: 12**
Total Number of Elevations in **2017: 3**
Number of "Of Counsel" Lawyers: **2**
Number of Paralegals: **22**

## 14
**62 Lawyers**

**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street
Suite 4400
Minneapolis, MN 55402
612-338-0661

Number of lawyers (MN only): **62**
Number of female lawyers (MN only): **29**
Number of male lawyers (MN only): **33**
Number of equity partners (MN only): **21**
Number of female equity partners (MN only): **7**
Number of male equity partners (MN only): **14**
Total attorneys (worldwide): **77**
Number of paralegals (MN only): **7**

## 15
**60 Lawyers**

**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
United States
612-336-4641

**MARKETING DIRECTOR**
Misty Borg Misterek
mborgmisterek@merchantgould.com

Total Number of lawyers (MN only): **60**
Number of female lawyers: **15**
Number of male lawyers: **45**
Number of Minority Lawyers: **7**
Number of equity partners: **24**
Number of female equity partners: **4**
Number of male equity partners: **20**
Number of Minority Equity Partners: **0**
Total attorneys (worldwide): **105**
Number of new hires in **2017: 6**
Number of new female hires in **2017: 3**
Number of new male hires in **2017: 3**
Number of New Minority Hires in **2017: 0**
Total Number of elevations in **2017: 3**
Number of female elevations in **2017: 1**
Number of Male Elevations in **2017: 2**
Number of Minority Elevations in **2017: 0**
Total Number of departures in **2017: 8**
Number of Female Departures in **2017: 2**
Number of Male Departures in **2017: 6**
Number of Minority Departures in **2017: 3**
Number of "Of Counsel" lawyers: **4**
Number of paralegals: **10**
Number of non-paralegal support staff: **110**

## 15
**60 Lawyers**

**MESSERLI KRAMER**
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
United States
612-672-3600

**MARKETING DIRECTOR**
Jennifer Smith
jsmith@messerlikramer.com

Total Number of Lawyers: **60**
Total Number of Equity Partners: **25**
Total Number of New Hires in **2017: 104**
Number of Paralegals: **11**

*CONTINUED ON PAGE 16*

Exhibit D
Donald Chance Mark, Jr., Decl.

# 17
**59 Lawyers**

**SCHWEGMAN LUNDBERG & WOESSNER**
121 South 8th Street
1600 TCF Tower
Minneapolis, MN
United States
612-371-2143

**MARKETING DIRECTOR**
Bryan Ness
bness@slwip.com

**Total Number of Lawyers: 59**
**Total Number of Equity Partners: 19**
**Total Number of New Hires in 2017: 10**
**Number of Paralegals: 24**

# 18
**57 Lawyers**



**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
United States
952-941-4005
hjlawfirm.com
Founded: 1994

**MANAGING PARTNER**



Chad A. Johnson

**AREAS OF PRACTICE**
Agricultural Law
Alternative Dispute Resolution
Antitrust and Trade Regulation
Appellate Practice
Banking/Finance
Bankruptcy Litigation
Bankruptcy and Business Restructuring
Business Litigation
Business/Corporate
Class Actions
Collections
Commercial Finance and Transactions

Construction Law
Employment/Employee Benefits
Financial Services/Institutions
Franchise/Franchising
Health Care/Life Sciences
Intellectual Property
Labor and Employment Law
Litigation
Medical Malpractice
Mergers and Acquisitions
Municipal/Local Government
Patents/Trademarks
Personal Injury
Private Equity, Emerging Growth and Venture Capital
Product Liability
Real Estate Law
Securities and Finance
Sports and Entertainment
Subrogation
Tax/Benefits/ERISA
Technology and Licensing
Trust and Estates
Workers' Compensation

**MARKETING DIRECTOR**
Antoine LaFromboise
alafromboise@hjlawfirm.com

**Number of lawyers: 57**
**Number of female lawyers: 11**
**Number of male lawyers: 46**
**Number of minority lawyers: 5**
**Number of equity partners: 11**
**Number of new hires in 2017: 6**
**Number of "Of Counsel" lawyers: 2**
**Number of paralegals: 11**
**Number of paralegal support staff: 40**
**Flextime for lawyers: Yes**
**Telecommuting for lawyers: Yes**

# 19
**56 Lawyers**

**NILAN JOHNSON LEWIS**
120 South 6th Street,
Suite 400
Minneapolis, MN 55402
United States
612-305-7500

**MARKETING DIRECTOR**
Jenna Gruen
jgruen@nilanjohnson.com

Exhibit D
Donald Chance Mark, Jr., Decl.

**Total Number of Lawyers: 56**
**Number of Female Lawyers: 24**
**Number of Male Lawyers: 32**
**Number of Minority Lawyers: 5**
**Total Number of Equity Partners: 27**
**Number of Female Equity Partners: 10**
**Number of Male Equity Partners: 17**
**Number of Minority Equity Partners: 2**
**Total Number of Attorneys (Worldwide): 56**
**Total Number of New Hires in 2017: 3**
**Number of New Female Hires in 2017: 1**
**Number of New Male Hires in 2017: 2**
**Number of New Minority Hires in 2017: 1**
**Total Number of Elevations in 2017: 1**
**Number of Female Elevations in 2017: 1**
**Number of Male Elevations in 2017: 0**
**Number of Minority Elevations in 2017: 0**
**Total Number of Departures in 2017: 2**
**Number of Female Departures in 2017: 2**
**Number of Male Departures in 2017: 0**
**Number of Minority Departures in 2017: 0**
**Number of "Of Counsel" Lawyers: 5**
**Number of Paralegals: 6**
**Number of Non-Paralegal Support Staff: 39**

## 20

**55 Lawyers**

**FELHABER LARSON, P.A.**
220 South Sixth St. Suite 2200 Minneapolis, MN 55402
612-339-6321
Founded: 1943

**Number of lawyers (MN only): 55**
**Number of equity partners (MN only): 29**
**Number of paralegals (MN only): 6**

## 21

**51 Lawyers**

BASSFORD REMELE

**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
United States
612-333-3000
www.bassford.com
Founded: 1882

**MANAGING PARTNER**



Robin Ann Williams

**MISSION STATEMENT**

Bassford Remele is in the business of meeting legal challenges. Our lawyers practice solely in litigation, and with more than 50 trial lawyers, Bassford Remele matches the firepower of the largest litigation groups in our region.

Bassford Remele lawyers have a depth of experience in various industry areas including agribusiness, health care, and technology, as well as many others, and have built strong relationships with business leaders across all sectors. Our focused experience in and understanding of business trends and client needs, partnered with our litigation muscle, brings valuable insight to resolving the most complex legal challenges.

Bassford Remele proudly serves as local and national counsel for many major corporations and Fortune 500 Companies and is a go-to litigation firm representing local, national, and international clients in state and federal courts across the region. When businesses seek solutions to their legal challenges—from the conference room to the courtroom—they seek Bassford Remele.

**AREAS OF PRACTICE**

Affordable Housing
Agricultural Law
Alternative Dispute Resolution
Antitrust and Trade Regulation
Appellate Practice
Banking/Finance
Bankruptcy Litigation
Business Litigation
Class Actions
Commercial Finance and Transactions
Construction Law
Consumer Law
Employment/Employee Benefits
Financial Services/Institutions
Health Care/Life Sciences
Intellectual Property
Labor and Employment Law

*CONTINUED ON PAGE 18*

Exhibit D
Donald Chance Mark, Jr., Decl.

Medical Malpractice
Nonprofit/Charitable Organizations
Product Liability
Professional Liability
Real Estate Law
Tax/Benefits/ERISA
Toxic Tort and Mass Tort Litigation
Trust and Estates

**BOARD OF DIRECTORS**
Edward F. Fox, Chief Executive Officer
efox@bassford.com

Robin Ann Williams, Chief Operating Officer
rwilliams@bassford.com

Christopher R. Morris, Chief Financial Officer
cmorris@bass ford.com

Kelly A. Putney, kputney@bassford.com

Mark R. Bradford, mbradford@bassford.com

**MARKETING DIRECTOR**
Janet Nelson
jnelson@bassford.com

Total Number of Lawyers: **51**
Number of Female Lawyers: **20**
Number of Male Lawyers: **31**
Number of Minority Lawyers: **4**
Total Number of Equity Partners: **32**
Number of Female Equity Partners: **9**
Number of Male Equity Partners: **23**
Number of Minority Equity Partners: **2**
Total Number of New Hires in 2017: **4**
Total Number of Elevations in 2017: **2**
Number of Female Elevations in 2017: **1**
Number of Male Elevations in 2017: **1**
Number of Minority Elevations in 2017: **1**
Number of Paralegals: **3**
Length of Paid Family Leave: **12 weeks**
Flextime for Lawyers: **Yes**
Part-time Lawyers: **Yes**
Telecommuting for Lawyers: **Yes**
Unique Benefits: **Paid back-up childcare**

## 22
**48 Lawyers**

**ARTHUR CHAPMAN KETTERING SMETAK & PIKALA, P.A.**
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
612-339-3500

Number of lawyers (MN only): **48**
Number of female lawyers (MN only): **17**

Number of male lawyers (MN only): **32**
Number of equity partners (MN only): **26**
Number of female equity partners (MN only): **9**
Number of male equity partners (MN only): **17**
Total attorneys (worldwide): **50**
Number of "of counsel" lawyers (MN only): **1**
Number of paralegals (MN only): **23**
Number of non-paralegal support staff (MN only): **33**
Number of minority lawyers (MN only): **2**
Number of minority lawyers (partners - MN only): **0**
Number of minority lawyers (non-partners - MN only): **2**

## 23
**46 Lawyers**

**SHUMAKER & SIEFFERT, P.A.**
1625 Radio Drive
Suite 100
Woodbury, MN 55125 United States
651-735-1100

**MARKETING DIRECTOR**
Steven J. Shumaker
shumaker@ssiplaw.com

Total Number of Lawyers: **46**
Total Number of Equity Partners: **15**
Total Number of New Hires in 2017: **2**
Number of Paralegals: **27**
Number of Non-Paralegal Support Staff: **7**

## 23
**46 Lawyers**

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2159
612-339-6900

Number of lawyers (MN only, excluding Of Counsel): **46 (22 female, 24 male)**

## 25
**40 Lawyers**

**BEST & FLANAGAN LLP**
60 South Sixth Street
Suite 2700
Minneapolis, MN 55402
612-339-7121

Number of lawyers (MN only): **40**
Number of female lawyers (MN only): **12**
Number of male lawyers (MN only): **28**

Exhibit D
Donald Chance Mark, Jr., Decl.

**Number of equity partners (MN only): 23**
**Number of female equity partners (MN only): 4**
**Number of male equity partners (MN only): 19**
**Total attorneys (worldwide): 40**
**Number of "Of Counsel" lawyers (MN only): 4**
**Number of paralegals (MN only): 10**
**Number of non-paralegal support staff (MN only): 17**
**Number of minority lawyers (MN only): 3**
**Number of minority lawyers (partners - MN only): 2**
**Number of minority lawyers (non-partners - MN only): 1**



# 26
**37 Lawyers**

## DEWITT MACKALL CROUSE & MOORE S.C.
2100 AT&T Tower
901 Marquette Ave nue
Minneapolis, MN
United States
612-305-1400
www.dewittross.com
Founded: 1903

## MANAGING PARTNERS



Bradley C. Fulton

## MISSION STATEMENT
With experience in more than 30 areas of the law, our team of nearly 140 attorneys embodies the important qualities one should consider when hiring a law firm. We strive to deliver successful, cost-effective legal advice. Whether the client is a family-owned business or a major corporation we understand that budgets, bottom lines and successful outcomes matter. Our attorneys are very conscientious of the fact that our clients need to effectively manage legal expenses.

## DIVERSITY & INCLUSION STATEMENT
At DeWitt, we view diversity not only through the lens of gender, age, race, religion, sexual orientation and more – but also through a multitude of characteristics that make us individually unique. Our attorneys and staff have long embraced diverse opinions, backgrounds, cultural experiences, political affiliations and more. Our culture is one that includes a multi-faceted, multigenerational team that comes together to create positive experiences for our clients and ourselves. DeWitt is a reflection of the unique society around us and our firm actively encourages a culture of inclusiveness which promotes success.

## AREAS OF PRACTICE
Administrative
Agricultural Law
Alternative Dispute Resolution
Antitrust and Trade Regulation
Appellate Practice
Banking/Finance
Bankruptcy Litigation
Bankruptcy and Business Restructuring
Business Litigation
Business/Corporate
Civil Practice/Civil Rights
Commercial Finance and Transactions
Construction Law
Elder Law
Employment/Employee Benefits
Energy/Environmental/Regulated Industry
Family Law
Financial Services/Institutions
General Tort Law
Government Regulation/Government Affairs
Immigration
Intellectual Property
Labor and Employment Law
Litigation
Mergers and Acquisitions
Municipal/Local Government
Patents/Trademarks
Personal Injury
Railroad Law
Real Estate Law
Tax/Benefits/ERISA
Tax Law
Transportation
Trust and Estates

*CONTINUED ON PAGE 20*

Exhibit D
Donald Chance Mark, Jr., Decl.

**MARKETING DIRECTOR**

Michelle Frieman
mmf@dewittross.com

Number of Lawyers: **37**
Number of Female Lawyers: **10**
Number of Male Lawyers: **27**
Number of Minority Lawyers: **1**
Number of Equity Partners: **21**
Number of Equity Female Partners: **3**
Total Number of Attorneys
    (Worldwide): **137**
Total Number of New Hires in 2017: **12**
Number of New Female Hires in 2017: **6**
Number of New Male Hires in 2017: **6**
Number of New Minority Hires in 2017: **1**
Number of Male Departures in 2017: **0**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **9**
Number of Paralegals: **6**
Number of Non-Paralegal
    Support Staff: **21**
Hourly Billable rates: **$200-$500**
Annual Billable Hours Expected
    of Associates: **1,700**
Flextime for Lawyers: **Yes**
Part-time Lawyers: **Yes**
Telecommuting for Lawyers: **Yes**
Flextime for Staff: **Yes**
Telecommuting for Staff: **Yes**
Company Dress Code: **Business
    dress policy**

# 27
**36 Lawyers**

**FISH & RICHARDSON**
3200 RBC Plaza,
60 South Sixth Street
Minneapolis, MN 55402
United States
612-335-5070

**MARKETING DIRECTOR**

Kelly Largey
largey@fr.com

Total Number of Lawyers: **36**
Number of Female Lawyers: **12**
Number of Male Lawyers: **24**
Number of Minority Lawyers: **2**
Total Number of Equity Partners: **16**
Number of Female Equity Partners: **4**
Number of Male Equity Partners: **12**
Number of Minority Equity Partners: **0**
Total Number of Attorneys (Worldwide):

384
Total Number of New Hires in 2017: **3**
Number of New Female Hires in 2017: **3**
Number of New Male Hires in 2017: **0**
Number of New Minority Hires in 2017: **0**
Total Number of Elevations in 2017: **2**
Number of Female Elevations in 2017: **0**
Number of Male Elevations in 2017: **2**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **3**
Number of Female Departures in 2017: **0**
Number of Male Departures in 2017: **3**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **0**
Number of Paralegals: **34**
Number of Non-Paralegal Support Staff:
**224**
Annual Billable Hours Expected of
Associates: **1,900**
Associates' Starting Salary as of January
1, 2017: 180,000

# 27
**36 Lawyers**

**LITTLER MENDELSON**
2301 McGee Street 80 South 8th Street
Minneapolis, MN 55402 United States
612-630-1000

**MARKETING DIRECTOR**

Jen Klein
jklein@littler.com

Total Number of Lawyers:  **36**
Number of Female Lawyers: **15**
Number of Male Lawyers: **21**
Number of Minority Lawyers: **1**
Total Number of Equity Partners: **20**
Number of Female Equity Partners: **7**
Number of Male Equity Partners: **13**
Number of Minority Equity Partners: **0**
Total Number of Attorneys (Worldwide):
**1461**
Total Number of New Hires in 2017: **5**
Number of New Female Hires in 2017: **2**
Number of New Male Hires in 2017: **3**
Number of New Minority Hires in 2017: **0**
Total Number of Elevations in 2017: **0**
Number of Female Elevations in 2017: **0**
Number of Male Elevations in 2017: **0**
Number of Minority Elevations in 2017: **0**
Number of "Of Counsel" Lawyers: **2**
Number of Paralegals: **4**
Number of Non-Paralegal Support Staff: **14**

Exhibit D
Donald Chance Mark, Jr., Decl.

# 27

**36 Lawyers**

**GISLASON & HUNTER**
2700 South Broadway
New Ulm, MN 56073
507-343-3111

Number of lawyers (MN only): **36**
Number of equity partners (MN only): **21**
Total attorneys (worldwide): **37**
Number of new hires in 2016 (males - MN only): **3**
Number of "of counsel" lawyers (MN only): **4**
Number of paralegals (MN only): **14**
Number of non-paralegal staff (MN only): **82**
Number of minority lawyers (MN only): **3 (1 partner and 2 associates)**

# 30

**35 Lawyers**

**FABYANSKE, WESTRA, HART & THOMSON, P.A.**
333 South Seventh Street,
Suite 2600
Minneapolis, MN 55025
United States 612-359-7652

**MARKETING DIRECTOR**
Pete Tass
ptass@fwhtlaw.com

Number of lawyers (MN only): **35**
Number of female lawyers: **7**
Number of male lawyers: **28**
Number of equity partners: **23**
Number of female equity partners: **3**
Number of male equity partners: **20**
Number of new hires in 2017: **3**
Number of new female hires in 2017: **1**
Number of new male hires in 2017: **2**
Number of departures in 2017: **4**
Number of female departures in 2017: **1**
Number of male departures in 2017: **3**
Number of "Of Counsel" lawyers: **4**
Number of paralegals: **3**
Number of non-paralegal support staff: **20**
Hourly Billing Rates: **$205 - $435**
Annual billable hours expected of associates: **1,800**
Associates' starting salary as of Jan. **1, 2017: $120,000**

# 31

**34 Lawyers**

**BOWMAN AND BROOKE LLP**
150 South Fifth Street
Suite 3000
Minneapolis, MN 55402
612-339-8682

**MARKETING DIRECTOR**
Amanda Walsh
amanda.walsh@bowmanandbrooke.com

Number of lawyers (MN only): **35**
Number of Female Lawyers: **15**
Number of Male Lawyers: **20**
Number of Minority Lawyers: **7**
Total Number of Equity Partners: **10**
Number of Female Equity Partners: **3**
Number of Male Equity Partners: **7**
Number of Minority Equity Partners: **1**
Total Number of Attorneys (Worldwide): **190**
Total Number of New Hires in 2017: **17**
Number of New Female Hires in 2017: **10**
Number of New Male Hires in 2017: **7**
Number of New Minority Hires in 2017: **3**
Total Number of Elevations in 2017: **8**
Number of Female Elevations in 2017: **7**
Number of Male Elevations in 2017: **1**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **13**
Number of Female Departures in 2017: **10**
Number of Male Departures in 2017: **3**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **1**
Number of Paralegals: **11**

# 32

**31 Lawyers**

CARLSON CASPERS
Intellectual Property Law

**CARLSON CASPERS**
225 South 6th St., Suite 4200
Minneapolis, MN 55402
United States
612-436-9600
www.carlsoncaspers.com
Founded: 2003

*CONTINUED ON PAGE 22*

Exhibit D
Donald Chance Mark, Jr., Decl.

## MANAGING PARTNERS



Alan G. Carlson



Phillip P. Caspers



J. Derek Vandenburgh

## MISSION STATEMENT

Carlson Caspers is a top-rated Minneapolis-based law firm known for its excellence in intellectual property (IP) litigation and counseling. Founded in 2003, and celebrating its 15th Anniversary in 2018, the 31-lawyer firm serves a range of clients from individuals to Fortune 500 companies, bringing industry knowledge and a real-world business perspective to courtroom challenges with a team that includes scientists, engineers and pharmacists. Recognized by the American College of Trial Lawyers, Chambers USA, Legal 500, Best Lawyers in America and Super Lawyers, Carlson Caspers consistently helps clients achieve positive business results through protection and enforcement of their intellectual property. Carlson Caspers has represented multi-national and U.S.-based clients during early product development — through joint ventures and due diligence work, at trial, and on appeal. Legal services include patent counseling and litigation, appeals, inter partes reviews (IPRs)/Post Grant proceedings, ANDA/Hatch-Waxman counseling and litigation, copyright, trademark, licensing, data privacy and technology, and monetization and transactions strategy and execution. Clients typically participate in industries which require IP for mechanical designs and products; medical devices and technology; pharmaceuticals, biosimilars, and nutraceuticals; polymers, chemicals and compositions; computer hardware and software; telecommunications, wireless communications and the Internet of Things.

## DIVERSITY & INCLUSION STATEMENT

One of Carlson Caspers' core tenets is respect for its clients, colleagues, and communities who represent the diversity of our society. The firm's commitment to inclusion is the foundation for a vibrant work environment and unparalleled client service that comes from varied perspectives in developing strategies and solutions to serve its clients' business goals.

## REPRESENTATIVE CLIENTS

Teva Pharmaceuticals USA, Anchor Wall Systems, Inc., The Toro Company, Pioneer Hi-Bred International, Inc., and CommScope.

## AREAS OF PRACTICE

Alternative Dispute Resolution
Appellate Practice
Biotechnology
Health Care/Life Sciences
Intellectual Property
Patents/Trademarks
Technology and Licensing

## IMPORTANT CONTACTS

Tara C. Norgard, Partner
tnorgard@carlsoncaspers.com

Alan G. Carlson, Partner
acarlson@carlsoncaspers.com

Philip P. Caspers, Partner
pcaspers@carlsoncaspers.com

J. Derek Vandenburgh, Partner
dvandenburgh@carlsoncaspers.com

Timothy A. Lindquist, Partner
tlindquist@carlsoncaspers.com

Mark D. Schuman, Partner
mschuman@carlsoncaspers.com

## MARKETING DIRECTOR

Deb DuBois
ddubois@carlsoncaspers.com

Total Number of Lawyers: **31**
Number of Female Lawyers: **7**
Number of Male Lawyers: **24**
Number of Minority Lawyers: **2**
Total Number of Equity Partners: **19**
Number of Female Equity Partners: **2**
Number of Male Equity Partners: **17**
Number of Minority Equity Partners: **1**
Total Number of Attorneys (Worldwide): **31**

Exhibit D
Donald Chance Mark, Jr., Decl.

Total Number of New Hires in 2017: **1**
Number of New Female Hires in 2017: **0**
Number of New Male Hires in 2017: **1**
Number of New Minority Hires in 2017: **0**
Total Number of Elevations in 2017: **0**
Number of Female Elevations in 2017: **0**
Number of Male Elevations in 2017: **0**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **1**
Number of Female Departures in 2017: **0**
Number of Male Departures in 2017: **1**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **1**
Number of Paralegals: **3**
Number of Non-Paralegal Support Staff: **12**
Flextime for Lawyers: **Yes**
Telecommuting for Lawyers: **Yes**
Flextime for Staff: **Yes**
Part-time Staff: **No**
Telecommuting for Staff: **Yes**
Company Dress Code: **Business casual dress policy**

## 32
**31 Lawyers**

**KENNEDY & GRAVEN, CHARTERED**
200 S. 6th St.,
Suite 470
Minneapolis, MN 55402 United States
612-337-9300

**MARKETING DIRECTOR**
Neil Simmons
nsimmons@kennedy-graven.com

Total Number of Lawyers: **31**
Total Number of Equity Partners: **18**
Total Number of New Hires in 2017: **1**
Number of Paralegals: **7**

## 32
**31 Lawyers**

**GURSTEL CHARGO**
6681 Country Club drive
Minneapolis, MN 55427
1-877-344-4002

Number of lawyers (MN only): **31**
Number of female lawyers (MN only): **11**
Number of male lawyers (MN only): **20**

## 32
**31 Lawyers**

**NICHOLS KASTER, PLLP**
80 South 8th Street
Suite 4600
Minneapolis, MN 55402

612-256-3215

Number of lawyers (MN only): **31**
Number of female lawyers (MN only): **11**
Number of male lawyers (MN only): **20**
Number of equity partners (MN only): **5**
Number of female equity partners (MN only): **1**
Number of male equity partners (MN only): **4**
Total attorneys (worldwide): **34**
Number of "Of Counsel" lawyers (MN only): **1**
Number of paralegals (MN only): **10**
Number of non-paralegal support staff (MN only): **25**

## 36
**30 Lawyers**

**BROOKS CAMERON & HUEBSCH, PLLC**
1201 Marquette Avenue South
Suite 400
Minneapo lis, MN 55403
United State
612-659-9340

**MARKETING DIRECTOR**
Amanda S. Brooks
asbrooks@bipl.net

Number of lawyers (MN only): **30**
Total Number of Equity Partners: **11**
Number of Female Equity Partners: **3**
Number of Male Equity Partners: **11**
Total Number of Attorneys (Worldwide): **30**
Total Number of New Hires in 2017: **8**
Total Number of Elevations in 2017: **3**
Total Number of Departures in 2017: **2**
Number of "Of Counsel" Lawyers: **2**
Number of Paralegals: **10**
Number of Non-Paralegal Support Staff: **10**

## 36
**30 Lawyers**

**LARSON KING, LLP**
30 East Seventh Street Suite 2800
Saint Paul, MN 55101 United States
651-312-6500

**MARKETING DIRECTOR**
Liz Elling
lelling@larsonking.com

Total Number of Lawyers: **30**

*CONTINUED ON PAGE 24*

Exhibit D
Donald Chance Mark, Jr., Decl.

Number of Female Lawyers: 8
Number of Male Lawyers: 22
Total Number of Equity Partners: 11
Total Number of New Hires in 2017: 2
Number of Paralegals: 4
Number of Non-Paralegal Support Staff: 16
Annual Billable Hours Expected of Associates: 1,950
Associates' Starting Salary as of January 1, 2017: $100,000

## 38
**29 Lawyers**

### BARNA, GUZY & STEFFEN, LTD.
200 Coon Rapids Boulevard
Suite 400 Coon Rapids, Minnesota 55433
763-780-8500

**MARKETING DIRECTOR**
Toni Perrier
tperrier@bgs.com

Number of lawyers (MN only): 29
Number of Female Lawyers: 9
Number of Male Lawyers: 20
Number of Minority Lawyers: 2
Number of equity partners: 17
Number of Female Equity Partners: 6
Number of Male Equity Partners: 11
Number of Minority Equity Partners: 2
Number of new hires in 2017: 1
Number of New Female Hires in 2017: 0
Number of New Male Hires in 2017: 1
Number of New Minority Hires in 2017: 0
Number of "Of Counsel" Lawyers: 2
Number of paralegals: 7

## 38
**29 Lawyers**

### FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.
302 West Superior Street
Suite 700
Duluth, MN 55802
218-722-0861

Number of lawyers (MN only, excluding Of Counsel): 29
Number of female lawyers (MN only): 6
Number of male lawyers (MN only): 23

## 40
**28 Lawyers**

### CHESTNUT CAMBRONNE PA
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401-2048
612-339-7300

Number of lawyers (MN only, excluding Of Counsel): 28
Number of female lawyers (MN only): 8
Number of male lawyers (MN only): 20
Number of equity partners (MN only): 6
Number of female equity partners (MN only): 0
Number of male equity partners (MN only): 6
Total attorneys (worldwide): 28
Number of new hires in 2016 (MN only): 2
Number of new female hires in 2016 (MN only): 1
Number of new male hires in 2016 (MN only): 1
Number of "of counsel" lawyers (MN only): 2
Number of paralegals (MN only): 8
Number of non-paralegal support staff (MN only): 13
Number of minority lawyers (MN only): 0
Number of minority lawyers (partners - MN only): 0
Number of minority lawyers (non-partners - MN only): 0

## 40
**28 Lawyers**

### STOEL RIVES LLP
33 South Sixth Street
Suite 4200
Minneapolis, MN 55402
612-373-8800

Number of lawyers (MN only, excluding Of Counsel): 28
Number of female lawyers (MN only): 8
Number of male lawyers (MN only): 20
Number of equity partners (MN only): 14
Number of female equity partners (MN only): 2
Number of male equity partners (MN only): 12
Total attorneys (worldwide): 361
Number of "of counsel" lawyers (MN only): 2
Number of paralegals (MN only): 2
Number of non-paralegal support staff (MN only): 17
Number of minority lawyers (MN only): 1
Number of minority lawyers (partners - MN only): 0
Number of minority lawyers (non-partners - MN only): 1

Exhibit D
Donald Chance Mark, Jr., Decl.

# 42

**27 Lawyers**

**FAFINSKI MARK & JOHNSON**
775 Prairie Center Drive Suite 400
Eden Prairie, MN 55344 United States
952-995-9500

**MARKETING DIRECTOR**
Georgiana Stocks
georgiana.stocks@fmjlaw.com

Total Number of Lawyers: **27**
Number of Female Lawyers: **9**
Number of Male Lawyers: **18**
Total Number of Equity Partners: **15**
Number of Female Equity Partners: **5**
Number of Male Equity Partners: **10**
Total Number of Attorneys (Worldwide): **27**
Total Number of New Hires in 2017: **2**
Number of Paralegals: **1**

# 42

**27 Lawyers**

**BROWN & CARLSON PA**
300 S. Highway 169,
Suite 500
Minneapolis, MN 55426
763-591-9950

Number of lawyers (MN only, excluding ofcounsel): **27 (13 female, 14 male)**
Number of equity partners: **8 (2 female, 6 male)**
Total attorneys (worldwide): **28**
Number of "of counsel" lawyers: **1**
Number of paralegals: **17**
Number of non-paralegal support staff: **19**

# 44

**26 Lawyers**

PATTERSON THUENTE IP

*Ideas, Owned.*

**PATTERSON THUENTE IP**
80 S. 8th Street, Suite 4800
Minneapolis, MN 55402
United States
612-349-5740
www.ptslaw.com
Founded: 1991

**MANAGING PARTNER**



Tom Dickson

**MISSION STATEMENT**
Patterson Thuente IP helps creative and inventive clients worldwide protect, and profit from, their ideas. Practicing in the areas of patents, trademark, IP litigation, copyright, trade secrets, international IP law, licensing, post grant proceedings, and overall IP portfolio management, the firm's attorneys excel at delivering insightful solutions to complex intellectual property matters. Patterson Thuente IP serves technically inspired clients in industries such as agriculture, aviation, biotechnology, chemical, computer technology, defense, entertainment, manufacturing, medical device, nanotechnology, optics, pharmaceuticals, robotics, software, and telecommunications. The firm's attorneys have interdisciplinary expertise, deep technical and scientific knowledge, and a clear understanding of how intellectual property impacts the bottom line. Its full service approach allows Patterson Thuente attorneys to partner with clients in securing, managing and enforcing their intellectual property rights.

**REPRESENTATIVE CLIENTS**
Amesbury Truth, AUM Cardiovascular, BAE Systems, Carl Zeiss, CVRx, Kaspersky Lab, Medtronic, The Mosaic Company, Sherwin-Williams, Smiths Medical, Tandem Diabetes, Taylor Corporation.

**AREAS OF PRACTICE**
Intellectual Property
Litigation
Patents/Trademarks
Technology and Licensing

**MARKETING DIRECTOR**
Tracy Dann
dann@ptslaw.com

Total Number of Lawyers: **26**

*CONTINUED ON PAGE 26*

Exhibit D
Donald Chance Mark, Jr., Decl.

Number of Female Lawyers: **4**
Number of Male Lawyers: **22**
Number of Minority Lawyers: **1**
Total Number of Equity Partners: **6**
Number of Female Equity Partners: **1**
Number of Male Equity Partners: **5**
Total Number of Attorneys
 (Worldwide): **26**
Total Number of New Hires in 2017: **3**
Number of New Female Hires in 2017: **2**
Number of New Male Hires in 2017: **1**
Total Number of Elevations in 2017: **2**
Number of Female Elevations in 2017: **1**
Number of Male Elevations in 2017: **1**
Total Number of Departures in 2017: **2**
Number of Male Departures in 2017: **2**
Number of "Of Counsel" Lawyers: **3**
Number of Paralegals: **10**
Number of Non-Paralegal
 Support Staff: **21**
Flextime for Lawyers: **Yes**
Part-time Lawyers: **Yes**
Telecommuting for Lawyers: **Yes**
Flextime for Staff: **Yes**
Telecommuting for Staff: **Yes**

## 44
**26 Lawyers**

**GREENE ESPEL PLLP**
222 South Ninth Street Minneapolis, MN 55402
United States
612.373.8324

**MARKETING DIRECTOR**
Ethelind Kaba
ekaba@greeneespel.com

Total Number of Lawyers: **26**
Number of Female Lawyers: **12**
Number of Male Lawyers: **16**
Number of Minority Lawyers: **4**
Total Number of Equity Partners: **19**
Number of Female Equity Partners: **8**
Number of Male Equity Partners: **11**
Number of Minority Equity Partners: **1**
Total Number of Attorneys (Worldwide): **30**
Total Number of New Hires in 2017: **4**
Number of New Female Hires in 2017: **2**
Number of New Male Hires in 2017: **2**
Number of New Minority Hires in 2017: **1**
Total Number of Elevations in 2017: **1**
Number of Female Elevations in 2017: **0**
Number of Male Elevations in 2017: **0**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **0**
Number of Female Departures in 2017: **0**
Number of Male Departures in 2017: **0**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **4**

Number of Paralegals: **8**
Number of Non-Paralegal Support Staff: **18**

## 44
**26 Lawyers**

**HENSON EFRON**
220 South Sixth Street
Suite 1800
Minneapolis, MN 55402
United States
612-339-2500

**MARKETING DIRECTOR**
Robin Asleson
rasleson@hensonefron.com

Total Number of Lawyers: **26**
Number of Female Lawyers: **10**
Number of Male Lawyers: **16**
Total Number of Equity Partners: **18**
Total Number of New Hires in 2017: **2**
Number of Paralegals: **7**

## 44
**26 Lawyers**

**BARNES & THORNBURG LLP**
225 S. Sixth Street
Suite 2800
Minneapolis, MN 55402
612-333-2111

Number of lawyers (MN only): **26**
Number of female lawyers: **7**
Number of male lawyers (MN only): **19**
Number of equity partners (MN only): **9**
Total attorneys (worldwide): **599**
Number of "of counsel" lawyers (MN only): **4**
Number of paralegals (MN only): **6**
Number of non-paralegal support staff (MN only): **16**
Number of minority lawyers (MN only): **5**

## 44
**26 Lawyers**

**MCCOLLUM CROWLEY MOSCHET MILLER & LAAK, LTD**
7900 Xerxes Avenue South
700 Wells Fargo Plaza
Minneapolis, MN 55431
952-831-4980

Number of lawyers (MN only, Excluding Of Counsel): **26 (8 female, 18 male)**

## 44
**26 Lawyers**

**RINKE NOONAN, LTD.**
1015 W. St. Germain St.
Suite 300
St. Cloud, MN 56301
320-251-6700

Exhibit D
Donald Chance Mark, Jr., Decl.

Number of lawyers (MN only): **26**
Number of female lawyers (MN only): **5**
Number of male lawyers (MN only): **21**
Number of equity partners (MN only): **15**
Number of female equity partners (MN only): **3**
Number of male equity partners (MN only): **12**
Total attorneys (worldwide): **26**
Number of "of counsel" lawyers (MN only): **1**
Number of paralegals (MN only): **15**
Number of non-paralegal support staff (MN only): **28**

# 44
**26 Lawyers**

**WAGNER, FALCONER & JUDD**
100 South 5th Street
Suite 800
Minneapolis, Minnesota 55402
612-339-1421

Number of lawyers (MN only): **26**
Number of female lawyers (MN only): **9**
Number of male lawyers (MN only): **17**
Number of equity partners (MN only): **4**
Number of paralegals (MN only): **9**

# 51
**25 Lawyers**



**MONROE MOXNESS BERG PA**
7760 France Avenue South, Suite 700
Minneapolis, MN 55435
United States
952-885-5999
www.mblawfirm.com
Founded: 1969

**MANAGING PARTNERS**


Scott Husaby


John Berg


Richard Gibson

**MISSION STATEMENT**
For more than 40 years, many of America's best known concepts and emerging brands as well as businesses and residents of Minnesota and neighboring states have relied on Monroe Moxness Berg for legal and financial acumen in business law, finance, mergers and acquisitions, intellectual property, franchise and distribution, estate planning and financial planning, taxation, wealth preservation, real estate, land use, employment and commercial litigation. We embrace innovation and take a multi-disciplinary approach to serving our clients. Our attorneys draw on diverse professional experience, and many hold advanced degrees in business, finance and taxation. Our collective business orientation is the principal source of unparalleled value to our clients.

**AREAS OF PRACTICE**
Alcoholic Beverages Law
Banking/Finance
Business Litigation
Business/Corporate
Commercial Finance and Transactions
Employment/Employee Benefits
Franchise/Franchising
Intellectual Property
Labor and Employment Law
Mergers and Acquisitions
Patents/Trademarks
Private Equity, Emerging Growth and Venture Capital
Real Estate Law
Securities and Finance
Tax Law
Trust and Estates

**MARKETING DIRECTOR**
Wojciech Kotas
wkotas@mmblawfirm.com

*CONTINUED ON PAGE 28*

Exhibit D
Donald Chance Mark, Jr., Decl.

Total Number of Lawyers: **25**
Number of Female Lawyers: **5**
Number of Male Lawyers: **20**
Number of Minority Lawyers: **0**
Total Number of Equity Partners: **9**
Number of Female Equity Partners: **1**
Number of Male Equity Partners: **8**
Number of Minority Equity Partners: **0**
Total Number of Attorneys
  (Worldwide): **25**
Total Number of New Hires in 2017: **$100**
Total Number of Elevations in 2017: **2**
Number of Paralegals: **3**

## 52
**24 Lawyers**

**LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.**
100 South Fifth Street
Suite 2500
Minneapolis, MN 55402
612-332-1030

Number of lawyers (MN only): **24**
Number of female lawyers (MN only): **5**
Number of male lawyers (MN only): **19**

## 53
**23 Lawyers**

**ANTHONY OSTLUND BAER & LOUWAGIE P.A.**
90 South Seventh Street
Suite 3600
Minneapoli s, MN 55402
United States
612-349-6969
www.anthonyostlund.com

**MARKETING DIRECTOR**
Karen Davis
kdavis@anthonyostlund.com

Number Of Lawyers (Mn Only, ExcludingOf Counsel): **23**
Number Of Female Lawyers: **7**
Number Of Male Lawyers: **16**
Number Of Minority Lawyers: **1**
Number Of Equity Partners: **12**
Number Of Female Equity Partners: **4**
Number Of Male Equity Partners: **8**
Total Attorneys (Worldwide): **23**
Total Number of New Hires in 2017: **4**
Number of New Female Hires in 2017: **1**
Number of New Male Hires in 2017: **3**
Number of New Minority Hires in 2017: **0**
Total Number of Elevations in 2017: **1**
Number of Female Elevations in 2017: **0**
Number of Male Elevations in 2017: **1**

Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **2**
Number of Female Departures in 2017: **1**
Number of Male Departures in 2017: **1**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **1**
Number of Paralegals: **4**
Number of Non-Paralegal Support Staff: **11**

## 53
**23 Lawyers**

**FOLEY & MANSFIELD**
250 Marquette Avenue
Ste. 120
Minneapolis, MN 55401 United States
612-338-8788
Marketing Director
Liz Hersey
lhersey@foleymansfield.com

Total Number of Lawyers: **23**
Number of Female Lawyers: **7**
Number of Male Lawyers: **16**
Number of Minority Lawyers: **5**
Total Number of Equity Partners: **9**
Number of Female Equity Partners: **1**
Number of Male Equity Partners: **8**
Number of Minority Equity Partners: **1**
Total Number of Attorneys (Worldwide): **151**
Total Number of New Hires in 2017: **4**
Number of New Female Hires in 2017: **0**
Number of New Male Hires in **2017: 4**
Number of New Minority Hires in 2017: **3**
Total Number of Elevations in 2017: **3**
Number of Female Elevations in 2017: **2**
Number of Male Elevations in 2017: **1**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **5**
Number of Female Departures in 2017: **3**
Number of Male Departures in 2017: **2**
Number of Minority Departures in 2017: **3**
Number of "Of Counsel" Lawyers: **3**
Number of Paralegals: **14**
Number of Non-Paralegal Support Staff: **13**

## 53
**23 Lawyers**

**DUNLAP & SEEGER, P.A.**
30 3rd Street SE
Suite 400
Rochester, Minnesota 55904
507-288-9111

Number of lawyers (MN only, excluding Of Counsel): **23**
Number of equity partners (MN only): **17**
Number of new hires in 2016 (MN only): **1**

Exhibit D
Donald Chance Mark, Jr., Decl.

# 56
**22 Lawyers**

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**
8519 Eagle Point Boulevard
Suite 100
Lake Elmo, MN 55042
651-290-6500

Number of lawyers (MN only, excluding
Of Counsel): **22 (8 female, 14 male)**

# 57
**21 Lawyers**



**LOMMEN ABDO, P.A.**
1000 International Centre
920 Second Avenue South
Minneapolis, MN 55402
United States
612-339-8131
www.lommen.com
Founded: 1938

**MANAGING PARTNER**



Keith Broady

**MISSION STATEMENT**
Lommen Abdo is a multifaceted, Midwest based
law firm providing highly effective, yet affordable,
legal services to both businesses and individuals.
Our best credentials are our client's successes, but
our attorneys are also recognized by their peers: 15
are rated AV Preeminent by Martindale-Hubbell,
five were selected for inclusion in the Best Lawyers
in America 2017, 9 are included in the Minnesota
Super Lawyers list and several have obtained
certifications in trial practice and real estate.

**AREAS OF PRACTICE**
Appellate Practice
Bankruptcy Litigation
Business Litigation
Business/Corporate
Construction Law
Family Law
Labor and Employment Law

Litigation
Medical Malpractice
Mergers and Acquisitions
Professional Liability
Real Estate Law
Transportation
Trust and Estates

Total Number of Lawyers: **21**
Number of Female Lawyers: **7**
Number of Male Lawyers: **14**
Total Number of Equity Partners: **18**
Number of Female Equity Partners: **5**
Number of Male Equity Partners: **13**
Total Number of Attorneys
   (Worldwide): **27**
Total Number of New Hires in 2017: **5**
Number of New Female Hires in 2017: **2**
Number of New Male Hires in 2017: **3**
Number of "Of Counsel" Lawyers: **1**
Number of Paralegals: **7**
Number of Non-Paralegal Support Staff:
   **12 Admin, Management and Legal
   Administrative Assistants**
Annual Billable Hours Expected of
Associates: **1800**
Company Dress Code: **Fridays casual only**

# 57
**21 Lawyers**

**AAFEDT, FORDE, GRAY, MONSON
& HAGER, P.A.**
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402-4226
612-339-8965

Number of lawyers (MN only, excluding
Of Counsel): **21 (8 female, 13 male)**

# 57
**21 Lawyers**

**HKM P.A.**
30 E. 7th South
Suite 3200
St. Paul, MN 55101
651-227-9411

Number of lawyers (MN only): **21**
Number of equity partners (MN only): **4**
Number of paralegals (MN only): **7**

# 57
**21 Lawyers**

**HOGLUND, CHWIALKOWSKI & MROZIK**
1781 County Road B West
Roseville, MN 55113
651-628-9929

*CONTINUED ON PAGE 30*

Exhibit D
Donald Chance Mark, Jr., Decl.

Number of lawyers (MN only, excluding Of Counsel): **21 (12 female, 9 male)**

## 57
**21 Lawyers**

**LIND JENSEN SULLIVAN & PETERSON, PA**
901 Marquette Avenue South
Suite 1300
Minneapolis, MN 55402
612-333-3637

Number of lawyers (MN only, excluding Of Counsel): **21**
Number of equity partners (MN only): **10**
Number of paralegals (MN only): **7**

## 57
**21 Lawyers**

**O'MEARA LEER WAGNER & KOHL**
7401 Metro Boulevard
Suite 600
Edina, MN 55439
952-831-6544

Number of lawyers (MN only): **21**
Number of equity partners (MN only): **9**
Number of paralegals (MN only): **5**

## 57
**21 Lawyers**

**PEMBERTON LAW FIRM**
110 North Mill Street
Fergus Falls, MN 56537
218-736-5493

Number of lawyers (MN only, excluding Of Counsel): **21**
Number of female lawyers (MN only): **6**
Number of male lawyers (MN only): **15**
Number of equity partners (MN only): **16**
Number of female equity partners (MN only): **2**
Number of male equity partners (MN only): **14**
Total attorneys (worldwide): **21**
Number of "of counsel" lawyers (MN only): **0**
Number of paralegals (MN only): **7**
Number of non-paralegal support staff (MN only): **19**
Number of minority lawyers (MN only): **0**
Number of minority lawyers (partners - MN only): **0**
Number of minority lawyers (non-partners - MN only): **0**

## 64
**20 Lawyers**

**DICKE, BILLIG & CZAJA, PLLC**
Fifth Street Towers
Suite 2250
100 South Fifth Street
Minneapolis, MN 55402
612-573-2000

Number of lawyers (MN only): **20 (3 female, 17 male)**

## 64
**20 Lawyers**

**QUINLIVAN & HUGHES, P.A.**
1740 West Germain Street
St. Cloud, MN 56301
320-251-1414

Number of lawyers (MN only): **20 (9 female, 11 male)**

## 64
**20 Lawyers**

**SCHWEBEL, GOETZ & SIEBEN, P.A.**
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, MN 55402-2246
612-333-6311

Number of lawyers (MN only, excluding Of Counsel): **20 (3 female, 17 male)**

## 64
**20 Lawyers**

**SIEBENCAREY P.A.**
901 Marquette Avenue
Suite 500
Minneapolis, MN 55402
612-333-4500

Number of lawyers (MN only, excluding Of Counsel): **20**
Number of female lawyers (MN only): **3**
Number of male lawyers (MN only): **17**
Number of equity partners (MN only): **13**
Number of female equity partners (MN only): **2**
Number of male equity partners (MN only): **11**
Total attorneys (worldwide): **20**
Number of new hires in 2016 (MN only): **0**
Number of "of counsel" lawyers: **0**
Number of paralegals (MN only): **16**
Number of non-paralegal support staff (MN only): **25**
Number of minority lawyers (MN only): **0**
Number of minority lawyers (partners - MN only): **0**

Exhibit D
Donald Chance Mark, Jr., Decl.

Number of minority lawyers (non-partners - MN only): **0**



# 68
**19 Lawyers**

**BLACKWELL BURKE P.A.**

431 South Seventh Street
Suite 2500
Minneapoli s, MN 55415
United States
612-343-3200
www.blackwellburke.com
Founded: 2006

## CEO & PRESIDENT



Jerry W. Blackwell

## MISSION STATEMENT

Blackwell Burke P.A. is a litigation and trial boutique. We are committed to the relentless pursuit of excellence on behalf of our Fortune 500 clients, serving them as national trial and litigation counsel. We handle high-stakes, complex litigation, class actions and trials. Our attorneys represent clients in the most challenging litigation, often involving novel legal or scientific issues. Blackwell Burke P.A. has received numerous accolades, including recognition by Corporate Counsel magazine as a "Go-To Law Firm:" for the Top 500 Companies; honored as a 'highly recommended' litigation firm in the 2018 edition of Benchmark Litigation; named to the US News and Best Lawyers 2018 "Best Law Firms in America" list with a Metropolitan Tier 1 ranking for Products Liability Litigation (Defendants) and designation as a "Brand Elite Firm for unparalleled Client Service" and also "Client Service A Team 2018" by BTI Consulting.

Our attorneys have been honored to receive the following recognitions: Benchmark Litigation Minnesota Litigation Stars and Future Stars; inclusion in the Best Lawyers in America for Products Liability and Class Action/Mass Torts (Defendants); BTI Consulting Client Service All-

Star and MVP; inclusion on the Minnesota Super Lawyers and Rising Stars lists; Burton Award for Legal Achievement; "Life Sciences Star" by LMG Life Sciences; "Leading Lawyer for Product Liability and Mass Tort Defense" by the Legal 500; "Minnesota Attorney of the Year"; Minnesota Minority Business Owner of the Year; Minnesota Equal Justice Award; Minnesota Diversity and Inclusion Award and "Up and Coming Attorney" by Minnesota Lawyer.

## DIVERSITY & INCLUSION STATEMENT

At Blackwell Burke, diversity is more than a committee title or future goal. It's how we practice. Our attorneys' rare mixture of talents, diverse cultural backgrounds, and skills enable us to generate creative approaches and solutions. Our cultural competence and breadth of life experience make us better trial lawyers. We are the law firm for today and the future. Our attorneys have been leaders in the legal profession's inclusion efforts by creating the Minnesota Association of Black Lawyers and Minnesota Mother Attorneys Association. Our founder was honored as a Minnesota Minority Business Owner of the Year, is a recipient of the Minnesota Lawyer-Diversity and Inclusion Award, and was awarded the Minnesota Equal Justice Award. In addition, our attorneys are members of the Minnesota Hispanic Bar Association, Minnesota Asian Pacific American Bar Association, Minnesota Lavender (LGBT) Bar Association, Minnesota Women Lawyers, and National Bar Association (the nation's largest African-American bar association). Our firm is active in the National Association of Minority and Women Owned Law Firms, Leadership Council on Legal Diversity, and Twin Cities Diversity in Practice.

## REPRESENTATIVE CLIENTS

3M Company; ConAgra Foods; Exxon Mobil Corporation; General Mills, Inc.; Medtronic, Inc.

## AREAS OF PRACTICE

Business Litigation
Class Actions
Energy/Environmental/Regulated Industry
Health Care/Life Sciences
Intellectual Property
Labor and Employment Law
Litigation
Product Liability
Toxic Tort and Mass Tort Litigation

*CONTINUED ON PAGE 32*

Exhibit D
Donald Chance Mark, Jr., Decl.

**IMPORTANT CONTACTS**

Jerry W. Blackwell, Founder & Chairman
blackwell@blackwellburke.com

Gerardo Alcazar, Partner
galcazar@blackwellburke.com

S. Jamal Faleel, Partner
jfaleel@blackwellburke.com

Corey Gordon, Partner
cgordon@blackwellburke.com

Peter Goss, Partner
pgoss@blackwellburke.com

Benjamin Hulse, Partner
bhulse@blackwellburke.com

Deborah Lewis, Partner
dlewis@blackwellburke.com

Mary Young, Partner
myoung@blackwellburke.com

Kandy Branch, Firm Administrator
kbranch@blackwellburke.com

Total Number of Lawyers: **19**
Number of Female Lawyers: **9**
Number of Male Lawyers: **10**
Number of Minority Lawyers: **9**
Total Number of Equity Partners: **1**
Number of Female Equity Partners: **0**
Number of Male Equity Partners: **1**
Total Number of Attorneys (Worldwide): **19**
Total Number of New Hires in 2017: **4**
Number of New Female Hires in 2017: **2**
Number of New Male Hires in 2017: **2**
Number of New Minority Hires in 2017: **1**
Total Number of Elevations in 2017: **0**
Number of Female Elevations in 2017: **0**
Number of Male Elevations in 2017: **0**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **0**
Number of Female Departures in 2017: **0**
Number of Male Departures in 2017: **0**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **3**
Number of Paralegals: **3**
Number of Non-Paralegal
  Support Staff: **10**
Annual Billable Hours Expected
  of Associates: **1,900**
Flextime for Lawyers: **No**
Part-time Lawyers: **No**
Telecommuting for Lawyers: **No**
Flextime for Staff: **No**
Telecommuting for Staff: **No**

Company Dress Code: **Business dress policy**

## 68
**19 Lawyers**

**JOHNSON, KILLEN & SEILER**
800 Wells Fargo Center
230 West Superior Street
Duluth, MN 55802
218-722-6331

Number of lawyers (MN only, excluding Of Counsel): **19** (3 female, 16 male)

## 68
**19 Lawyers**

**KINNEY & LANGE, P.A.**
312 S. Third St.
Minneapolis, MN 55415
612-339-1863

Number of lawyers (MN only, excluding Of Counsel): **19**
Number of female lawyers (MN only): **3**
Number of male lawyers (MN only): **16**
Number of equity partners (MN only): **5**
Number of female equity partners (MN only): **0**
Number of male equity partners (MN only): **5**
Total attorneys (worldwide): **19**
Number of new hires in 2016 (MN only): **4**
Number of "of counsel" lawyers (MN only): **0**
Number of paralegals (MN only): **4**
Number of non-paralegal support staff (MN only): **13**

## 71
**18 Lawyers**

**MORRISON SUND PLLC**
5125 County Road 101
Suite 200
Minnetonka, MN 55345
952-975-0050

Number of lawyers (MN only): **18** (4 female, 14 male)

## 71
**18 Lawyers**

**WESTMAN, CHAMPLIN & KOEHLER**
900 Second Avenue South
Suite 1400
Minneapolis, MN 55402
612-334-3222

Number of lawyers (MN only, excluding Of Counsel): **18** (5 female, 13 male)

Exhibit D
Donald Chance Mark, Jr., Decl.

## 73
**17 Lawyers**

**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street,
Suite 2600
Minneapolis, MN 55402 United States
612-333-8844

**MARKETING DIRECTOR**
Tracey Grill
tgrill@gustafsongluek.com

Total Number of Lawyers: **17**
Number of Female Lawyers: **8**
Number of Male Lawyers: **7**
Total Number of Equity Partners: **8**
Number of Female Equity Partners: **4**
Number of Male Equity Partners: **4**
Total Number of New Hires in 2017: **1**
Number of New Female Hires in 2017: **1**
Number of New Male Hires in 2017: **0**
Number of Paralegals: **6**
Number of Non-Paralegal Support Staff: **3**

## 73
**17 Lawyers**

**COUSINEAU, WALDHAUSER, & KIESELBACH, P.A.**
1210 Northland Drive
Suite 130
Mendota Heights, MN 55120
651-393-5860

Number of lawyers (MN only, excluding Of Counsel): **17 (6 female, 11 male)**

## 73
**17 Lawyers**

**DOUGHERTY, MOLENDA, SOLFEST, HILLS & BAUER P.A.**
14985 Glazier Avenue
Suite 525
Apple Valley, MN 55124
952-432-3136

Number of lawyers (MN only, excluding Of Counsel): **17 (5 female, 12 male)**

## 73
**17 Lawyers**

**HEACOX, HARTMAN, KOSHMRL, OSGRIFF & JOHNSON, P.A.**
550 Hamm Building
408 St. Peter Street
St. Paul, MN 55102
651-222-2922

Number of lawyers (MN only, excluding Of Counsel): **17 (4 female, 13 male)**

## 73
**17 Lawyers**

**MUETING, RAASCH & GEBHARDT, P.A.**
111 Third Avenue South
Suite 350
Minneapolis, MN 55401
612-305-1228

Number of lawyers (MN only, excluding Of Counsel): **17 (5 female, 12 male)**

## 73
**17 Lawyers**

**ZELLE LLP**
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
612-339-2020

Number of lawyers (MN only): **17**
Number of female lawyers (MN only): **8**
Number of male lawyers (MN only): **9**
Number of equity partners (MN only): **3**
Number of female equity partners (MN only): **1**
Number of male equity partners: **2**
Total attorneys (worldwide): **75**
Number of "Of Counsel" lawyers (MN only): **1**
Number of paralegals (MN only): **2**
Number of non-paralegal support staff (MN only): **26**
Number of minority lawyers (MN only): **1**
Number of minority lawyers (partners - MN only): **0**
Number of minority lawyers (non-partners - MN only): **1**
Of Counsel): **17 (4 female, 13 male)**

## 79
**16 Lawyers**

**JOHNSON//BECKER, PLLC**
444 Cedar Street
Suite 1800
St. Paul, MN 55101
United States
612-436-1800

**MARKETING DIRECTOR**
Michael K. Johnson

Total Number of Lawyers: **16**
Number of Female Lawyers: **7**
Number of Male Lawyers: **9**

*CONTINUED ON PAGE 34*

Exhibit D
Donald Chance Mark, Jr., Decl.

**Number of Minority Lawyers:** 1
**Total Number of Equity Partners:** 2
**Number of Female Equity Partners:** 0
**Number of Male Equity Partners:** 2
**Number of Minority Equity Partners:** 0
**Total Number of Attorneys (Worldwide):** 16
**Total Number of New Hires in 2017:** 0
**Number of New Female Hires in 2017:** 0
**Number of New Male Hires in 2017:** 0
**Number of New Minority Hires in 2017:** 0
**Total Number of Elevations in 2017:** 0
**Number of Female Elevations in 2017:** 0
**Number of Male Elevations in 2017:** 0
**Number of Minority Elevations in 2017:** 0
**Total Number of Departures in 2017:** 0
**Number of Female Departures in 2017:** 0
**Number of Male Departures in 2017:** 0
**Number of Minority Departures in 2017:** 0
**Number of "Of Counsel" Lawyers:** 0
**Number of Paralegals:** 47
**Number of Non-Paralegal Support Staff:** 8

## 79
**16 Lawyers**

**BERNICK LIFSON, P.A.**
5500 Wayzata Boulevard
Suite 1200
Minneapolis, Mn 55416
763-546-1200

**Number of lawyers (MN only):** 16 (4 female, 12 male)

## 79
**16 Lawyers**

**HANFT FRIDE, P.A.**
1000 U.S. Bank Place
130 West Superior Street
Duluth, MN 55802
218-722-4766

**Number of lawyers (MN only, excluding Of Counsel):** 16
**Number of female lawyers (MN only):** 5
**Number of male lawyers (MN only):** 11
**Number of equity partners (MN only):** 11
**Number of female equity partners :** 2
**Number of male equity partners (MN only):** 9
**Total attorneys (worldwide):** 19
**Number of "of counsel" lawyers:** 3
**Number of paralegals (MN only):** 5
**Number of non-paralegal support staff (MN only):** 22

## 79
**16 Lawyers**

**MCGRANN SHEA CARNIVAL STRAUGHN & LAMB CHARTERED**
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402
612-338-2525

**Number of lawyers (MN only):** 16 (5 female, 11 male)

## 79
**16 Lawyers**

**SIEGEL BRILL P.A.**
100 Washington Avenue South
Suite 1300
Minneapolis, MN 55401
651-337-6100

**Number of lawyers (MN only, excluding Of Counsel):** 16 (4 female, 12 male)

## 79
**16 Lawyers**

**WILSON LAW GROUP**
3019 Minnehaha Avenue
Suite 200
Minneapolis, MN 55406
612-436-7100

**Number of lawyers (MN only):** 16 (14 female, 2 male)

## 85
**15 Lawyers**




**HALUNEN LAW**
80 South 8th Street
IDS Center, Suite 1650
Minneapolis, MN 55402
United States
612-605-4098
www.halunenlaw.com
Founded: 1998

**MANAGING PARTNERS**



Susan M. Coler          Clayton D. Halunen

Exhibit D
Donald Chance Mark, Jr., Decl.




Kaarin Nelson Schaffer    Melissa S. Weiner

## MISSION STATEMENT

We pursue social justice through client advocacy. We welcome challenges, believe in our clients and their causes, and leverage legal skills and startling creativity to help those who are wronged face their challenges, achieve meaningful goals, and make the world a little better.

## DIVERSITY & INCLUSION STATEMENT

Halunen Law is an equal opportunity employer.

## REPRESENTATIVE CLIENTS

We represent employees, consumers and whistleblowers who challenge illegal conduct by corporations, including many of the largest corporations in the United States.

## AREAS OF PRACTICE

Class Actions
Consumer Law
False Claims Act/Qui Tam Litigation
Labor and Employment Law
Whistleblower

**Number of lawyers: 15**
**Number of equity partners: 2**
**Number of new hires in 2017: 4**
**Number of paralegals: 3**
**Flextime for lawyers: 40**
**Company dress code: Business casual dress policy**

---

### 86

**15 Lawyers**

**COLLINS, BUCKLEY, SAUNTRY, & HAUGH PLLP**
332 Minnesota Street
St Paul, MN 55101
651-227-0611

Number of lawyers (MN only): **15 Lawyers (6 female, 9 male)**

---

### 86

**15 Lawyers**

**DONNA LAW FIRM, P.C.**
7601 France Avenue South
Suite 350
Minneapolis, MN 55435
952-562-2460

Number of lawyers (MN only): **15 (1 female, 14 male)**

---

### 86

**15 Lawyers**

**ECKBERG LAMMERS**
1809 Northwestern Avenue
Stillwater, MN 55082
651-439-2878

Number of lawyers (MN only, excluding Of counsel): **15 (6 female, 9 male)**

---

### 86

**15 Lawyers**

**ERSTAD & RIEMER, P.A.**
200 Riverview Office Tower
8009 34th Avenue South
Minneapolis, MN 55425
952-896-3700

Number of lawyers (MN only, excluding Of counsel): **15 (4 female, 11 male)**

---

### 86

**15 Lawyers**

**HAMRE, SCHUMANN, MUELLER & LARSON, P. C.**
45 South Seventh Street
Suite 2700
Minneapolis, MN 55402
612-455-3800

Number of lawyers (MN only, excluding Of Counsel): **15 (6 female, 9 male)**

---

### 86

**15 Lawyers**

**HINSHAW & CULBERTSON LLP**
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
612-333-3434

Number of lawyers (MN only): **15**
Number of female lawyers (MN only): **5**
Number of male lawyers (MN only): **10**
Number of equity partners (MN only): **4**
Number of female equity partners (MN only): **0**
Number of male equity partners

*CONTINUED ON PAGE 36*

Exhibit D
Donald Chance Mark, Jr., Decl.

(MN only): **4**
Total attorneys (worldwide): **485**
Number of "Of Counsel" lawyers (MN only): **1**
Number of paralegals (MN only): **1**
Number of non-paralegal support staff (MN only): **14**
Number of minority lawyers (MN only): **1**
Number of minority lawyers (partners) : **1**
Number of minority lawyers (non-partners - MN only): **0**

## 86
**15 Lawyers**

**MESHBESHER & SPENCE, LTD.**
1616 Park Avenue
Minneapolis, MN 55404
612-339-9121

Number of lawyers (MN only): **15**
Number of female lawyers (MN only): **5**
Number of male lawyers (MN only): **10**
Number of equity partners (MN only): **13**
Number of female equity partners (MN only): **3**
Number of male equity partners (MN only): **10**
Total attorneys (worldwide): **15**
Number of "Of Counsel" lawyers (MN only): **2**
Number of paralegals (MN only): **13**
Number of non-paralegal support staff (MN only): **14**
Number of minority lawyers (MN only): **1**
Number of minority lawyers (partners - MN only): **1**
Number of minority lawyers (non-partners - MN only): **0**

## 86
**15 Lawyers**

**RUPP, ANDERSON, SQUIRES & WALDSPURGER, P.A.**
333 South 7th street
Suite 2800
Minneapolis, Minnesota 55402
612-436-4300

Number of lawyers (MN only): **15**
Number of female lawyers (MN only): **7**
Number of male lawyers (MN only): **8**
Number of equity partners (MN only): **6**
Number of female equity partners (MN only): **1**
Number of male equity partners (MN only): **5**
Total attorneys (worldwide): **15**
Number of paralegals (MN only): **0**

Number of non-paralegal support staff (MN only): **3**
Number of minority lawyers (MN only): **0**
Number of minority lawyers (non-partners - MN only): **0**

## 94
**14 Lawyers**

**CAMPBELL KNUTSON, P.A.**
860 Blue Gentian Road
Suite 290
Eagan, MN 55121
651-452-5000

Number of lawyers (MN only): **14**
Number of female lawyers (MN only): **4**
Number of male lawyers (MN only): **10**
Number of equity partners (MN only): **6**
Number of female equity partners (MN only): **1**
Number of male equity partners (MN only): **5**
Total attorneys (worldwide): **14**
Number of new hires in 2016 (MN only): **1**
Number of "Of Counsel" lawyers (MN only): **0**
Number of paralegals (MN only): **9**
Number of non-paralegal support staff (MN only): **4**
Number of minority lawyers (MN only): **0**
Number of minority lawyers (partners - MN only): **0**
Number of minority lawyers (non-partners - MN only): **0**

## 94
**14 Lawyers**

**COUSINEAU, VAN BERGEN, MCNEE & MALONE, PA**
12800 Whitewater Drive
Suite 200
Minnetonka, MN 55343
952-546-0628

Number of lawyers (MN only): **14**

## 94
**14 Lawyers**

**COZEN O'CONNOR**
33 South Sixth Street
Suite 4150
Minneapolis, MN 55402
612-260-9000

Number of lawyers (MN Only, excluding Of Counsel): **14 (4 female, 10 male)**

Exhibit D
Donald Chance Mark, Jr., Decl.

# 94
**14 Lawyers**

**FITCH, JOHNSON, LARSON & HELD P.A.**
2021 East Hennepin Avenue
Suite 100
Minneapolis, Mn 55413
612-332-1023

Number of lawyers (MN only, excluding Of Counsel): **14 (5 female, 9 male)**

# 94
**14 Lawyers**

**HENNINGSON & SNOXELL, LTD.**
6900 Wedgwood Road
Suite 200
Maple Grove, MN 55311
763-560-5700

Number of lawyers (MN only, excluding Of Counsel): **14 (5 female, 9 male)**

# 94
**14 Lawyers**

**LEVANDER, GILLEN & MILLER, P.A.**
633 South Concord Street
Suite 400
South St. Paul, MN 55075
651-451-1831

Number of lawyers (MN only, excluding Of Counsel): **14**
Number of female lawyers (MN only): **6**
Number of male lawyers (MN only): **8**
Number of equity partners (MN only): **11**
Number of female equity partners (MN only): **4**
Number of male equity partners (MN only): **7**
Total attorneys (worldwide): **13**
Number of "of counsel" lawyers (MN only): **0**
Number of paralegals (MN only): **4**
Number of non-paralegal support staff (MN only): **6**
Number of minority lawyers (MN only): **0**
Number of minority lawyers (partners - MN only): **0**
Number of minority lawyers (non-partners - MN only): **0**

# 94
**14 Lawyers**

**ZIMMERMAN REED, LLP**
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-341-0400

Number of Lawyers (MN only, excluding Of Counsel: **14 (4 female, 10 male)**

# 101
**13 Lawyers**

**JUX LAW FIRM**
901 Marquette Avenue
AT&T Tower
Suite 1675
Minneapolis, Minnesota 55402
612-466-0010

Number of lawyers (MN only): **13**
Number of female lawyers (MN only): **3**
Number of male lawyers (MN only): **10**
Number of equity partners (MN only): **1**
Number of paralegals (MN only): **8**
Number of non-paralegal support staff (MN only): **6**

# 101
**13 Lawyers**

**KUTAK ROCK LLP**
U.S. Bank Plaza South
220 South Sixth Street
Suite 1750
Minneapolis, MN 55402-4513
(612) 334-5000

Number of lawyers (MN Only, Excluding Of Counsel: **13 (2 female, 11 male)**

# 101
**13 Lawyers**

**LAPP, LIBRA, THOMSON, STOEBNER & PUSCH, CHTD.**
120 South 6th Street
Suite 2500
Minneapolis, MN 55402
612-338-5815

Number of lawyers (MN only, excluding Of Counsel): **13**
Number of female lawyers (MN only): **4**
Number of male lawyers (MN only): **9**
Number of equity partners (MN only): **10**
Number of female equity partners (MN only): **2**
Number of male equity partners (MN only): **8**
Total attorneys (worldwide): **13**
Number of "of counsel" lawyers: **1**
Number of paralegals (MN only): **2**
Number of non-paralegal support staff (MN only): **7**
Number of minority lawyers (MN only): **0**
Number of minority lawyers (partners:- **0**

*CONTINUED ON PAGE 38*

Exhibit D
Donald Chance Mark, Jr., Decl.

Number of minority lawyers (non-partners - MN only): **0**

## 101
**13 Lawyers**

**MELCHERT HUBERT SJODIN**
121 West Main Street
Suite 200
Waconia, MN 55387
952-442-7700

Number of lawyers (MN only):
**13 (5 female, 8 male)**
Number of equity partners (MN only): **9**

## 101
**13 Lawyers**

**PETERSON HABICHT**
33 S Sixth Street
Suite 3900
Minneapolis, MN 55402
612-836-5500

Number of lawyers (MN only):
**13 (3 female, 10 male)**
**13 Lawyers (3 female, 10 male)**

## 106
**12 Lawyers**

**GREGERSON, ROSOW, JOHNSON & NILAN, LTD.**
100 South Washington Avenue,
Suite 1550
Minneapolis, MN 55401 United States
612-338-0755

**MARKETING DIRECTOR**
Joshua Dorothy
jdorothy@grjn.com

Total Number of Lawyers: **12**
Total Number of Equity Partners: **7**
Total Number of New Hires in 2017: **1**
Number of Paralegals: **2**

## 106
**12 Lawyers**

**GASKINS BENNETT BIRRELL SCHUPP LLP**
333 S. Seventh St.
Suite 3000
Minneapolis, MN 55401
612-333-9500

Number of lawyers (MN only):
**12 (2 female, 10 male)**
Number of equity partners (MN only):
**8 (0 female, 8 male)**
Total attorneys (worldwide): **12**
Number of paralegals (MN only): **1**

Number of non-paralegal support staff: **7**

## 106
**12 Lawyers**

**HELEY, DUNCAN & MELANDER, PLLP**
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437
952-841-0001

Number of lawyers (MN only, excluding Of Counsel): **12 (3 female, 9 male)**

## 106
**12 Lawyers**

**JACKSON LEWIS P.C.**
150 South Fifth Street
Suite 3500
Minneapolis, MN 55402
612-341-8131

Number of lawyers (MN only):
**12 (7 female, 5 male)**

## 106
**12 Lawyers**

**MASCHKA, RIEDY & RIES, PLLP**
201 N. Broad Street
Suite 200
Mankato, MN 56001
507-625-6600

Number of lawyers (MN only): **12 (3 female, 9 male)**
Number of equity partners (MN only): **7 (1 female, 6 male)**
Total attorneys (worldwide): **12**
Number of paralegals (MN only): **3**
Number of non-paralegal support staff: (MN only) **10**

## 106
**12 Lawyers**

**RAJKOWSKI HANSMEIER LTD**
11 Seventh Avenue North
St Cloud, MN 56302
320-251-1055

Number of lawyers (MN only):
**12 (2 female, 10 male)**
Number of equity partners (MN only): **6**
Number of paralegals (MN only): **7**
Number of non-paralegal support staff: **13**

## 106
**12 Lawyers**

**RATWIK, ROSZAK & MALONEY, P.A.**
730 2nd Ave S Ste 300
Minneapolis, MN 55402
612-339-0060

Exhibit D
Donald Chance Mark, Jr., Decl.

CASE 0:16-cv-01115-JRT-LIB   Document 402-2   Filed 09/17/19   Page 41 of 52

Number of lawyers (MN only): **12**
Number of female lawyers (MN only): **7**
Number of male lawyers (MN only): **5**
Number of equity partners (MN only): **0**
Total attorneys (worldwide): **12**
Number of "Of Counsel" lawyers: **0**
Number of paralegals (MN only): **0**
Number of non-paralegal support staff: **4**
Number of minority lawyers (MN only): **0**
Number of minority lawyers (partners - : **0**
Number of minority lawyers (non-partners - MN only): **0**

# 106
**12 Lawyers**

**STICH, ANGELL, KREIDLER, UNKE & SCATTERGOOD, P.A.**
250 2nd Avenue South
Suite 120
Minneapolis, MN 55401
612/333-6251

Number of lawyers (MN only): **12 (5 female, 7 male)**

# 114
**10 Lawyers**



**DYKEMA GOSSETT PLLC**
90 South Seventh Street
4000 Wells Fargo Center
Minneapolis, MN 55402
United States
612-486-1900
www.dykema.com
Founded: 1897

**MANAGING PARTNER**



Reed Heimbecher

**MISSION STATEMENT**
One firm, delivering top-of-market expertise and value in targeted practices and geographies by providing clear commercial solutions

while focusing on client-service excellence, professionalism, and the highest ethics.

**AREAS OF PRACTICE**
Administrative
Antitrust and Trade Regulation
Appellate Practice
Banking/Finance
Bankruptcy Litigation
Bankruptcy and Business Restructuring
Biotechnology
Business Litigation
Business/Corporate
Civil Practice/Civil Rights
Class Actions
Commercial Finance and Transactions
Construction Law
Consumer Law
Election, Campaign and Political Law
Employment/Employee Benefits
Energy/Environmental/Regulated Industry
Financial Services/Institutions
Franchise/Franchising
General Tort Law
Government Regulation/Government Affairs
Health Care/Life Sciences
Intellectual Property
International Law/Trade
Labor and Employment Law
Litigation
Medical Malpractice
Mergers and Acquisitions
Municipal/Local Government
Natural Resources
Patents/Trademarks
Premises Liability
Private Equity, Emerging Growth and Venture Capital
Product Liability
Professional Liability
Public Utilities Law
Real Estate Law
Securities and Finance
Sports and Entertainment
Tax/Benefits/ERISA
Tax Law
Technology and Licensing
Transportation
Toxic Tort and Mass Tort Litigation
Trust and Estates

Total Number of Lawyers: **10**
Total Number of Equity Partners: **1**
Total Number of Attorneys (Worldwide): **396**
Total Number of New Hires in 2017: **1**

*CONTINUED ON PAGE 40*

Exhibit D
Donald Chance Mark, Jr., Decl.

Number of Paralegals: **0**

## 114
**10 Lawyers**

**NORTON ROSE FULBRIGHT US LLP**
60 S. Sixth Street Suite 3100
Minneapolis, MN 55402 United States
612-321-2800

**MARKETING DIRECTOR**
Erin Lawler
erin.lawler@nortonrosefulbright.com

Total Number of Lawyers: **10**
Number of Female Lawyers: **5**
Number of Male Lawyers: **5**
Number of Minority Lawyers: **1**
Total Number of Equity Partners: **4**
Number of Female Equity Partners: **2**
Number of Male Equity Partners: **2**
Number of Minority Equity Partners: **0**
Total Number of Attorneys (Worldwide):
**3,885**
Total Number of New Hires in 2017: **1**
Number of New Female Hires in 2017: **1**
Number of New Male Hires in 2017: **0**
Number of New Minority Hires in 2017**: 1**
Total Number of Elevations in 2017: **0**
Number of Female Elevations in 2017: **0**
Number of Male Elevations in 2017: **0**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **6**
Number of Female Departures in 2017: **2**
Number of Male Departures in 2017: **4**
Number of Minority Departures in 2017: **2**
Number of "Of Counsel" Lawyers: **2**
Number of Paralegals: **3**
Number of Non-Paralegal Support Staff: **6**
Hourly Billing Rate(s): **$245 - $755**
Annual Billable Hours Expected of
Associates: **2000**
Associates' Starting Salary as of January
1, 2017: **$145,000**

## 116
**8 Lawyers**

**OGLETREE DEAKINS**
225 South Sixth Street Suite 1800
Minneapolis, MN 55402 United States
612-339-1818

**MARKETING DIRECTOR**
Jim McGrew
clientservices@ogletreedeakins.com

Total Number of Lawyers: **8**
Number of Female Lawyers: **2**
Number of Male Lawyers: **6**
Number of Minority Lawyers: **1**

Total Number of Equity Partners: **3**
Number of Female Equity Partners: **1**
Number of Male Equity Partners: **2**
Number of Minority Equity Partners: **0**
Total Number of Attorneys (Worldwide):
**720**
Total Number of New Hires in 2017: **0**
Number of New Female Hires in 2017: **0**
Number of New Male Hires in 2017: **0**
Number of New Minority Hires in 2017: **0**
Total Number of Elevations in 2017: **0**
Number of Female Elevations in 2017: **0**
Number of Male Elevations in 2017: **0**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **0**
Number of Female Departures in 2017: **0**
Number of Male Departures in 2017: **0**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **0**
Total Number of Attorneys (Worldwide):
**720**
Total Number of New Hires in 2017: **0**
Number of New Female Hires in 2017: **0**
Number of New Male Hires in 2017: **0**
Number of New Minority Hires in 2017: **0**
Total Number of Elevations in 2017: **0**
Number of Female Elevations in 2017**: 0**
Number of Male Elevations in 2017: **0**
Number of Minority Elevations in 2017: **0**
Total Number of Departures in 2017: **0**
Number of Female Departures in 2017: **0**
Number of Male Departures in 2017: **0**
Number of Minority Departures in 2017: **0**
Number of "Of Counsel" Lawyers: **1**
Number of Paralegals: **0**
Number of Non-Paralegal Support Staff: **6**

Exhibit D
Donald Chance Mark, Jr., Decl.

# PRACTICE AREAS FOR MINNESOTA FIRMS

## ADMINISTRATIVE

Briggs and Morgan, P.A. ....................................9
DeWitt Mackall Crounse & Moore S.C. ..........19
Winthrop & Weinstine ...................................11

## AFFORDABLE HOUSING

Bassford Remele, P.A. ...................................17
Winthrop & Weinstine ...................................11

## AGRICULTURAL LAW

Bassford Remele, P.A. ...................................17
DeWitt Mackall Crounse & Moore S.C. ..........19
Dorsey & Whitney LLP....................................6
Faegre Baker Daniels.......................................3
Fredrikson & Byron, P.A.................................4
Gray Plant Mooty ............................................8
Hellmuth & Johnson ....................................16
Winthrop & Weinstine ...................................11

## ALCOHOLIC BEVERAGES LAW

Monroe Moxness Berg PA ..............................27
Winthrop & Weinstine ...................................11

## ALTERNATIVE DISPUTE RESOLUTION

Bassford Remele, P.A. ...................................17
Briggs and Morgan, P.A. ....................................9
Carlson Caspers ............................................21
DeWitt Mackall Crounse & Moore S.C. ..........19
Fredrikson & Byron, P.A.................................4
Gray Plant Mooty ............................................8
Hellmuth & Johnson ....................................16
Winthrop & Weinstine ...................................11

## ANTITRUST AND TRADE REGULATION

Bassford Remele, P.A. ...................................17
Briggs and Morgan, P.A. ....................................9
DeWitt Mackall Crounse & Moore S.C. ..........19
Dorsey & Whitney LLP....................................6
Faegre Baker Daniels.......................................3
Fredrikson & Byron, P.A.................................4

## APPELLATE PRACTICE

Gray Plant Mooty ............................................8
Hellmuth & Johnson ....................................16
Winthrop & Weinstine ...................................11

Bassford Remele, P.A. ...................................17
Briggs and Morgan, P.A. ....................................9
Carlson Caspers ............................................21
DeWitt Mackall Crounse & Moore S.C. ..........19
Dorsey & Whitney LLP....................................6
Faegre Baker Daniels.......................................3
Fredrikson & Byron, P.A.................................4
Hellmuth & Johnson ....................................16
Lommen Abdo, P.A. ......................................29
Winthrop & Weinstine ...................................11

## AVIATION/AEROSPACE

Dorsey & Whitney LLP....................................6

## BANKING/FINANCE

Bassford Remele, P.A. ...................................17
Briggs and Morgan, P.A. ....................................9
DeWitt Mackall Crounse & Moore S.C. ..........19
Dorsey & Whitney LLP....................................6
Faegre Baker Daniels.......................................3
Fredrikson & Byron, P.A.................................4
Gray Plant Mooty ............................................8
Hellmuth & Johnson ....................................16
Monroe Moxness Berg PA ..............................27
Winthrop & Weinstine ...................................11

## BANKRUPTCY LITIGATION

Bassford Remele, P.A. ...................................17
Briggs and Morgan, P.A. ....................................9
DeWitt Mackall Crounse & Moore S.C. ..........19
Faegre Baker Daniels.......................................3
Gray Plant Mooty ............................................8
Hellmuth & Johnson ....................................16
Lommen Abdo, P.A. ......................................29
Winthrop & Weinstine ...................................11

Exhibit D
Donald Chance Mark, Jr., Decl.

CASE 0:16-cv-01115-JRT-LIB   Document 460-2   Filed 09/17/19   Page 44 of 52

# PRACTICE AREAS FOR MINNESOTA FIRMS

## BANKRUPTCY AND BUSINESS RESTRUCTURING

Briggs and Morgan, P.A. .................................... 9
DeWitt Mackall Crounse & Moore S.C. ........... 19
Dorsey & Whitney LLP .................................... 6
Faegre Baker Daniels .................................... 3
Fredrikson & Byron, P.A. .................................... 4
Gray Plant Mooty .................................... 8
Hellmuth & Johnson .................................... 16

## BIOTECHNOLOGY

Carlson Caspers .................................... 21
Dorsey & Whitney LLP .................................... 6
Fredrikson & Byron, P.A. .................................... 4
Gray Plant Mooty .................................... 8
Winthrop & Weinstine .................................... 11

## BUSINESS LITIGATION

Bassford Remele, P.A. .................................... 17
Blackwell Burke P.A. .................................... 31
Briggs and Morgan, P.A. .................................... 9
DeWitt Mackall Crounse & Moore S.C. ........... 19
Dorsey & Whitney LLP .................................... 6
Faegre Baker Daniels .................................... 3
Fredrikson & Byron, P.A. .................................... 4
Gray Plant Mooty .................................... 8
Hellmuth & Johnson .................................... 16
Lommen Abdo, P.A. .................................... 29
Monroe Moxness Berg PA .................................... 27
Winthrop & Weinstine .................................... 11

## BUSINESS/CORPORATE

Briggs and Morgan, P.A. .................................... 9
DeWitt Mackall Crounse & Moore S.C. ........... 19
Dorsey & Whitney LLP .................................... 6
Faegre Baker Daniels .................................... 3
Fredrikson & Byron, P.A. .................................... 4
Gray Plant Mooty .................................... 8
Hellmuth & Johnson .................................... 16
Lommen Abdo, P.A. .................................... 29

Monroe Moxness Berg PA .................................... 27
Winthrop & Weinstine .................................... 11

## CASINOS AND GAMBLING

Dorsey & Whitney LLP .................................... 6
Faegre Baker Daniels .................................... 3
Winthrop & Weinstine .................................... 11

## CIVIL PRACTICE/CIVIL RIGHTS

DeWitt Mackall Crounse & Moore S.C. ........... 19

## CLASS ACTIONS

Bassford Remele, P.A. .................................... 17
Blackwell Burke P.A. .................................... 31
Briggs and Morgan, P.A. .................................... 9
Dorsey & Whitney LLP .................................... 6
Faegre Baker Daniels .................................... 3
Fredrikson & Byron, P.A. .................................... 4
Gray Plant Mooty .................................... 8
Halunen Law .................................... 34
Hellmuth & Johnson .................................... 16

## COLLECTIONS

Hellmuth & Johnson .................................... 16

## COMMERCIAL FINANCE AND TRANSACTIONS

Bassford Remele, P.A. .................................... 17
Briggs and Morgan, P.A. .................................... 9
DeWitt Mackall Crounse & Moore S.C. ........... 19
Faegre Baker Daniels .................................... 3
Fredrikson & Byron, P.A. .................................... 4
Gray Plant Mooty .................................... 8
Hellmuth & Johnson .................................... 16
Monroe Moxness Berg PA .................................... 27
Winthrop & Weinstine .................................... 11

## CONSTRUCTION LAW

Bassford Remele, P.A.
Briggs and Morgan, P.A. .................................... 9
DeWitt Mackall Crounse & Moore S.C. ........... 19

Exhibit D
Donald Chance Mark, Jr., Decl.

# PRACTICE AREAS FOR MINNESOTA FIRMS

Dorsey & Whitney LLP......................................6

Faegre Baker Daniels....................................3

Fredrikson & Byron, P.A...............................4

Gray Plant Mooty..........................................8

Hellmuth & Johnson ....................................16

Lommen Abdo, P.A.......................................29

Winthrop & Weinstine ..................................11

## CONSUMER LAW

Bassford Remele, P.A...................................17

Faegre Baker Daniels....................................3

Halunen Law...............................................34

## CRIMINAL LAW

Fredrikson & Byron, P.A...............................4

## EDUCATION

Briggs and Morgan, P.A.................................9

Faegre Baker Daniels....................................3

Fredrikson & Byron, P.A...............................4

Gray Plant Mooty..........................................8

## ELECTION, CAMPAIGN AND POLITICAL LAW

Faegre Baker Daniels....................................3

## ELDER LAW

DeWitt Mackall Crounse & Moore S.C............19

Winthrop & Weinstine ..................................11

## ELECTION, CAMPAIGN AND POLITICAL LAW

Winthrop & Weinstine ..................................11

## EMPLOYMENT/EMPLOYEE BENEFITS

Briggs and Morgan, P.A.................................9

DeWitt Mackall Crounse & Moore S.C............19

Winthrop & Weinstine ..................................11

Bassford Remele, P.A...................................17

Dorsey & Whitney LLP......................................6

Faegre Baker Daniels....................................3

Fredrikson & Byron, P.A...............................4

Gray Plant Mooty..........................................8

Hellmuth & Johnson ....................................16

Monroe Moxness Berg PA ...........................27

## ENERGY/ENVIRONMENTAL/REGULATED INDUSTRY

Blackwell Burke P.A.....................................31

Briggs and Morgan, P.A.................................9

DeWitt Mackall Crounse & Moore S.C............19

Dorsey & Whitney LLP......................................6

Faegre Baker Daniels....................................3

Fredrikson & Byron, P.A...............................4

Gray Plant Mooty..........................................8

Winthrop & Weinstine ..................................11

## FALSE CLAIMS ACT/QUI TAM LITIGATION

Fredrikson & Byron, P.A...............................4

Halunen Law...............................................34

Winthrop & Weinstine ..................................11

## FAMILY LAW

DeWitt Mackall Crounse & Moore S.C............19

Fredrikson & Byron, P.A...............................4

Gray Plant Mooty..........................................8

Lommen Abdo, P.A.......................................29

## FINANCIAL SERVICES/INSTITUTIONS

Bassford Remele, P.A...................................17

Briggs and Morgan, P.A.................................9

DeWitt Mackall Crounse & Moore S.C............19

Dorsey & Whitney LLP......................................6

Faegre Baker Daniels....................................3

Fredrikson & Byron, P.A...............................4

Gray Plant Mooty..........................................8

Hellmuth & Johnson ....................................16

Winthrop & Weinstine ..................................11

## FRANCHISE/FRANCHISING

Briggs and Morgan, P.A.................................9

Dorsey & Whitney LLP......................................6

Faegre Baker Daniels....................................3

Exhibit D
Donald Chance Mark, Jr., Decl.

# PRACTICE AREAS FOR MINNESOTA FIRMS

Gray Plant Mooty ......................................8
Hellmuth & Johnson ................................16
Larkin Hoffman ......................................13
Monroe Moxness Berg PA ............................27
Winthrop & Weinstine ..............................11

## GENERAL TORT LAW
DeWitt Mackall Crouse & Moore S.C. ...........19
Fredrikson & Byron, P.A. ...........................4

## GOVERNMENT REGULATION/GOVERNMENT AFFAIRS
DeWitt Mackall Crouse & Moore S.C. ...........19
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels ..............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ......................................8
Larkin Hoffman ......................................13
Winthrop & Weinstine ..............................11

## HEALTH CARE/LIFE SCIENCES
Bassford Remele, P.A. .............................17
Blackwell Burke P.A. ..............................31
Briggs and Morgan, P.A. ............................9
Carlson Caspers .....................................21
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels ..............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ......................................8
Hellmuth & Johnson ................................16

## IMMIGRATION
Winthrop & Weinstine ..............................11

## IMMIGRATION
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels ..............................3
Fredrikson & Byron, P.A. ...........................4

## INDIAN LAW
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels ..............................3
Winthrop & Weinstine ..............................11

## INTELLECTUAL PROPERTY
Bassford Remele, P.A. .............................17
Blackwell Burke P.A. ..............................31
Briggs and Morgan, P.A. ............................9
Carlson Caspers .....................................21
DeWitt Mackall Crouse & Moore S.C. ...........19
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels ..............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ......................................8
Hellmuth & Johnson ................................16
Larkin Hoffman ......................................13
Monroe Moxness Berg PA ............................27
Patterson Thuente IP ..............................25
Winthrop & Weinstine ..............................11

## INTERNATIONAL LAW/TRADE
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels ..............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ......................................8

## LABOR AND EMPLOYMENT LAW
Bassford Remele, P.A. .............................17
Blackwell Burke P.A. ..............................31
Briggs and Morgan, P.A. ............................9
DeWitt Mackall Crouse & Moore S.C. ...........19
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels ..............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ......................................8
Halunen Law ........................................34
Hellmuth & Johnson ................................16
Lommen Abdo, P.A. .................................29
Monroe Moxness Berg PA ............................27

Exhibit D
Donald Chance Mark, Jr., Decl.

# PRACTICE AREAS FOR MINNESOTA FIRMS

Winthrop & Weinstine ............................11

## LITIGATION

Blackwell Burke P.A. .................................31
Briggs and Morgan, P.A. ...........................9
DeWitt Mackall Crounse & Moore S.C. ..........19
Dorsey & Whitney LLP .............................6
Faegre Baker Daniels ...............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ...................................8
Hellmuth & Johnson ...............................16
Larkin Hoffman ....................................13
Lommen Abdo, P.A. ................................29
Patterson Thuente IP ..............................25
Winthrop & Weinstine .............................11

## MEDICAL MALPRACTICE

Bassford Remele, P.A. .............................17
Fredrikson & Byron, P.A. ...........................4
Hellmuth & Johnson ...............................16
Lommen Abdo, P.A. ................................29

## MERGERS AND ACQUISITIONS

Briggs and Morgan, P.A. ...........................9
DeWitt Mackall Crounse & Moore S.C. ..........19
Dorsey & Whitney LLP .............................6
Faegre Baker Daniels ...............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ...................................8
Hellmuth & Johnson ...............................16
Lommen Abdo, P.A. ................................29
Monroe Moxness Berg PA ..........................27
Winthrop & Weinstine .............................11

## MUNICIPAL/LOCAL GOVERNMENT

Briggs and Morgan, P.A. ...........................9
DeWitt Mackall Crounse & Moore S.C. ..........19
Dorsey & Whitney LLP .............................6
Hellmuth & Johnson ...............................16
Winthrop & Weinstine .............................11

## NATURAL RESOURCES

Dorsey & Whitney LLP .............................6
Faegre Baker Daniels ...............................3
Fredrikson & Byron, P.A. ...........................4
Winthrop & Weinstine .............................11

## NONPROFIT/CHARITABLE ORGANIZATIONS

Bassford Remele, P.A. .............................17
Briggs and Morgan, P.A. ...........................9
Dorsey & Whitney LLP .............................6
Faegre Baker Daniels ...............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ...................................8
Winthrop & Weinstine .............................11

## PATENTS/TRADEMARKS

Briggs and Morgan, P.A. ...........................9
Carlson Caspers ....................................21
DeWitt Mackall Crounse & Moore S.C. ..........19
Dorsey & Whitney LLP .............................6
Faegre Baker Daniels ...............................3
Fredrikson & Byron, P.A. ...........................4
Gray Plant Mooty ...................................8
Hellmuth & Johnson ...............................16
Monroe Moxness Berg PA ..........................27
Patterson Thuente IP ..............................25
Winthrop & Weinstine .............................11

## PERSONAL INJURY

Briggs and Morgan, P.A. ...........................9
DeWitt Mackall Crounse & Moore S.C. ..........19
Hellmuth & Johnson ...............................16

## PREMISES LIABILITY

Fredrikson & Byron, P.A. ...........................4

## PRIVATE EQUITY, EMERGING GROWTH AND VENTURE CAPITAL

Briggs and Morgan, P.A. ...........................9

Exhibit D
Donald Chance Mark, Jr., Decl.

# PRACTICE AREAS FOR MINNESOTA FIRMS

Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels..............................3
Fredrikson & Byron, P.A..........................4
Gray Plant Mooty ....................................8
Hellmuth & Johnson ..............................16
Monroe Moxness Berg PA .....................27
Winthrop & Weinstine ............................11

## PRODUCT LIABILITY

Bassford Remele, P.A.............................17
Blackwell Burke P.A................................31
Briggs and Morgan, P.A...........................9
Faegre Baker Daniels..............................3
Fredrikson & Byron, P.A..........................4
Gray Plant Mooty ....................................8
Hellmuth & Johnson ..............................16
Winthrop & Weinstine ............................11

## PROFESSIONAL LIABILITY

Bassford Remele, P.A.............................17
Fredrikson & Byron, P.A..........................4
Lommen Abdo, P.A................................29

## PUBLIC UTILITIES LAW

Briggs and Morgan, P.A...........................9
Faegre Baker Daniels..............................3
Fredrikson & Byron, P.A..........................4
Winthrop & Weinstine ............................11

## RAILROAD LAW

Briggs and Morgan, P.A...........................9
DeWitt Mackall Crounse & Moore S.C. ...........19

## REAL ESTATE LAW

Bassford Remele, P.A.............................17
Briggs and Morgan, P.A...........................9
DeWitt Mackall Crounse & Moore S.C. ...........19
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels..............................3
Fredrikson & Byron, P.A..........................4

Gray Plant Mooty ....................................8
Hellmuth & Johnson ..............................16
Larkin Hoffman ......................................13
Lommen Abdo, P.A................................29
Monroe Moxness Berg PA .....................27
Winthrop & Weinstine ............................11

## SECURITIES AND FINANCE

Briggs and Morgan, P.A...........................9
Faegre Baker Daniels..............................3
Fredrikson & Byron, P.A..........................4
Gray Plant Mooty ....................................8
Hellmuth & Johnson ..............................16
Monroe Moxness Berg PA .....................27
Winthrop & Weinstine ............................11

## SPORTS AND ENTERTAINMENT

Briggs and Morgan, P.A...........................9
Faegre Baker Daniels..............................3
Fredrikson & Byron, P.A..........................4
Hellmuth & Johnson ..............................16

## SUBROGATION

Briggs and Morgan, P.A...........................9
Hellmuth & Johnson ..............................16

## TAX/BENEFITS/ERISA

Bassford Remele, P.A.............................17
Briggs and Morgan, P.A...........................9
DeWitt Mackall Crounse & Moore S.C. ...........19
Dorsey & Whitney LLP ..............................6
Faegre Baker Daniels..............................3
Fredrikson & Byron, P.A..........................4
Gray Plant Mooty ....................................8
Hellmuth & Johnson ..............................16
Winthrop & Weinstine ............................11

## TAX LAW

Briggs and Morgan, P.A...........................9
DeWitt Mackall Crounse & Moore S.C. ...........19

Exhibit D
Donald Chance Mark, Jr., Decl.

# PRACTICE AREAS FOR MINNESOTA FIRMS

Faegre Baker Daniels.........................................3
Gray Plant Mooty.............................................8
Monroe Moxness Berg PA.............................27
Winthrop & Weinstine.................................11

**TECHNOLOGY AND LICENSING**
Carlson Caspers.............................................21
Dorsey & Whitney LLP.................................6
Faegre Baker Daniels.....................................3
Fredrikson & Byron, P.A................................4
Gray Plant Mooty.............................................8
Hellmuth & Johnson.......................................16
Patterson Thuente IP.....................................25
Winthrop & Weinstine.................................11

**TRANSPORTATION**
Briggs and Morgan, P.A.................................9
DeWitt Mackall Crounse & Moore S.C............19
Fredrikson & Byron, P.A................................4
Lommen Abdo, P.A.........................................29

**TOXIC TORT AND MASS TORT LITIGATION**
Bassford Remele, P.A....................................17
Blackwell Burke P.A......................................31
Briggs and Morgan, P.A.................................9
Faegre Baker Daniels.....................................3
Fredrikson & Byron, P.A................................4

**TRUST AND ESTATES**
Bassford Remele, P.A....................................17
Briggs and Morgan, P.A.................................9
DeWitt Mackall Crounse & Moore S.C............19
Dorsey & Whitney LLP.................................6
Faegre Baker Daniels.....................................3
Fredrikson & Byron, P.A................................4
Gray Plant Mooty.............................................8
Hellmuth & Johnson.......................................16
Lommen Abdo, P.A.........................................29
Monroe Moxness Berg PA.............................27
Winthrop & Weinstine.................................11

**WHISTLEBLOWER**
Faegre Baker Daniels.....................................3
Fredrikson & Byron, P.A................................4
Halunen Law...................................................34

**WHITE COLLAR CRIME**
Dorsey & Whitney LLP.................................6
Faegre Baker Daniels.....................................3
Fredrikson & Byron, P.A................................4
Gray Plant Mooty.............................................8

**WORKERS' COMPENSATION**
Faegre Baker Daniels.....................................3
Fredrikson & Byron, P.A................................4
Hellmuth & Johnson.......................................16



Exhibit D
Donald Chance Mark, Jr., Decl.



# MINNESOTA LAWYER

Exhibit D
Donald Chance Mark, Jr., Decl.








Exhibit D
Donald Chance Mark, Jr., Decl.







Exhibit D
Donald Chance Mark, Jr., Decl.

# Exhibit H

# Declaration of Donald Chance Mark, Jr.



# UNITED STATES CONSUMER LAW

# ATTORNEY FEE SURVEY REPORT

## 2015-2016



# Ronald L. Burdge, Esq.

Exhibit E
Donald Chance Mark, Jr., Decl.

**United States Consumer Law**
**Attorney Fee Survey Report 2015-2016**

Survey Conducted By
and
Survey Report Authored By

Ronald L. Burdge, Esq.
Burdge Law Office Co. L.A.
8250 Washington Village Drive
Dayton, OH 45458-1850
Voice: 937.432.9500
Fax: 937.432.9503

Email: Ron@BurdgeLaw.com



Attribution, No Derivs
CC-BY-ND

This copyright license allows for redistribution, commercial and non-commercial, as long as all quoted and selected contents are passed along unchanged and with credit to the author.

Copyright © 2017, 2018 by R.L.Burdge
March 13, 2018

This publication contains the results of proprietary research.

This publication was created to provide accurate and authoritative information concerning the subject matter covered. The publisher is not engaged in rendering legal or other professional advice and this publication is not a substitute for the advice of an attorney or expert. If you require legal or other expert advice, you should seek the services of a competent attorney or other professional.

Minnesota

| | This Survey |
|---|---|
| Firm Size | 2.5 |
| Median Years in Practice | 11.0 |
| Concentration of Practice in Consumer Law | 88.6 |
| Primary Practice Area | Consumer Law |
| Secondary Practice Area | Bankruptcy |
| Number of Paralegals in Firm | 1.5 |
| Last Time Rate Change Occurred (months) | 11.6 |
| Median Paralegal Rate for All Paralegals | 82 |
| Average Attorney Rate for All Attorneys | 370 |
| 25% Median Attorney Rate for All Attorneys | 275 |
| Median Attorney Rate for All Attorneys | 350 |
| 75% Median Attorney Rate for All Attorneys | 450 |
| 95% Median Attorney Rate for All Attorneys | 675 |
| Median Metropolitan Attorney Rate | 375 |
| Median Non-Metropolitan Attorney Rate | 200 |
| Median Attorney Rate in Northern Area of State | 350 |
| Median Attorney Rate in Southern Area of State | 350 |
| Median Attorney Rate in Eastern Area of State | 350 |
| Median Attorney Rate in Western Area of State | 350 |
| Median Attorney Rate in Central Area of State | 362 |

Exhibit E
Donald Chance Mark, Jr., Decl.

Median Rates for Practice Areas

| | 25% Median | Median | 95% Median |
|---|---|---|---|
| Attorneys Handling Bankruptcy Cases | 200 | 250 | 350 |
| Attorneys Handling Class Action Cases | 450 | 563 | 675 |
| Attorneys Handling Credit Rights Cases | 310 | 360 | 675 |
| Attorneys Handling Mortgage Cases | 375 | 450 | 675 |
| Attorneys Handling Vehicle Cases | 325 | 359 | 450 |
| Attorneys Handling TCPA Cases | 325 | 363 | 550 |
| Attorneys Handling Other Cases | 300 | 379 | 675 |

Exhibit E
Donald Chance Mark, Jr., Decl.